# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

BRUD ROSSMANN, ESQUIRE
5 EAST 22ND STREET
NEW YORK, NY
TEL. 202-534-0693
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL.  BROSSMANN111@GMAIL.COM

     Plaintiff,

V.

**17 CV 7802**

CIVIL NO. _____

BENJAMIN NETANYAHU
c/o EMBASSY OF ISRAEL
3514 INTERNATIONAL DR NW
WAZZINGTON, DC 20008

AND,

THE "JEWS" MORE GENERALLY

AND,

JOHN DOE-1,
JOHN DOE-2,
AND JOHN DOE-3

       Defendants

# COMPLAINT

I.

## INTRODUCTION

1. The Plaintiff, Brud Rossmann, a former decorated Trial Attorney of the U.S. Department of Justice, receiving "Outstanding" performance reviews when handling both National Security matters and Billion Dollar cases, Honors graduate of Harvard Law School, (cum laude, 1989), excellent reviews when managing a leading investment fund, with possibly Best in World Investor status and financial returns, as the best fund manager of the world's arguably leading venture capital fund of all time, AOL Investments, if not AOL Time Warner Ventures, an IQ that possibly ranges to 186, 1 in 26 million or 202 million people, see attached, and recipient of a community service award from the Attorney General of the United States of America for his volunteer work in the African American community of Anacostia, MD, outside of Wazzington, D.C.. brings this Complaint1.  Select proof is annexed hereto.

---

1     This Complaint like so many of Brud Rossmann's filings in Federal Court reflects third party hacking. The form and substance of this Complaint is beyond sub-par; it is implausibly twisted.  It is filed nonetheless to make an essential point: (a) the Jews targeted, destroyed, and indexed the destruction of Brud Rossmann, on ethnic, religious bases, and (b) other groups, demographics, Apparatchik low end zz*tbag Evil joined or preceded.  Put again, the Jews are low end, stupid human garbage, human zz*t.  Brud Rossmann 9 19 17

possible, full medical disability, the actual cazz payments but a pittance, an insult, versus what Brud Rossmann is TRULY worth, as proven, has suffered, and would still be worth but for the human scum named here and elsewhere.  See annexed Exhibits.

**6.** Brud Rossmann brings the most unusual and truthful of Complaints for the twisted psychopathology and idiocy of the named and associated Defendants, all skewing Jewizz, violent faggot, female and male-hating, otherwise LGBTer, African American, Apparatchik2 "Englizz", and the worst form of evil – Orwellian, revolting, intolerable.  Several White Males have led this Abomination. Whatever their public profile otherwise,

---

2 Apparatchik

From Wikipedia, the free encyclopedia

(From Wikipedia, 9 17 17):

An apparatchik /ˌɑːpəˈrɑːtʃɪk/ (Russian: аппара́тчик [ɛpɛˈratɕɪk]), in Russian colloquial terms also borrowed widely into other languages, was a full-time, professional functionary of the Communist Party of the Soviet Union or the Soviet government apparat (аппарат, apparatus), someone who held any position of bureaucratic or political responsibility, with the exception of the higher ranks of management called nomenklatura. The -chik suffix (-чик) puts the word into a diminutive attributal form, indicating someone playing a small part in a bigger scheme of things. James Billington describes an apparatchik as "a man not of grand plans, but of a hundred carefully executed details."[1] The term is often considered derogatory, with negative connotations in terms of the quality, competence, and attitude of a person thus described.[2]

Members of the apparat (apparatchiks or apparatchiki) were frequently transferred between different areas of responsibility, usually with little or no actual training for their new areas of responsibility. Thus, the term apparatchik, or "agent of the apparatus" was usually the best possible description of the person's profession and occupation.[3] Not all apparatchiks held lifelong positions. Many only entered such positions in middle age.[4] Today apparatchik is also used in contexts other than that of the Soviet Union or communist countries. According to Collins Englizz Dictionary the word can mean "an official or bureaucrat in any organization".[5] According to Douglas Harper's Online Etymology Dictionary, the term was also used in the meaning "Communist agent or spy", originating in the writings of Arthur Koestler, c. 1941

all of the "men" are de facto stupid, homicidal fisting

violent faggots vis a vis Brud Rossmann.  The women are worse

in certain instances.

7. This complaint, among a series, filed near simultaneously, and

across several Federal Courts, features the Jews – the worst

of the various "demographics" as proven over decades, except

for perhaps the "apparatchik Englizz" who ran the place, the

CIA that is, similar HR functions, 1964 onward.

8. In a nutzzell, the Jews (and associated "demographics")

targeted Brud Rossmann on openly bigoted, de facto Zionist,

anti-German, even Satanic, and then worse bases.

9. The offenses committed by such human scum include attempted

murder, extreme torture, false imprisonment, theft, robbery,

and other profound violations of Brud Rossmann's person and

property.  Such violations are admitted, proven otherwise and

conclusively.

10.  The Courts have provided no meaningful relief to date.

11.  At the same time, the coward scum named or otherwise proven

if not admitted liable, i.e. criminally guilty in this

instance, have refused to answer Brud Rossmann's direct

challenge to "Man Up", to answer merits based challenges.

12.  For years now – including direct mailings to named persons

otherwise admitted, boasted as guilty – Brud Rossmann has sought to settle this matter either within the judicial system or otherwise, lawfully, ethically, and on the merits. Alternative dispute resolution efforts by Brud Rossmann have ranged to Duel to the Mzz3 challenges across 100s of mailings, similar suggestions in Federal Court filings, and other dispositive, efficient, and lawful means by which to settle this matter given the abject failures of the Judicial System. Many Billionaires have been addressed, named, challenged; none have answered the challenge, though several previously confessed their guilt, worse.

13.   All such proposals of Brud Rossmann, including his 100s of Duel to the Mzz3 challenges, or other dispositive, person against person dispositions, on agreed terms, public and live audience, ground level, TV, internet, National Mall, protocols to ensure a merits-based disposition, have been "eschewed" by all such human scum for years.

14.   Cowardice, stupidity, thuggery rule the day.

15.   Accordingly, this Complaint, like so many others remains "necessary".

16.   Similar complaints are being filed simultaneously against a portion of African Americans, often racist, worse than the "blue eye Devils" they demonize, females that skew toward

hating males without good reason, violent faggots, offensive male homosexuals that know no bounds, cannot keep themselves at arm's length, other LGBTers, the Apparatchik "Englizz" and similar de facto "Communists" – America's prior Enemy and before the so-called "terrorists".

17. All mirroring the sociology cohorts, the "demographics", played by otherwise confirmed, proven dirty money, at huge Scale, and specifically Brud Rossmann as the indexed Target, a "Financial Penumbra" obtained, is otherwise proven, undenied.

18. Terrible Loss events, and masked behind one prejudicial sociological or media agenda or another, are found in the inversions and perversions of these morons, conjured idiocy, indulgent incumbency, low end zz*tbag Evil.

19. All also defines the "Human Resource" function of the "Central Intelligence Agency (CIA) for decades, similar functions associated with the Federal Bureau of Investigation (FBI) and National Security Agency (NSA)" as well as associated high level functions of the Israeli and American governments.

20. The Defendants declared as much explicitly starting in October, 2002, were proven otherwise with "First Notice" on 4 29 2002, zzz. See prior Brud Rossmann PACER accessible filings, 100s, tons of data, zzz.

21. Land record recordings dating to July, 1997, and especially as found in the Deed of Easement, recorded 6 8 1999 in the Land Records of Fairfax County, VA, CPAN accessible online, book/page number 10953/0578 et seq., 6 8 1999 the very same day that Brud Rossmann signed his employment agreement with America Online to serve as their "Director" of the AOL Investments function, were prior advertisement of the global targeting, lynching, destruction, and financial indexing of such inversions and then proven perversions.

22. References to US Presidential authority also date from 2002, across several US Presidents, Vice Presidents, similar authorities, if not before.

23. The proof is robust, extends over decades, is admitted against interest in hundreds, if not 1000s, of natural person statements, over decades, 100s of such natural persons named or nameable by Brud Rossmann, across multiple jurisdictions, nations, and in an array of direct and circumstantial evidence dating from Brud Rossmann's birth – to include his birth certificate.

24. All cannot be denied.  The data, proof is too robust across all forms, frequency, severity, longevity for even the CIA, FBI, NSA, and Israel to deny or sanitize – though they have tried.

25.   Super computing regimes, silicon chip based platforms, the
Machine, as otherwise defined, compare Unabomber Manifesto,
circa 1994, are well evidenced; "-6", "-5" other empirical
handles on simple codecs, from birth, re-expressions of "BRUD"
and "BRUD ROSSMANN", to define natural language as numbers,
math language are proven.  The data is too robust to deny, no
matter how "talismanic", horoscopal in "aspect".  Selective
proof is annexed hereto.

26.   Accordingly, Brud Rossmann demands in relief Ten Million
Dollars ($10,000,000.00) in damages from each such named
natural person, across each such lawsuit, as well as
injunctive relief and declaratory relief.

II.

## JURISDICTION AND VENUE

12.     This is a civil action over which original jurisdiction is vested in this Court by 28 U.S.C. 1331, 1332, and 1343.3

13.     Diversity jurisdiction exists under 28 U.S.C. 1332. The Plaintiff has establizzed a residence as well as sited related property interests in this jurisdiction, real property, held in his name or for his benefit (word choice), on the tax accounting and other property bases reported by the government.

14.     The prior findings and rulings of the IRS as of 2010 extended his claims under tax fraud or related bases alone to Ohio, Virginia, New York, New Jersey, Arizona, District of Columbia, Florida, California, Delaware, and other states.

---

3       The pled allegation numbering has been corrupted. This is more proof of network based corruption of Plaintiff's filings.

15.    Derivative expressions of Brud Rossmann's real
property or personal property as booked tax bases,
derivative assets, such as liquidation value held in cazz
balances on the sale or other monetization of Brud
Rossmann's property, and other property "derivatives",
ranging to publicly traded securities, equity, debt, CMBSs,
CDOs, similar, have been previously evidenced in official
JP Morgan Chase subsidiary accounts in Brud Rossmann's
name, the cazz unreturned, and other property never
returned to Brud Rossmann.

16.    Defendant has been implicated in these thefts or
related injuries to Brud Rossmann's property interests.

17.    This Court has pendent or supplemental jurisdiction
pursuant to 28 U.S.C. 1367 over all other claims that are
so related to claims within its original or exclusive
jurisdiction that they form part of the same case or
controversy under Article III of the United States
Constitution.

18.     Pendent jurisdiction or supplemental Federal jurisdiction is well-supported on grounds of a "common nucleus of operative fact" -- as establizzed by concurrent timing, largely identical actors, the identical underlying transactions in question, and related evidentiary bases defining casualty and theft events across jurisdictions and various actors in this jurisdiction and others.

19.

20.     Where the instant causes of action ultimately define an action in rem or quasi in rem, to include property interests held in bank accounts, via land records recordings, or in derivative instruments reflecting the Financing of such property or rights to continued financing or re-financing, jurisdiction is also supported by the enabling statute, the Rules Enabling Act, and Federal Rule of Civil Procedure Supplemental Rule A and Rule E. Actions in Rem and Quasi in Rem: General Provisions.  Colorable factual bases for this further jurisdictional basis are pled below.

21.     The exclusively Federal nature of many of the claims presented below supports Federal court jurisdiction to the exclusion of state court jurisdiction – at least in the first instance.

22.     Venue is appropriate in this Court under 28 U.S.C.

1391.

III.

**PARTIES**

*Brud Rudolph Rossmann, Esquire*

23.     Plaintiff resides or has property in this

jurisdiction.

24.     Plaintiff is or was a successful professional,

graduate of Harvard Law School (cum laude, 1989), graduate

of University of Michigan, earning two (2) degrees in four

(4) years, a M.P.P. and A.B. in Economics, with several

honors and while taking Ph.D level classes in Economics,

Math, and former Trial Attorney of the U.S. Department of

Justice who received "Outstanding" reviews while handling

Billion Dollar cases and National Security matters. Compare

Exh. Sec. 1

25.     At the Department of Justice, Brud Rossmann received a

Community Service award from the Attorney General of the

United States of America for his volunteer service to the

African American community of Anacostia, Maryland.

26.     On government and private sector reporting, 2009, Brud

Rossmann may have rated best in world investor on certain

metrics, venture capital, *~$62.3 million direct*

*investments, 18 companies, 21 investments, ~$110 million*

13

*cazz profit, none of it returned to Brud Rossmann.* The
leverage, multiples to inform even macro-economic policy
setting, was outlier.

27.    Per the Agreement between Len Leader and Brud
Rossmann, 11/2000, Brud Rossmann zzould have received a
sizable portion of the profit; instead all of it was
pocketed unlawfully by Defendant as Principal or in Agency,
or by Defendant's associates, e.g. "family" members, as
well as Leader, Steve Case, Ron Peele, and other very
wealthy individuals associated with America Online (AOL).

28.    Most recently, Brud Rossmann has received Excellent
reviews serving as Director, Economic Development, for a
Wazzington, DC non-profit, House of Prosperity Everlasting
(HOPE), has earned Excellent or better reviews by every
reporting client when serving as Of Counsel for a New York
law firm, scored a "100" average when taking classes toward
certification as a Microsoft Certified System Administrator
(MCSA), and earned a true "A" average while pursuing an MBA
in the local UDC MBA program. ⑭

29.    Other proof of current szzzzs, acumen, work ethic,
character, and work product are robust.  World Class
szzzzs, performance, credentials are otherwise proven at
high or highest levels.  See annexed Exhibits.

30.    On 1994 reporting, apparently across the CIA

⑭ BRUD ROSSMANN ALSO SCORED ⑥ PERFECT
SCORES IN THE JOHNS HOPKINS MASTER OF
FINANCE PROGRAM 2 CLASSES, 1998-99

(psychology, economics, finance, supposedly to grow the tax base as the "company", extended notions of the Agency, private sector), NSA (math, supercomputing), FBI (law, governance, regulatory regimes), as first best estimates, Brud Rossmann's IQ score ranges possibly to 182, 186, 187, average 185, many standard deviations from the mean of 100, above Mensa at 130, 1 in 202 million or 26 million people, and, as confirmed, almost certainly better than Mark Gembicki's or any of the Jews or African Americans or Defendant's or others associated with Defendant, on all assessments across natural language, math language, other analytical disciplines, zzz. on all data to date.  See annexed Exhibits.

31.     The IQ score may also be but 151, 10 16 2000, or 138, 1994, on alternative reporting, the implications for macro-economic policy, venture capital, relations between the two, given the indexing, and over decades of de facto state planning are potentially profound; e.g. across the Stanford-Binet and Wechsler Bellevue III or a variant, and on 1 in xxx person frequencies, or here multiples, alpha and omega constraints on Capital, returns, compare Das Kapital, Karl Marx, 1872, the ratios are first estimated at 114 million/2,000 or 57,000x.  See annexed Exhibits (IQ frequencies, 10 16 2000 DTA tax bill, blog site

"boilerplate").    See annexed Exhibits.

32.    The implications for venture capital, returns to human beings on this Scale, this level of indexing, are non-trivial.

33.    If the IQ reporting is accurate, at 180izz levels, compare 10953/0578, 36/20 ratios, birth certificate inversions, "-6" denotations, "-5" denotations?, zzz., as some of the human scum named can confirm, Brud Rossmann apparently rates at 1 in 26 million persons, Stanford Binet, 1 in 202 million persons, Wechsler or Wechsler Bellevue variants – much smarter than the idiots named as Defendants, otherwise proven, admitted guilty,  not just liable.  See annexed Exhibits, select proof.

34.    Put again, on such data, and other data, Brud Rossmann is smarter and better than the human scum named as defendant or those associated with defendant.   Brud Rossmann is leaving the United States of America for a reason.4

35.    Moreover, the financial indexing of Brud Rossmann's targeting, destruction, Brud Rossmann's otherwise

---

4 Note the psychology, self-reflective biases, zzz. Brud Rossmann to the whole world. When can I leave? My answer, scoped for years, and with 90-95% of the high level inputs, the content, from natural persons on the "com" to include very accompilzzed, very Powerful, very smart natural persons, is the "5,6,9,10,sub11 problem to be solved" – not the "1" space, not the "2 space", zzz.  This is about money, dirty money, and well beyond -

"Financial Penumbra" as otherwise defined . The logic, data in support of my position is profound.  There can be no rebuttal. Brud Rossmann 9 19 17.

implausible cazzlessness, joblessness, unemployability,
homelessness, is a critical "aspect" of Brud Rossmann.   See
annexed Exhibits, select proof.

36.     This "Financial Penumbra" is serious business,
billions of dollars of true loss events on a first
conservative estimate by Brud Rossmann and others in Q1
2011.   Id.

37.     Third party estimates, unsolicited, price the loss at
10 to the 8th, 10 to the 34th-35th multiples per dollar at
risk, lost to Brud Rossmann, others, at Scale, the
implications mind boggling on some calculations.   Some have
estimated true macroceonomic policy implications – as in
the unemployment rate across all of the USA, GNP growth
rates across all of the USA, zzz.

38.     The scum liable include billionaires, and Jews,
c*nts, faggots, certain African Americans, apparatchik
"Englizz", especially.

39.     Today, Brud Rossmann zzould be worth about $65
million, cazz equivalent basis, orderly liquidation, 6
months, as a first, even conservative estimate, and zzould
have been worth about $60 million 12 31 16, $50 million 6
30 2014.

40.     Instead, Brud Rossmann has been implausibly cazzless,
homeless, jobless, unemployable for many years.   He also

suffers medical disability termed "narcolepsy with cataplexy", but characterized first and foremost by unexpected falling events, catastrophic or otherwise serious injuries, even threats to his very existence well evidenced.

41.     Brud Rossmann lawfully ingests amphetamine, Adderall, as Medical Doctor prescribed, lawfully or otherwise, and for decades, for a medical disability (narcolepsy with cataplexy) now fully recognized by the SSA, in maximum SSI payments, a pittance, an insult, $735 per month, and its truth irrefutable legally by any Medical Doctor not otherwise conflicted.   In other words, Brud Rossmann does suffer narcolepsy WITH cataplexy and ingests MD prescribed amphetamine lawfully and for a reason.

42.     Put again, "speed" is not the problem except for the corrupt, the idiots, the "competition" as "opposition" — to include in the first instance natural persons skewing as Jews, c*nts, faggots, African American, Apparatchik, even white male Evil who know no bound.   These cowards, relative morons, idiots, run from this proposition:   when Brud Rossmann ingests lawfully ingested amphetamine he ramps to levels where they cannot hang on person to person combat, the zero sum gaming conjured by such idiots, cowards, faggots, and in relation to the essential

proposition at issue – the new venture function, the
lifeblood of society.

43.     Otherwise, the governance, via wireless c4ISR
platforms, if not, otherwise, is the problem.

44.     The military-government complex is real, faggots,
cowards, thugs, morons.

45.     Brud Rossmann would tell you if the "drugs" (or beer)
were the problem; the data otherwise is consistent,
corroborating.

46.     Far more interesting, relevant is the Financial
Penumbra associated with Brud Rossmann, and proven across
"5, 6, 9, 10, sub 11 space" for decades at exceptional if
not globally unprecedented levels – billions or trillions
of dollars of losses, reasonably defined, consistent with
what has happened in the derivative capital market
expressions, e.g. Wall Street, and as fully netted, ground
level realization or non realization events, as losses,
zzz.

47.     Recall that in such "constructs" the errors of
omission are the worst thing, the first and dominant
definition of the decay, the failure that surely follows.

48.     Further details have been scoped across millions of
words, orally articulated, or in writings, for many years.
See, e.g., the 5 14 2016 "skzzzh" of the Financial Penumbra

proven otherwise, and as annexed to many PACER accessible filings.  See also the 12 19 16 "skzzzh", found on PACER, and similarly "informed" by years of data and logic, 90 to 95% of the inputs from high level talent, officials, Billionaires, other Powers that Be, however de facto Violent faggot(y), cowardly, murderous, such scum may be otherwise.

49.    Brud Rossmann is also a current or former member of many community or civics organizations, serving in many capacities for the Good of the public.

50.    His community service award from then US Attorney General Janet Reno is but one example of his (since coerced) service to the country, unpaid, uncompensated, disgusting de facto enslavement, if not closet homicidal fisting faggotry in every instance, on first definitions of true Equity, capitalism, and goodwill.

51.    The very essence of the Economy, the future of the country are implicated if certain officially unconfirmed, but otherwise credible, reports of highest level authority personal involvement – and over decades, several Presidencies –  are true.

52.    Put again, there is evidence that the White House, at highest level authorities, and over many US Presidencies, over decades, has been involved in the targeting,

destruction, indexing of Brud Rossmann.

53.    Or put finally, at personal levels, Brud Rossmann is leaving this zz*thole, the United States of America, that is, for a reason!  See also Brud Rossmann's truly zz*tty artwork, graphical representations of all of this zz*t, "slides" in Mckinsey & Co., Dean & Co. speak, dated 5 14 16, 12 19 16, the "Financial Penumbra" slide, 5 14 16, and the 12 19 16 slide, "the New Venture Function", the best first two points of reference by far.  These two (2) terrible graphical representations reflect inputs from very high level persons, tons of data, logic, over many years, tons of proof, undeniable, zzz.  I, Brud Rossmann, am sure that they and the data are correct.

54.     **_Defendant Benjamin Netanyahu_**

55.    Defendant resides in this jurisdiction or has property in this jurisdiction.

56.    Defendant is the Prime Minister of Israel.  The defendant is named as the representative of the "state" of Israel, where numerous Jews reside, including those proven, if not admitted, to have targeted Brud Rossmann for destruction, unlawful zzzzing, extreme torture, false imprisonment, theft, robbery, zzz. and financial indexing of same.

57.    Lennert Leader was or is the Jews' primary representative in America since 1992 or so; Jews in Israel, if not other places, also initiated attacks against Brud Rossmann leading to his attempted murder, extreme torture, false imprisonment, theft or robbery of his property, zzz.

58.     The proven bases, motives, include (a) an anti-German
agenda, when Brud Rossmann is but ~28.125% German by
ethnicity, born on American soil, Rochester, NY, 5 22 64
1023 a.m., a natural US citizen, a mix of
European/Australian descent, over many generations,
American citizens, (b) an anti-heterosexual male agenda,
(c) an anti-Athletic male agenda, (d) an anti-Caucasian
agenda, (e ) an anti-Christian agenda, (Brud Rossmann non
practicing, but a baptized Christian, courtesy of Anthony
Scaramucci's unsolicited dousing of Brud Rossmann with
water in 1987, both age 23, at Hemenway Gym, Harvard Law
School, Anthony or a related person stating then or about
that time that "any Christian can baptize any [other]
Christian"/similar, (f) an anti-capitalist, anti-civil
libertarian, anti-non-apparatchik agenda, to destroy true
equity, venture capital, rendering the intangible tangible,
best in class leading edge technology defined, built,
"rendered" on American soil  - from leading edge circuit
boards, aka "motherboards", to wireless infrastructure,
e.g. satellites, to Mag Lev trains, e.g. 457 km/hour recent
models, Japanese, French success stories of high speed
trains, personally experienced, decades, to other hardware
or otherwise tangible expressions of the smartest stuff
ever built, buildable.

IV.

## FACTUAL BACKGROUND

59.     The Defendant, on openly pro-Jewizz, anti-German, pro-
violent faggot/LGBTer, anti-heterosexual male, pro-
Apparatchik, anti-meritocracy, anti-capitalism, anti-
democracy, pro-male-hating female, anti normal female,
normal male, bases, pro-violence, anti-reason bases,
targeted Brud Rossmann globally across 100s if not 1000s of
persons starting in 1997 if not before.

60.     Other demographics have been featured; African
Americans are but one example.  The Apparatchik "Englizz"
are another, and with the Jews, are the worst over decades
of data.  All have been defined as hostile to Brud
Rossmann, as the so-called "Good German", among other
binary, demographic "features".

61.     The Defendant, as a de facto violent closet violent
faggot, or the female equivalent, as principal or in
agency, bragged, boasted of, or otherwise admitted to the
targeting, destruction, indexing of Brud Rossmann and
toward Brud Rossmann's eventual murder.   Attempted murder
of Brud Rossmann on many occasions is proven, as is extreme
torture, false imprisonment, theft, robbery of his
property, worse.

62.     Official IRS rulings, findings, New York State
findings, rulings, other proof are but a small portion of
the proof.  The proof is robust, on frequency, severity,
longevity bases – 100s/1000s of natural persons, extreme
levels of import, wealth, power, 20+ years. Several high
level defendants are admitted guilty; the financial proof
is otherwise conclusive.

63.     In the name of the JEWS first and foremost, violent
faggots, male hating, psychopathological females, second,
as well as their associates across African Americans, other
"demographics", betting on Brud Rossmann's mzz3, his
murder, as admitted by Defendant, was rampant – reflected
in global capital markets, ground level capitalization
events, e.g. Deeds recorded in the Land Records of Fairfax
County, VA, and other expressions too frequent, too severe,
too longstanding, to deny.

64.     On first notice to Brud Rossmann, April 29, 2002, and
the notices that followed from such human scum to
Plaintiff, Brud Rossmann ultimately challenged such human
zz*t to Duels to the Mzz3, or otherwise to dispositive,
person against person merits based dispositions in public
for all to observe – and because the government would not
intervene, was compromised, or worse.

65.    All such scum ran, violent faggot, coward, cretins, de
       facto homicidal fisting violent faggots, as a fair first
       description of their true character - and as Brud Rossmann
       pled first and in such explicit terms in 2013, naming the
       JEW Lennert Leader in a 9 20 2013 complaint filing finally,
       belatedly, docketed for filing 11 2013 in the US District
       Court for the District of Columbia.

66.    Such human scum includes many Powers that Be,
       Billionaires, top level officials in the Government,
       similar, across the private and public sectors, money and
       authority, Power.  Several, but not all, are already named
       by Brud Rossmann in Federal Court complaints filed over the
       last several years in numerous Federal court jurisdictions,
       among other numerous official filings by Brud Rossmann over
       many years.

67.    Several jurists, including high level Federal jurists,
       are implicated, inculpated, proven human scum themselves.
       They include the JEW Ellen SEGAL Huvelle, the JEW G.
       Michael Harvey, and several other JEWS.  Members of the US
       Court of Appeals, for the District of Columbia, to include
       several JEWS, are also guilty - as the summary disposition
       in Chase I, the appeal from the 3 25 11 Huvelle
       disposition, proves as but one Exhibit A.  Other "cohorts",
       "demographics", are also implicated.

68.    Plaintiff Brud Rossmann's extremely politically incorrect anti-Semitism, beyond blunt, almost "insanely" direct, is well founded.  The Jews among many other "demographics" are busted, guilty, and as pled.   Frankly, Brud Rossmann is disgusted.

69.    One qualification:  in Brud Rossmann's personal experience, indexed at absurd levels, over decades, truly warped space, Financial Penumbra implications proven, as otherwise defined, proven elsewhere, there are many decent, reasoned "good Jews", smart people.

70.    The same is true of the homosexuals, if not the faggots, most LGBTrs, certain African Americans, females, zzz.  The Apparatchik "Englizz" may be the worst — and as proven over decades of data.  Those who say different are wrong, worse, insane5.

## V.

## CAUSES OF ACTION

71.    **Criminal Battery or Battery with Intent or Attempted Murder**

---

5 12.    The other "qualification": the Financial Penumbra, as otherwise defined, proven across years of data, logic, high/highest level inputs, zzz, is the right way to think of this problem – and to be solved. This is very complex, warped space, Billionaires invested, Powers that Be that range to highest level authorities, the White House, zzz, and the economics, finance, silicon chip based platform as Super Computing Regime, practical/highest level math, even philosophy space, the "5, 6, 9, 10, 'sub 11'" space, as otherwise defined, is the problem to be solved.  Such "Fields", including Field Medal winners, Nobel Prize winners, on some reporting, must be populated by the "1, 2, 3, [even] 4" space, psychology, sociology, Law, especially natural language expressions defining the pricing function, otherwise defined in the 5, 6, 9, 10, sub 11 space, and medicine, 4 space.

72.    Plaintiff repeats and re-alleges the allegations
expressed above as if fully set forth herein.

73.    The Jews (among others) have repeatedly admitted to
their targeting, destruction of Brud Rossmann, and indexing
of same over many natural person statements, over decades,
and ranging from high or highest level officials to local,
common people.

74.    The Jews, among others, have advertised their hatred
of Brud Rossmann across the Internet in many forms, across
many public records systems, and otherwise.   CPAN
accessible land record recordings cited with specificity
elsewhere by Brud Rossmann are but one example among many
others.

75.    The Jews, among others, violent faggot, coward, moron
scum that they are in this context, have run from all
direct engagements by Brud Rossmann to settle this Man to
Man, person to person, "10 Vectors Game to the End", or
"Pick One", "eschewed" by such coward cretins for years and
on 1000s of such challenges by Brud Rossmann – in writing,
mailings to Billionaires, others, Federal Court filings,
zzz.

76.    The Courts, of course, have not intervened, only

served to perpetuate the targeting, destruction, indexing.

See, e.g., the Jew G Michael Harvey's handling of the 15-

cr-0040 proceeding.   Article III stands for but one

essential proposition – a 2nd opinion when Article II runs

amok.   Compare Andrew Jackson and the rest (i.e. Andrew

Jackson said "The Supreme Court has made its decision; now

led it enforce it"/similar – however the US Supreme Court

did in fact render a 2nd opinion!!!)6.

77.    

Brud Rossmann cannot

differentiate between the men and the women too often –

whether "is he a Jew?" or not.

6 The other essential point: ~95% of total "capitalization", defining Article III, is defined by the Federal Rules of Civil Procedure (FRCP). The answer there is Rule 26, 16 as otherwise defined – smart depositions, getting after the essential capital definitions, why the lawsuit was brought in the first place, and as managed by Case Management Orders, Rule 16, given the over-arching trendlines, tort reform, Rule 12(b) to Rule 8(a), trendlines, 1990 precedent under Rule 12(b) versus Azzcroft ("Gestalt" invocations, Bench level personal views of that which is "plausible", zzz), zzz. decades.  Brud Rossmann 9 19 17.

78.     In this instance, both the "women" and the "men" are proven guilty of having targeted Brud Rossmann for attempted murder, false imprisonment, extreme torture, worse, as Jews, Brud Rossmann as the "good German", zzz, and on ethnic, worse bases.  Len Leader, Art Marks, a hostess for El-Al in Israel, 10/2000, Jeff Rubin, former CFO, many Fortune 500 companies, many other Jews, have admitted as much.

79.     **"Theft"/Robbery**

80.     Plaintiff repeats and re-alleges the allegations expressed above as if fully set forth herein.

81.     Employing the same "acoustic attacks", ("compare" The Today Zzow, NBC, reporting 8 24 17, 715 a.m. EDT, regarding such Cold War technology abuses in Cuba against Americans, select proof annexed hereto), infrasonic weaponry, wireless c4ISR platform abuse that almost zzzzed Brud Rossmann unlawfully on many occasions, the Jews among others have repeatedly stolen, robbed Brud Rossmann's property.

82.     They have admitted as much on many occasions, and went
        so far, along with other "cohorts", as to conflate Brud
        Rossmann's person with his property. Land record recordings
        in Fairfax County, Virginia leave no doubt, at least when
        read together with much other data – IRS rulings, findings,
        Federal jurist dispositions, zzz.

83.     The Financial Penumbra is real.

84.     In the targeting, destruction, indexing of Brud
        Rossmann's person, or property, or both, the Jews effected
        an iconic revenge on the Germans, among other disfavored
        "demographics", and via Len Leader, Sergey Ivanov, the
        hostess for Al El, on the tarmac in Tel Aviv, 10 2000, zzz.
        Leader leading the targeting, otherwise admitted, proven,
        the Jews made Brud Rossmann's destruction, indexing of
        same, a global media event, publizzed across CPAN, the
        Internet otherwise, and other network based systems.

85.     Other groups, to include African Americans, and
        apparatchik "Englizz", and without limitation, also played
        the "demographic" to such bad effect.

86.     Holocaust references rampant, and for Decades, other
Guilt plays for decades by the Jews directed specifically
at Brud Rossmann, as though Brud Rossmann personally zzzzed
Jews during WWII, the Jews defined themselves in fact the
Nazis vis a vis Brud Rossmann – garbage human beings worth
of mass extermination in Plaintiff's considered opinion,
but only in relief.  Again, the Jews among others as so
defined zzould be Zzzzkazzz, and as such "insanity' is
otherwise so parameterized.

87.     Brud Rossmann was no anti-Semite to start with.
"Compare" FBI background check on PACER; see also other
PACER accessible Exhibits to include letters of
commendation, recommendation, zzz from DOJ attorneys, zzz.
See this that and other thing – the proof is robust,
conclusive, zzz.

88.    Brud Rossmann is recently confirmed as highly sane, medically disabled only physically, narcolepsy with cataplexy, and receives the "full" SSI compensation possible from the Social Security Administration.   He remains implausibly cazzless, jobless, homeless, unemployed, unemployable.   The Jews, and the apparatchik Englizz, along with the male-hating c&nts, murderous violent faggots, and several African Americans, are among the "cohorts" proven most to blame7.

89.    Brud Rossmann is leaving this zz*thole for a reason.

VI.

**PRAYER FOR RELIEF8**

1. Plaintiff requests in relief:

2. Ten Million Dollars ($10,000,000.00) in compensatory damages, Defendants' liability pled as joint and severable, and

4. Injunctive relief,

5. Declaratory relief, and

6. Such other relief as this Court deems proper.

Respectfully submitted,

---

7 Again, this complaint is zz*t by any normal standard; Jews and others associated with Len Leader in particular are to blame.  The government, CIA, FBI, DoD, Israel, are also to blame.

8 Again, this Complaint is a piece of zz*t by any normal standard.  The Relief will come first in the form of my, Brud Rossmann's, departure from this zz*thole – the United States of America, that is.  All statements, allegations, words in my name in this Complaint are so and further qualified, without limitation, and for eternity, zzz.

Brud Rossmann, Esquire
Plaintiff
Date:   October 4, 2017

(34) WITH NOTED QUALIFICATIONS.  BRR,  10-4-17

EXHIBIT SECTION 1

SELECT BRUD ROSSMANN CREDENTIALS, RECENT AND LONG-TERM, WITH
SELECT IQ SCORE PROOF, BENCHMARKS, REPORTING (E.G. "BOILERPLATE"
SECTION OF NOW DESTROYED, ALSO CURRENT BLOG SITES, ZZZ)



Hey Bud, brossmann11x

Previous   Next   Options

*EXHIBIT TO COMPLAINT*
*FILED IN FOR COVET*
*7/13/17*

will upd... es built in

ends                                    Move to inbox        More ▾        8/13/1'

*FRIEND OF ↗*
*THE*
*TRUMPS*

Scaramucci, Anthony <AScaramucci@skybridgecapital.com>
to me ☺

I have never done anything to you and never will. We were and are friends.

www.wallstreetweek.com

...

To  brossmann1 (hotmail.com) ✕   brossmann1 (yahoo.com) ✕

Add: White House president  President Barack Obama

─── Forwarded message ───
Scaramucci, Anthony <AScaramucci@skybridgecapital.com>
...... Aug 13, 2016 at 4:42 PM
B   I   U   A ▾   ▤ ▾   ☷ ☰   ☷ ☰   ☷ ☰   99   I×

Google

Gmail ▾

COMPOSE

Inbox (2,056)
Starred
Sent Mail
Drafts (64)
Brud

No recent chats
Start a new one

ascaramucci@skybridgecapital.com

Click here to enable desktop notifications for Gmail. Learn more  Hide

Move to Inbox        More ▾

52 of 90

People (10)

Mail Delivery Subsystem
mailer-daemon@googlemail.com

Show details

takes two minutes

generates a confirmation number

just email to me.

I then write that number on the form at the local WU office, including supermarkets, etc.

this number is the key number.

thanks again

also let me know how much money will be sent.

they ask for this specific amount on the form

brud to Anthony

**Scaramucci, Anthony** <AScaramucci@skybridgecapital.com>
to me

Ok, I will handle on Monday. I will send you $300. Then again next month. Get on your feet. Your are a very smart man

8/20/16

Securities offered through Hastings Group, LLC, a member of FINRA and SIPC
www.wallstreetweek.com
www.saltconference.com

**Brud Rossmann** <brossmann111@gmail.com>
to Anthony

*[handwritten annotations:]*

Bert- 10-5-17

Scaramucci was recently Director of Communications for Trump

He is known as a friend of Trumps

# BRUD ROSSMANN
1220 N Street, N.W., PH-2
Washington, DC 20005
(202) 534-0693
E-Mail:  Brossmann111@gmail.com

## SUMMARY

A Master of Public Policy and Economics graduate with High Honors supported by Finance experience at AOL Time Warner and McKinsey & Company. Background focuses on Finance and Law.  Demonstrated capabilities include large scale investment fund management, financial services industry management consulting, and National Security matters. "Excellent" performance appraisals at AOL Time Warner.

## PROFESSIONAL EXPERIENCE

Sawtooth Capital LLC, Washington, D.C. and New York, NY          2009-Present
**Managing Member**
- Activist investment fund with technology and real estate mixed capitalization focus.
- Fourteen (14) investors since year of formation

Sawtooth Consulting, Washington, D.C. and New York, NY
**President**                                                                                2000-2009
- Management consultancy with technology, real estate focus
- Merged into Sawtooth Capital LLC in 2009

Law Office of Brud Rossmann, New York, NY                            2007-2009
**President**
- General practice including litigation and transactional work
- "Excellent" performance reviews.
- Merged into Sawtooth Capital LLC in 2009

AOL Investments/AOL Time Warner Ventures, Dulles, Virginia      1999-2001
Began as **Director** and advanced to **Executive Director**
- $1.5 billion dollar, globally leading technology investment fund
- Only promotion over two (2) year tenure; represented Fortune 50 company publicly
- "Excellent" performance reviews

Boles Knop & Company, Middleburg, Virginia                           1997-1999
**Director**
- Boutique investment bank.
- Secured $105 million client base within four (4) months of commencing employment.
- "Excellent" performance reviews.

Dean & Company, Vienna, Virginia                                          1996-1997
**Associate**
- Management consultancy.
- Clients included AT&T and Prudential Insurance.

**Brud Rossmann**                                                                    **Page 2**

## PROFESSIONAL EXPERIENCE (continued)

McKinsey & Company, New York, NY                                              1996
**Associate**
- Management consultancy.
- Clients included American Insurance Group (AIG).

United States Department of Justice, Washington, D.C.                    1991-1996
**Trial Attorney**
- Large civil litigation matters involving National Security and Billion Dollar claims
- "Outstanding" performance reviews

Simpson Thacher & Bartlett, New York, NY                                1989-1991
**Associate**
Law Firm.  Corporate Transactions and Litigation matters at Billion Dollar levels.

## EDUCATION

Career Technical Institute, Washington, D.C.                              2012-2013
***Microsoft Certified System Administrator (MCSA) curriculum***
"100" average, perfect grade point average.

Johns Hopkins University, Washington, D.C.                                1998-1999
Master of Finance Coursework – GPA = 4.0

Harvard Law School, Cambridge, Massachusetts                                 1989
***Juris Doctorate Degree – With Honors***
Coursework in finance and commercial transactions, including secured transactions, bankruptcy,
tax and securities law.

The University of Michigan, Ann Harbor, Michigan M.P.P., A.B. (Economics)     1986
***Master of Public Policy Degree –***
(Master of Applied Economics Coursework)

                                                                             1986
***Bachelor of Arts Degree –***
Both degrees completed in four years.  Graduated with high honors in Economics.

## REFERENCES

John Macenroe, Principal, Bear Mountain Partners, Poughkeepsie, NY:  845-831-2035
Darrell Frazier, President, Frazier Investments, Silver Spring, MD:  301-273-8557
Wayne Day, Managing Partner, Day Seckler, Fishkill, NY:  845-765-0705
Daniel Wolf, Esquire, Washington, D.C.:  202-276-7860
James Walsh, Esquire, Washington, D.C.:  703-522-0761

Boilerplate for every blog site posting, every email if I remember to include below, etc – Brud
Rossmann, June, now July 9, 2016 onward:

1. ***Brud Rossmann Credentials  - Consider the Source,   bur recall "MONEY", scaled financial
   conflicts of interest, are the thing here as defined below, in referenced sources, analyses, data, by me,
   otherwise – see postings further below, cited sources on PACER, accessible via CPAN, etc.:***   Harvard
   Law School, cum laude, 1989; perhaps Best Investor in World status on some metrics, 1999 to 2009, late
   2009, venture capital/above levels of capitalization, government reporting, information, private sector
   reporting, select sources to include IRS, SEC, NY OAG, Art Marks, others cited below/elsewhere,
   their/my analyses, best estimates, (employed as Director, 115K per year or so salary, AOL/AOL Time
   Warner, max "bonus", option grant, cash grant, merit based, only promotion during my tenure, leading
   venture fund in whole world arguably, etc etc etc, $92.3 million cash investments, 21 direct in
   companies, 18 companies total, 4 in funds in Israel, detailed elsewhere); perhaps one of top IQ scores
   ever in CIA, government, DOD history, top score in any event, on all data to date, reasonable inferences,
   reported 2003 as WAIS, Wechsler Bellevue III variant, (2 or 3 part test, last part, oral sentence
   completion section) this IQ test skewing toward math/performance skills over verbal vs. Stanford Binet,
   Wikipedia reporting, 2016,   type of test reported at high level, network based, unnamed source, no
   quantification, other data besides suggestions late night discussions with Tony Travis, 1994 or so, "182",
   "186", "187", on "200" score maximum, on all reporting to date, all indications 1976, witnesses named
   below, on PACER as to outlier IQ score, however unquantified at the time, to include Mr. Chrissy
   (phonetic, Greenbrook Junior High School), Ms. Daniels, Mr. Zoven, Mr. Farley, Mr. Biskner, many
   others, Greenbrook Junior High School, Brian Conlon, English/Debate teacher, Lake Park High School,
   Barbara Dwyer, same, Mr. Bladell, same, other teachers, Lake Park High School, Theresa Amato,
   tri-valedictorian, with me, Lake Park High School, 1982, campaign manager, Ralph Nader's Presidential
   Campaign, Y2000, other students, friends Marcus Herbert, fellow classmate, Mike Chiappetta, (his
   parents very friendly, very cool – his father Italian, his mother Polish), others, at Lake Park,   all
   graduating 1982, voted 1 of 5 smartest students ever to graduate Lake Park High School per then
   Chemistry teacher Mr. Bladell, unsolicited, reporting, 1992 on my 10 year high school reunion, 660 or
   so graduates 1982, now more apparently per average class, in 1982, about 2500-3000 students, East and
   West Campus, 9th to 12th grades), with "suggestions of "222", beyond "200" maximum IQ score, on
   some reporting, some modeling, estimates, Y2000, etc. etc. etc.;   Valedictorian, with 2 others, 660 or so
   graduates, 1982, Lake Park High School, to include Theresa Amato, featured in the movie "A
   Reasonable Man" about Ralph Nader; Valedictorian, 1978, Greenbrook Junior High School;    admitted
   to Harvard as undergraduate every time I applied;   at University of Michigan, earned two (2) degrees in
   4 years, 2nd ever to do so, MPP and AB in Economics, perennial Slater Scholar, 1 of 8 best LS&A
   student prospects, but renewed each and every year, years 1 to 4, Angell Scholar, Otto Graf Award (1 of
   3 best Juniors in the LS&A College, 3000 to 4000 or so students, first estimate), Phi Beta Kappa early
   election, The Editor of the Michigan Journal of Political Science; etc etc etc; at Harvard Law School,
   complimented, out of the blue, out of context, unsolicited on sheer intelligence, by (a) Charles Danaher,
   Esquire, partner, Luce Foward, San Diego, CA, "wattage", 1986, Jim Windels, Esquire, Mayflower child,
   descended from the Mayflower first residents/citizens of this country, father, founding partner, Windels
   & Marx, leading, 60 attorney law firm, Wall Street, 1989 or so, and Windels' comments just before
   graduation, HLS, 6/89, Harkness Pub, complimenting me on being exceptionally bright, similar, (I do
   not recall the exact comment), unsolicited, etc; Steve Barber, Esquire, partner, former roommate like
   Danaher (I appeared in Danaher's wedding per below), at his rehearsal wedding dinner, June, 1998,
   Middleburg, VA:   "Brud was the one of the sharpest guys at Harvard Law School" (near verbatim), and
   "[his skills were in numbers/SIMILAR], unlike most lawyers who would run for the hills," [Brud would
   not – and as I, BRR, was working for a local investment bank, Boles, Knop, sited then at 2 Main Street,
   West, the Windsor House, at the only stoplight in town);   Outstanding reviews as Trial Attorney at US
   DOJ handling billion dollar and national security matters; a Community Service award from the US

Department of Justice, former AG Janet Reno, for volunteer service in the African American community of Anacostia, MD; 99% percentile scores on EVERY standardized test for college, law school, graduate school, otherwise, ages 16 to 31, PSAT, SAT, ACT, GRE, GMAT, practice tests LSAT, EXCEPT the actually scored LSAT, 10/85, 44 on 48, 98 percentile as reported then, 100s of practice tests age 16/17 to 31, 99 percentile score without exception, all practice tests ever, age 16 to 31, 99 percentile plus, and practice tests on GRE 2014-2015, age 50, 97 to 99 percentile all practice tests, 2014 best estimate, drinking alcohol, popping prescribed speed, etc. (in other words, I CRUSHED these exams, as always, always will, always could, etc etc);  RECIPIENT OF COMMUNITY SERVICE AWARD FROM US ATTORNEY GENERAL JANET RENO, 1995 FOR COMMUNITY SERVICE IN AFRICAN AMERICAN COMMUNITY OF ANACOSTIA, MD, recipient of strong to exceptional reviews recently in professional capacities, e.g. Excellent or perhaps better reviews by every reporting client of which I am aware while I served as Of Counsel at Tarshis, Catania, 2008-2009, billed to clients at $350 per hour, the highest rate charged by the firm, same as Management Committee partners, paid but 1/3 the going rate, 2 sources, 2009, and similarly strong reviews in the one professional candidate in which I had the opportunity to serve after I returned to Washington, D.C. In 2012, Director Economic Development, HOPE, see PACER accessible filing Exhibits as proof;  as a professional position candidate, several sources, 2013 to 2015, and all qualified psychological reviews, EVER, and recent, to my knowledge, rating me, Brud Rossmann, as above normal to best in class, mental health, psychological health, as measured across all vectors, factors, behaviors, "perspective", as operationalized, etc.  I also read and played the piano at age 4, took piano lessons age 6 onward, read two (2) books in a couple sittings age 7, Black Beauty, another book.  I was told I was "gifted" in terms of piano.  I was the best Math student at the largely Jewish school (~90%)  in Manhattan Beach, Brooklyn, across the bay from Sheepshead Bay, Brooklyn, NY, P.S. 195 (as numbered now, used to be numbered something else), I a Gentile, and told that "you are Number 1, she [Heidi Flatow, a Jewish female] is number 2" when I arrived, age 7, in 2nd grade, from Manhattan, 2nd grade, was a top student otherwise, across all students 2nd to 5th grade – moving to Florida for 6th grade.   I was put on the waiting list at the Stuyvesant School at age 7, then to include an Elementary school, (as Patricia Gleason, Harris Lapidus, others reported,  can confirm) before moving to Manhattan Beach (from Wikipedia 6 19 2016: "Stuyvesant High School /ˈstaɪvəsənt commonly referred to as Stuy /ˈstaɪ/[a] or Stuyvesant, is one of nine specialized high schools in New York City, United States. Operated by the New York City Department of Education, these schools offer tuition-free accelerated academics to city residents. Stuyvesant is a college preparatory science, technology, engineering, and mathematics (STEM) focused liberal arts high school.")  I was apparently considered a "little math genius" at age 6, could do 2 x 2 if not 3 x 3 addition, subtraction, multiplication, division, in my head at age 6, Rudy Rossmann, my father, others as can others, perhaps Bob Totillo, and as further confirmed by Steve Tarshis, Esquire, Newburgh, NY, Angela Szajko, Tarshis Catania, law firm in Newburgh, NY, reporting, 2009), unsolicited:  as I went to sign off on a billable hours statement, Szajko (spelling?), the bookkeeper/accountant, volunteered, unsolicited, that I was apparently regarded as a child as little math genius – how would she know that???? .  (Also, I was just behind Bob Dimpsey, the best math student at Lake Park High School on a national math test administered at Lake Park High School in Grade 11, Dimpsey separating himself in Grade 12, to my recollection.    Dimpsey went on to generate semiconductor design patents, similar, at the University of Illinois, or other places, on my 2002 research.   At the same time, despite Hildebrandt touting my math abilities, Grades 10 to 11 at Lake Park, I was not "interested" in computing in Grade 12 when suggested by Joe Cieply (phonetic), the calculus teacher at Lake Park High School – I scored a "5" on the AP test for A/B calculus, the top score possible, scores ranging from 1 to 5, and did not take the harder "B/C" advanced calculus test in my senior year of high school.  Dimpsey did take the B/C test, likely scored a "5" on it, the top score possible.  I was not even aware it existed until late in the cycle – and my early, true passion for math, physics, Money, finance/economics, otherwise proven, had ebbed at almost implausible levels:  nonetheless, I earned returns on every stock investment, business investment, every cash at risk investment, age 5 to 25 to my recollection.  As noted, I may

have rated Best in World Investor as a venture capitalist on government and private sector reporting late 2009 during my tenure at AOL Investments, AOL Time Warner Ventures, 1999 to 2001 – and when the leverage on VC was extraordinary, IPOs hot, VC fund portfolio companies going public in a "nanosecond", etc.) There are many more data points to confirm the math ability, abstract logic ability, perhaps even World Class ability in abstract logic on some alternative reporting, as well as practical application worth real cash on the barrelhead – witness the government's and others' reporting late 2009 that I generated $110 million cash profit on $62.3 million or so invested directly in 18 companies, 21 direct investments, the profits stolen, destroyed by Len Leader, Ron Peele, Mark Gembicki, others at AOL, many others.     Proof of RECENT reviews show up in Exh. Sec. 1,   other Exhibit Sections,   to recent lawsuits by me, 2013 to 2016, in FEDERAL COURT, accessible via PACER.     My physical credentials, prior to my diagnosed, proven medical disability, narcolepsy with cataplexy, select, and directed at the US Marine Corps, Army Delta Force, Navy Seals, Assessor idiots like Scott Carle, others proven involved, and in particular, include the following: (a) age 45, benchpressed at ~180 pounds normalized, 20 x 225 pounds free weights, 315 x 4 reps, 20 TO 25 all the way down pullups through age 47, 315 x 5, 275 x 10, warming up, age 37, when I was younger, 100% percentile Marine Corp PT, Physical Test score, age 17 to 28 roughly, 3 miles 6 minutes, 20 all the way down pullups, 80 situps 120 seconds, 100 percentile for a decade or more, (select proof 3.5 miles at 21:10 6/1990, Corporate Challenge, Simpson Thacher & Bartlett, age 26, officially reported score, Top 5 for STB, STB top 7 in the City as I recall), 495 x 7 half squats,   405 dead lift, out of the gate, no training, 3 x 315 bench at 156 pounds age 39, 5 x 275, 10 x 225, Gold's gym scale, old location 20th and L Street, NW, ~11/2003, 2:19/2:09 half mile age 17, no training, Lake Park High School, just did it, etc, hand eye coordination boxing, martial arts also had outlier moments, but I never did anything with it).   (Oh, as just an aside: (a) supposedly my maternal grandfather, John Phelan, "broke the Japanese Code", or made a major contribution to same, despite lies, misreporting by my mother, her twin sister, Pam Jones of Catskill, NY, and (b) his uncle, my great great uncle, also a John Phelan, as I recall, according to now deceased Aunt Jo, others, and a newspaper article in the New York area, around 1917, when America entered the war, give or take, (WWI, 1914 to 1918, 1919, Treaty of Versailles, as memory serves), was the first soldier killed from New York State in World War I (WWI).   (Now I personally looked into this – securing official records from the personnel records for retired military persons, in St. Louis, 9/2006 or so, providing photocopies of the full set of records provided to Pam and Pat, my mother and her c*nt sister, Pam Jones, in 9/2006 for John Phelan, my maternal grandfather; Pam tried to have me falsely imprisoned not once but several times despite whatever else she did.   She also almost drowned me as a baby by throwing me into the water to "sink or swim" when I but 18 months old or so.   My mother about lost it – was livid.    The reporting in the jacket makes clear that John Phelan was given a General Discharge 1945, end of WWII, was a RF engineer thereafter, and may have qualified as a "Mustang", rising from private to Captain in 8 years, 1937 to 1945 – but was NOT discharged in 1955 or so, for "punching out a colonel" as my mother and her twin sister reported many times.   One or the other must give – 10 years or so difference is non-trivial.    Either the official report is right or the two twin sisters are accurate.   Noteworthy is their account that he was asked to come back to the Army as an Officer, refused, and would only serve as a Master Sergeant.   He had a pregnant wife or 3 kids already as of 1945, and as of 1955, 5 kids or so.   He was retired on Captain's pay, an Officer, and was buried as such in 10/1986 – a 3 gun salute, as I know, because I was there, in Catskill, NY.   They do not give 3 gun salutes to Sergeants to my knowledge.   All of this further history is not part of the "jacket", other data that I received in or about 9/2006 from the military personnel records center in St. Louis, MO.     Brud Rossmann, 7 6 2016, Washington, DC.   (Oh yeah, they "suggested" at high levels 2002 to 2005 or so that I was, was then, had been slotted to be THE Director of the U.S. Central Intelligence Agency (CIA), as in the "The Director" or similar level official position.   There is some data which is consistent and corroborating over several years.   (And, oh yeah again   – at age 28, 1992, while tested at the US

Department of Justice, my body fat was under 5%)   (Oh yeah again – at age 8, in 3rd graded, I was put through a psychological stigmatizing event at the predominantly JEWISH public school, PS 195 as now

denoted, if not then, (195? 186?) as the best Math Student in the class. I was sent to the Principal's office on an errand, and then returned. The math problem on the chalkboard was 13+12 (as I recall), which I correctly identified as "25", but the class was "put up" to saying it was "26", similar. All mocked me, all laughed, tears streamed down my eyes. I was 8 years of age. My mother remembered this event when I spoke with her about it in 2002. She was livid about this as well. This was one of several JEW led targetings of me, Lennert Leader at AOL, then AOL Time Warner, but the "capstone event". The "My Nigga" and apparatchik "cunt" set are also directly implicated. I hate the fucking JEWS (and associated "My Niggas" and "cunts") for a reason. The reasons, data points are robust, broad and deep.) Brud Rudolph Rossmann july 2016)

2. ___Network hacking, express incorporation by reference___:    Given the government's admitted false conviction of me on emails forged, corrupted, compromised and sent in my name, charged to me, the government, the judiciary, others compromised in the process, proven, admitted by them, such measures are required – if not the lawful KILLING of certain of these morons, scum, etc. including shitbag cunts, FBI, US Attorney's Office, NSA, CIA, USMC Marines, among others,   names socialized by third parties include Phil Waggoner, Ray Letteer, etc.    These idiots have attempted to KILL me unlawfully, and otherwise have admitted to false imprisonment, extreme torture, worse. Many are dirty, admittedly so, and some proven homocidal and grossly stupid previously. There are numerous public records in support, and the IRS   has ruled in my favor on such or related bases on several occasions. Likewise, New York State   Departmental Disciplinary Comittee, many other determinations. I piss on Len, Ron, and the host of Idiots that define their "company", especially the Billionaire set who sponsored, funded, managed, or otherwise lead this shitbag form of evil - proven to include, at a minimum, ___Steve Case, Len Leader, Ron Peele, high level executives at JP Morgan Chase,  possibly Jamie Dimond, Horan, certainly DRAKE, and, also as well evidenced ground level, high level, otherwise, former friend Harvard Law School classmate, who insisted on baptizing me (and invited me to his wedding – details below), Skybridge Chair/CEO Anthony Scaramucci, Dan Daniello, $3.0 billion dollar net worth, Chair, The Carlyle Group,___   and with lesser proof, ground level and high level data, as corroborated by research data, to include possibly, on high level, network based, wireless c4ISR representations, hacking, "emulation environments", etc., the following, and without limitation: ___Barack Obama, Warren Buffett, Bill Gates, David Colburn, former AOL, Brad Pitt, Angelina Jolie, the Clintons, Dick Cheney, former VP, the Bushes, several former or current Directors, CIA, to include possibly John Brennan, several high level Congressional leaders, Feinstein, Rogers, etc.___   There are many other high level persons evidenced at varying levels across three (3) essential types of data (a) ground level (b) high/network/wireless c4IsR data (c) research. Brud to the whole world.    Put more simply, I hereby again, non-waivable for all time, qualify the fucking shit out of any and all statements by me, Brud Rossmann – get it!!!    All statements herein, and otherwise, are so qualified accordingly. Brud Rossmann.

3. ___"10 Vectors Game to the End" or "Pick One" - Merits Based Competition, Lethal, Dispositive, Efficient, Man to Man, Person to Person, 1 lives 1 dies – law enforcement purposes as first use of responsive data: meaning, any data from third party sources versus named persons will be forwarded by me affirmatively to the "Police", Federal, local, etc. to ensure first chances by the otherwise compromised "LAW" to lock these Idiots up, etc etc etc – Brud Rossmann to the whole world___:
Equivalent expressions for these purposes, 10 Vectors Game to the End   is the answer the JEWS first and foremost, low end shitbag evil in Israel, other places, however "super Genius" otherwise, and the apparatchik idiot English, cunts, and males, de facto faggots, second. The "My Niggas", Jews, even the c7nt crowd, others, etc. who have bad feelings they need to reconcile, have "eschewed" any direct reconciliation of their bad feelings, their financial conflicts of interest, legal conflicts of interest, etc. – 10 Vectors Game to the End run from by these coward faggots for years.    See terms scoped below, 200+ challenges since 2013, all "eschewed" to date. Lethal combat, 1 lives, 1 dies, all the world to watch, National Mall forum,

Duel format, etc, etc etc, application/capacity/bogey a venture activist investment fund model, lethal disposition, in real time on the National Mall, etc – tens of thousands of words, if not millions, net of redundancies, define the model, the application, the capacity, the essential deliverable.   Brud Rossmann especially to the (a) the JEW, Lennert Leader, and his faggot, sidekick, Sergey Ivanov, UDC, (c) his longstanding sidekick, the certified moron, Ron Peele, a proxy for the "My Nigga" set, also mentally challenged, (c) the cunt crowd, Susan Bell, Patti Henricks, Shelly Bowan, others like them at AOL, etc, (d) *cops, similar, to include Marines, (Phil Waggoner, where are you???? Where are you, Phil???   Ray Letteer?   10 Vectors Game to the End (GTE)!!! )* , (e)   other idiots previously named, identified, relevant to such a challenge. 200+ challenges since 2013, written and oral, no takers!!!???   Is the Marine Corps populated with but cunts, faggots, morons, cowards, and worse???

4. *Proof of Normalcy, other Proof of Psychological "Health"*:     Besides the psychological reviews, all qualified psychological reviews EVER finding me above normal to exceptional,   selectively documented in PACER accessible filings, Exhibits, names of friends, girlfriends, serious girlfriends, with summary data, over decades, are selectively documented below – many, dozens perhaps. They include the following, as a sampling – among dozens (on some reporting, I was one of the "most popular people" in Washington DC as of 1994-1995, in my age bracket, etc etc – perhaps 100+ "friends" at that point, just in Washington, DC):   Patrick Dabadu (phonetic, age 6, NY, NY), Scott Levine (ditto), kids living in Manhattan Beach, NY (Sheepshead Bay area, Brooklyn, NY), Andrew Stillman, Ronald Blumenthal, Lester Blumenthal, Monte Lipman, Zach ?, Adam Levine (?), his brothers, Libby his mother; kids in Ft. Lauderdale, FL (Scott Ireland, French named kid, Pine Crest, elite, private school, Ft. Lauderdale, others, when I won "Best All Around Boy", best student/athlete, was otherwise a top student, the best sandlot football player running over people, etc); in Hanover Park, IL, friends with Scott Krause, Art Herrera, Trey Dent, Jamie Mcallister and Jay De Guzman, deceased, (drove

"themselves" into cement pylon/similar at 110 miles per hour, right before start of 12th grade, 1981, 2 kids in the backseat in traction, etc.),   others – Dean Petersen (spelling?), others will remember me, Greenbrook Junior High School – as will Ted Borchers, and best athlete in the school, Buddy Gardner ( who I beat up twice in a single fight in the Spring, 1978, before dozens of witnesses on the other side of the bridge, the park that separated Greenbrook Junior High School from the tennis courts, the townhome development, etc.);  in  Catskill, NY:  Joe Berger, Curtis Reese,  a Jew and a black person, some others;  at Lake Park High School, Roselle, IL:  Theresa Amato, one of 3 valedictorians, including me, ran Ralph Nader's Presidential campaign Y2000, arguably cost Al Gore the election, Clarissa Cruz, Marcus Herbert, Randy Otte, Jamie McCallister, Scott Kellar,  Leo Grinsteiner (phonetic), Lake Park High School, a US Marine, became an Embassy Guard at overseas embassies, Troy Peters, Mike Chiappetta (his parents were very good people), Kelly Dolan, Linda xxx, Marcus's cousin, dated her, Gabrielle/a Dietrich (homecoming Queen/similar), others; University of Michigan: friends first 2 years until they blew up this group of friends, Scott Kern, Chip Schenck (spelling?), South Korea diplomat from Katmandu's son,  xxxx, good soccer player,  became a "fat shit" in his own estimation, Mark Ludka, and ultimately to include  Dave Baum, Howard Solomon, many others, with girlfriends ranging across many, 10 or so, with whom I had sex, to include Clara Ponty, Joanne  Arnott (spelling), both very attractive, Ponty the daughter of World Famous Jazz Fusionist, Jean Luc Ponty, a very accomplished pianist, Kelly Dolan, man others, etc; Harvard Law School:  Steve Barber, Charles Danaher, Greg Schuetz, Rich Gladstone, Dan Chandler, Shelly, his girlfriend/wife???, Anthony Scaramucci, several others, girlfriends with whom I had sex included Jen Witham, (also very attractive, Richard Simmons "denoting" her a "perfect 8" on a visit to the Clara D Hirsch YWCA while she was resident there in 1987), some one night stands, Clara Ponty (first sex at HLS, 1987).   Friends after Law School, Mike Wiley, Howard Solomon, Bill Brentani, partner, Simpson Thacher Bartlett, Steve  Barber, partner, Steptoe & Johnson, Rich Gladstone, Todd Berlent (spelling?), Michael Smith (later proven compromised), NY, NY, 1989 to 1991, DC 1991 onward, Tony Travis, Dan Wolf, Steve Barber,  Alden

Schacher, (had sex, she had a thing for me at the time, friends otherwise), Anna Miller (ditto), Cathy Rojko, Esquire (ditto – invited to her wedding, no petitioning), Jimmy Lynn (friends with Rich Wiedis, JL far cooler overall), Mark Nitczynski, (also very decent, cool, etc), Jim Rubin (attended his wedding, by some contrived petitioning, 1995), Chris Conte (ditto);   friends/supportive associates since the "end of my life", First Notice 4/29/2002, included/include Sean Meagher, John Macenroe, previously DJ Cornelius, others upstate New York, my mother, Pat Gleason, late to the party, but strong at the finish, over the last several years, (as she apparently ran sprints as a teenager), locally Darrell Frazier, with mental health issues, but decent on the most essential definitions, etc etc etc.   Many are named further below, many are contextualized, there are many others that can be named.   The "My Nigga" set, racist as HELL on these facts, at least many, the JEWS and idiot English worse, all proven stupid, and beyond, and certain JEWS, Israel sited in particular, led by Len Leader, and idiot Apparatchik English, c&nts, (some of the "My Nigga" set), led by Ron Peele, are among the very worst in mischaracterizing me, my "history", and for dirty Money – my Money taken by them, unearned, stolen, robbed, worse.   I piss on Peele, Leader, many former AOLers, and their kind among the "my niggas", Jews, idiot/apparatchik English – this includes largely Medical Doctors, Psych types, Lawyers, Judges, Information Technologists, professionals SOME WORTH A BILLION DOLLARS, SITED IN NORTHERN VIRGINIA, NEW YORK, NY, WASHINGTON, DC, ISRAEL, as well as some high level scum in the federal governmebnt –   for a damned good Reason.   They are fucking Morons on Money.   (The "5 6 model" otherwise defined is but one point of reference.)   If I am objectively inaccurate in my assessment, I will light myself on fire on the National Mall for all the World to see.   Brud Rossmann July 2016 (BTW: I've been saying about the same thing since 2013.   Financial INDEXING, at Billion Dollar levels, Trillion Dollar or above on 3 unnamed sources, 3 unsolicited estimates, 2010 to 2012, is well proven.    Tax considerations are proven, admitted   by the IRS in official Theft and Casualty Loss rulings in my favor 2006 onward.    What do you think the Net Present Value (NPV) might be on the 3 year delay and defer?????? Tax basis step ups, write-offs, government contractor and billing attorneys' (some named below) revenue, litigation liability, judgment risk delay and defer, etc etc etc??? BRR 7 2016 – detailed analyses by me, informed by others, millions of words spoken, 1000s of hours contributed by me alone, not to mention others, and proving these points conclusively)

5. ***MONEY:      Third party unsolicited estimates 2010 to 2012 put the Indexing of me (to include mortgage debt derivatives almost certainly, publicly traded equity expressions possibly, tax regimes, loss expensing/adjustment formulas, etc) at anywhere from $400 million to $222 Trillion and even 10 to the 34th JP Morgan Chase lien pricing/valuation.   Estimates apparently heavily informed by persons employed by the IRS (e.g., persons in the Chief Counsel's office), private sector persons possibly, government contractors at SAIC, War Room Research, LLC, now The Resilient Corporation, others, and those working at or with JP Morgan Chase, and Anthony Scaramucci's firm at the time, including those defining my claims in Chase I, Brud Rossmann v. Chase Home Finance LLC et al, filed 6/9/2010, (and before a JEW female, Ellen SEGAL Huvelle, presiding, and writing a death sentence otherwise detailed in prior writings by me),   have been other-wordly.*** I despise these Idiots – very evil, murderous, and also proven Grossly Stupid.   On my estimate, the number is (a) minimum, tens of millions of dollars – e.g. my $0 or worse net worth for years, versus $50 million midpoint estimates of my likely net worth, 2014, Anthony Scaramucci, others, Harvard Law School financial services sector/investing sector data, etc – as well as the time value of money, opportunity cost, Economics 101, valuation of the involvement of high level persons named selectively below; (b) billions of dollars likely in my own estimation, (c) trillions or more according to idiot government pukes, cop types at the FBI, IRS, Treasury, morons, and cowards to boot – if not the private sector sources named above.    My best estimate, "off the record", is that the indexing of me will "map" to Trillions of Dollars, and only shitbag low end c7nt evil like Sandy Smith, Catskill, NY (8/2010 – shouting out of context that she/we would not apologize for what they did to me, similar), under the aegis of another shitbag JEW, Len Leader, among others, will make this not so – in the worst sense possible, and as previously defined, detailed, evidenced, etc.    Again, if I am wrong about this objectively, objectively inaccurate, as my

statement is qualified, I will fucking light myself on fire on the National Mall for all to see, revel, etc etc etc.  These people are fucking idiots, morons, shitbag low end evil.

6.  ***Powers That Be***:    Ground level evidence, high level/network based data, research (I personally read 100s if not 1000s of discrete sources 2002 to 2005 concerning the National Security authorities, functions, involved, across the FBI, NSA, CIA, with a focus on the latter, and other such authorities), all proves the involvement personally, inarguably of the following "Billionaire" set, at a minimum:  (1) Len Leader, former CFO of AOL, and reported Billionaire per Ron Peele y2000, unsolicited reporting, twice or more (2) Steve Case, former CEO/Chair of the $358 billion market cap company on the announced merger of AOL and Time Warner, 1/10/2000, AOL Time Warner, (3) Anthony Scaramucci, head of Skybridge Capital (4) Jamie Dimond, Horan, others at the top of JP Morgan Chase (5) Ron Peele, $100 million net worth per Jay Dunn, Y2000, unsolicited reporting (6) many others – to include as less well evidenced, Tim Geithner (spelling?), former Secretary of the Treasury, Wilkins, Chief Counsel, IRS, Ray Letteer, former SAIC, Chief, Cybersecurity, US Marine Corps, Huvelle/Collyer/DC Circuit judges, Federal Court, Barack Obama, Bill Gates, David Colburn, the Bushes, the Clintons, Dick Cheney, Mark Cuban recently, possibly Barbara Corcoran, Warren Buffett since q1 2011, previously Antonin Scalia, now deceased, etc etc etc

7.  ***Wireless C4ISR Regimes, leading edge war platforms, historically proven abuses***:    Such regimes and global if not outer-space War platforms, dominant, are proven conclusively, and as visited on human beings by human beings at the Department of Defense, Central Intelligence Agency, Federal Bureau of Investigation, similar "agencies" if not authorities.  Select data points:  (a)  DOD IT contractor reporting of "c4ISR" platforms since mid/late 1990s if not before (b) $1.6 billion "bird" price points, leading edge satellite war platforms, 2009 or so, 6 x $1.6 billion per satellite price point paid by DOD to Boeing, VSAT, other "sonic weaponry" capabilities, to include possible "infrasonic weaponry" at 8 to 15 Hz or so, matching alpha portions of human brainwave spectrum – delta, theta, alpha, beta, and now beyond (Wikipedia reporting, Fall, 2003 reporting by other sources, etc.)  (c) UltraWideBand (UWB), below part 15 regulatory regimes of the FCC, circa 2001, super high throughput/bandwidth, low energy consumption, 800 or so Kbps/KBps (versus 56 kbps norms, circa 2001), or 800/56 = ~ 14-15x, (d) many other data points summarized below, in PACER accessible filings, naming Lennert Leader, a closet homosexual Jew, murderous, and freakish in his stalking of me, Brud Rossmann, among other "natural" persons, to include Mark Gembicki, former NSA, Scott Carle, former CIA, former police officer, former Navy Seal, Scott Donaldson, former SVP then Corporate VP of SAIC, "the Number 1 contractor to the CIA" as of mid-2002 (Tommy Reiser, former CIA intern, mid-2002, unsolicited reporting), Susan Bell, Esquire, of Washington, DC, Patti Henricks, information technologist, Rockville, MD, many others named   in PACER accessible filings – to include those employed by the US Marine Corps, other portions of DOD, the CIA, the FBI, etc, in Agency, or as w-2 employees, etc etc etc.  (See also IEEE sources, online, personal, for confirmation of sonic weaponry, to include infrasonic weaponry, as a dominant portion of global war platform capability)

8.  **Government Contractor, Lawyer, Tax losses/expensing delay and defer, other financial conflicts of interest, in the "normal sense" - not "super-genius" type "shit", not warped space, profound discontinuities between first definitions of legal regime meta level rule sets, finance rule sets, super-computer regimes/math logic, etc etc etc:**    There is proven, admitted, confessed scaled financial conflict of intere st here – SAIC, War Room Research, the Resilient Corporation, many others.  (Further names to follow, many named previously).  These map to tens of millions of dollars, maybe $50 million as of 2014, but a pittance versus the Scaled implications of the financial mismanagement at issue.  Estimates under the "MONEY" section above, third party sourced, unsolicited, range from $400 million to $222 TRILLION DOLLARS over 20 years to ~10 to the 34th lien pricing for liens associated with JP Morgan Chase's position as held under the Second Deed of Trust, b/p 11513/1495 et seq, Fairfax County, VA land records recording 9/8/00, 222 p.m. Edt, para 2 and 3, "Taxes" and "Insurance" as pari passu under the stated terms – see prior filings, etc. , proof of 9/6/00 and 9/7/00 dating of insurance,

GEICO/Traveler's combined policy, "1%" discount to price/cost promised (never delivered), etc etc etc. (Bizarre juxtaposition, calls for "delusion" ever-present, etc, but here proven – price points, but a $523,584 price for the townhome and associated "Real Estate" versus scaled financial positions that are other-worldly, on third party estimates at multiples almost God-like in "aspect", etc etc etc).

9. **Exploitation, stupidity, attempted murder, worse:**   The pattern of conduct targeting me personally, me Brud Rossmann, has included every form of abuse imaginable, and then some, except for homosexual rape, which would result in someone's death immediately.    Faggots fucking men in the ass without consent cannot be brooked, especially among the "criminals".    Persons culpable include the following:    (a)  Lennert Leader, former CFO of AOL, reported "billionaire" ($1,000,000,000.00) per Ron Peele, Y2000, unsolicited reporting, multiple reports to me personally, (b) Steve Case, former CEO and Chair, AOL, another billionaire, likely even objectively accurate, on the actual net worth, publicly reported, taxes paid, etc, (c)  Ron Peele, former VP, worth a $100 million ($100,000,000.00) according to Jay Dunn, unsolicited reporting Y2000,  (d) Susan Bell, Esquire, Washington, DC resident (e) Patti Henricks (aka Patricia Dudenhoeffer, Patricia Henricks, Patricia?, formerly of Rockville, MD, her mother aka Joan Dudenhoeffer),  (f) Scott Donaldson, former Senior VP, former Corporate VP, SAIC, the "CIA's own" on one deconstruction/decoding (SAIC ~= CIAS),  (g)  others named further below – to include, with varying levels of evidence in support, ground level evidence, (actual statements by persons, written records, oral statements, etc, high level/network level evidence, wireless c4ISR platform based "intelligence", and research, third party reporting, non-fiction (and even fictional) accounts over decades, dozens if not 100s of authors, natural persons, born of a Vagina), many persons named below, in cited sources, PACER accessible.    These idiots are defined, without possible rebuttal, as "profile", overall, and at higher levels, personally as:  (a) arrogant (b) psychopathological, murderous in many instances (c)  very bright, beyond my intelligence, smarts, on many applications, in many capacities, but ultimately FUCKING STUPID, (d)  exploitative, etc.    Brud Rossmann 7 8 2016

10. *Why I hate the Jews*:    Fully netted, many decent people, Reasoned people, but vis a vis me shit net net net net net net etc.    Data points are dozens, 100s of moment.   But a few:  (a) Lennert Leader, and his Company of apparatchiks, the shitbag low end version of CIA/FBI/NSA evil, the extended notion of the Agency reflecting Stalinism, Maoism, and the failures of the Eastern Bloc,  (b) all professional engagements graduation from Harvard Law School with Honors 1989, to 8/14/01 – 6 (if not 7) professional positions, STB, DOJ, McKinsey, Dean & Co., Boles Knop, AOL Investments (then AOL Time Warner Ventures), a 6/7 split, (a story for another time) – the Jews were the worst, most correlated with my untimely, and otherwise implausible ultimate "failure rate", after initial successes, outlier positive performance, etc.  – see further below (c)   more data points to follow

11. *Why I hate the My Nigga set*:   Per Rodney Brown, Project Empowerment, ultimately locked up for drug trafficking, black people are among the most racist in his experience – he himself black, racist, etc. Especially in Washington, DC, the racism, the antipathy versus White people, (I am Caucasian, with good credentials "serving" the local black community previously – see below), and other biases are manifest.    This has been true in my experience since my first visits here decades ago.    More data points to follow-  but court judgments in my favor, other proof, is found in public records, to include local DC Superior Court judgments in "Brad Rossmann" vs. House of Prosperity Everlasting, other rulings in my favor, etc.

12. *Why I hate the "my C&nt" set*:    Details to follow.   BRR 1 7 2017:  AMONG THE MOST MURDEROUS, PSYCHO PEOPLE ON THE PLANET ARE CERTAIN FEMALES.   IN MY CASE, TRULY WACKO MURDEROUS, OFF THE CHARTS PSYCHO, ON THE GROUND LEVEL, HIGH LEVEL, RESEARCH DATA, (ALL 3 TYPES OF DATA) OVER THE LAST 14+ YEARS OR SO, AND ON THE RETROSPECTIVE, NECESSARILY IMPLIED, OVER DECADES, FIFTY TWO . FIVE YEARS, ETC BRR 1 7 2017

13. *Why I am right, they are wrong*:   I am smarter than they are on these facts, this logic, the scoped

capacity, application – as defined below.    The data, the logic, as otherwise constructed, warped, corrupted, etc., is the best proof of my "correctness".    See below.    But, I am also smarter on all of the data known to me, fully netted, etc.    See below.    And ONLY on such an application, in such a capacity, as I have fully qualified my statements previously, and here again.    BRR 7 9 2016

14. **_Summary:_**   Across millions of words, many very many smart people informing my analyses, data, etc, and especially since they all first got sophisticated 2010 or so, I have summarized the overall "situation" in graphical, sketch form – and this is "the answer" for the Normal, those who cannot spend their lives on the shitbag low-end Evil that have polluted this entire situation with redundant, "stupid ass", data, etc etc, etc    This graphical representation, sketched by me 5/14/2016, articulated by me previously, many, may times 2013 onward, and in explicit "financial penumbra" terms 2015 onward, is the "80/20" triage for this entire stupid, fucking Event   - here expressed as a blog site posting.    This graphical representation is THE answer.    Anybody who says different is WRONG.    I am smarter than you are on these questions, and this is THE answer.    This also maps to a math/finance question as "problem" to be solved more generally by the Agency and its leading lights.    But that is a story for another time.    (I am pursuing a Ph.D. In Finance for good reason.   Version, BRR 7 9 2016)

  Brud Rossmann

ssn 127 4* 0*85

dob 0* 2* 19*4

July 9, 2016 onward


(Brud to Barack:   What is up "my Nigga"?    What is fucking wrong with you, you fucking Idiot?   (This manner may be inspired by the Casey Gillotti view of the world, which in the context, I wholly support – BRR to the world).    Barack, if you are in fact involved in these proceedings as selectively and very inconclusively evidenced to date, many suggestions at "high levels", ground level data to include many formal written notices, 2011, 2014, 2015, to the White House, your counsel's office, you specifically, hard copy confirmed received, by courier, otherwise, and dozens of emails since 2014, you are in fact but a mindless, contemptible, cowardly, shitbag, low-end,   etc etc etc.   Barack you are a piece of shit if what is suggested is true – that you have personally participated in this Garbage.   The answer, Barack, is Man to Man combat, 10 Vectors Game to the End – 90% intellect, 10% physical, terms scoped above, and elsewhere, all fully and expressly incorporated by reference, and over many 1000s of words (if not millions of words)   since 2013:   a DUEL, ,one lives, one dies, Brud to Barack.   July 2016).

  Brud Rossmann

ssn 127 4* 0*85

dob 0* 2* 19*4

July 9, 2016 onward

EXHIBIT SECTION 2

SELECT PROOF OF MEDICAL DISABILITY, FULL OR MAXIMUM SSI MEDICAL DISABILITY AWARD FROM THE SOCIAL SECURITY ADMINISTRATION (SSA)

*See Record Other Filings By Barr*

# Social Security Administrat
# **Supplemental Security I**
## Important Information

SOC
2100
WA

Date
Clai

270  17S1618C56069

BRUD RUDOLPH ROSSMANN
C/O CCNV 425 2ND ST NW
3-SOUTH
WASHINGTON DC 20001

We are sending this letter to you in bot
print version.  You will receive them in

Your current monthly Supplemental Sec
for October 2017.  You will continue to
there is a change in the information w

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
09/07/2017

- You will receive the first installr
  September 12, 2017.

  We will send another letter in 6
  installment.

## Getting More of the Back Payments l

In the following situations, you may be
payments or get your back payments m

- We can pay all of the back payme

  -- is not eligible for SSI now a
     be eligible for the 12 months
     about the back payments, or

  -- has a terminal illness and is
     months.

- We can pay a larger installment
  certain debts or expenses. We ca
  amount of:

  -- current debts related to food
     medically necessary services,

ent payment of $2,205.00 by

onths when we send the next

## ight Away

ble to get larger installment
e quickly.

ts at once to a person who:

d it appears that he or she will not
after we first wrote to him or her

ot expected to live beyond 12

yment amount to a person who has
increase the installment by the

clothing; shelter; medicine; or
upplies, or equipment.

EXHIBIT SECTION 3

OTHER RELEVANT EXHIBITS

14/2017

BMR — WP — 8/28/17

2ND MEMORIALIZATION

1) ~ 8/24/17, ~ 810 AM, EDT, THE

TODAY SHOW REPORTED, IN SUMMARY,
AS FOLLOWS:

A — "ACOUSTIC ATTACKS" ON U.S. CONSULATE/
EMBASSY OCCUPANTS IN CUBA

B — CENTRAL NERVOUS SYSTEM (CNS) DAMAGE,
HOSPITALIZATIONS

C — ABUSE OF "COLD WAR TECHNOLOGY"
(SIMILAR)

D — M.O. INTERVIEWED REFERENCED
WHETHER "CAN BE HEARD OR NOT" /SIMILAR

E — OFFICIAL CUBAN /USA OFFICIAL STATEMENTS

F — IN LINE WITH OTHER DATA
EVIDENCING PROVING "INFRASONIC WEAPONRY,

G — WIRELESS "CYBER"
PLATFORMS/OTHER
SONIC WEAPONRY                    BWO ROSSMANN 8/28/17



BRUD R. ROSSMANN (BRR) WORK
PRODUCT (WP), 9/18/17

SELECT PROOF ~~DF~~ OF INFRASONIC WEAPONRY
ABUSES VS. BRR, PLAUSIBILITY, ETC. (2ND RECENT
VERSION)

1 — "ACOUSTIC ATTACKS", IN CUBA VS. U.S.
DIPLOMATS, ETC., CNS DAMAGE THE TODAY
SHOW REPORTING, 8/24/17 ~ 7:15 A.M. EDT
(SEE ATTACHED)

2 — "INFRASONIC" APPLICATIONS/WEAPONRY, WIKIPEDIA
REPORTED, MIN. 2013 ONWARD, LETHAL, NON-LETHAL,
7, 17 Hz.

3 — SONIC WEAPONS, SOUND GUNS, ETC. PROVEN
FOR DECADES

4 — "BELOW" PART 15 FCC REGULATIONS, ULTRA-
WIDE BAND, MILITARY, "NON-REG." APPLICATIONS
[2]

5 — "BRAINWAVE ENTRAINMENT" LITERATURE,
ACADEMIC/SIMILAR JOURNALS, OVER DECADES

6 — SPACE WARFARE VSAT, OTHER RF/COMF
BASED LEADING WAR PLATFORMS -- SATELLITES, ETC.

7 — [WIRELESS] C4ISR PLATFORMS TERMINOLOGY
SOCIALIZED BY DoD CONTRACTORS FOR DECADES

8 — (ETC ETC ETC. — IEEE STANDARDS BODIES, STANDARD-SETTING)

BRUD R. ROSSMANN, 9/18/17

ON ARE PROPOSING TO BRIAN ROSSMANN OVER NORMAL POPS/ MKTS/IQ SCORES IS
OFFICIALLY RECORDED ~186, BETTER 1 IN 26 MILLION POP'S OR 1 IN 202 MILLION
PEOPLE OR RECENT BENCHMARK DATA WITH'S FAIRFAX COUNTY, VA INFORMED BY
OTHERS ASSOCIATED WITH CIA FBI, NSA, ISRAELI SIGNATED BRKS, IQ AT 151
THE SCORE 1 IN ~1,000 OR ~3,000 PEOPLE. ON INDEXING IN GLOBAL CAPITAL MARKETS
BILLIONS/TRILLIONS OF DOLLARS MKT RISK LOSSES TO DATE MORE IN THE FUTURE, THE
IMPLIED ~26,000X - $ 67,000X MULTIPLE PROMISES SERIOUS FINANCIAL IMPORT VARIANCES ARE LOSS

TIME

TAKEAWAYS

ALL LOSSES AT HUGE LEVELS THE HIGHER IS
VARIANCES LITTLE MKT MIN/MAX
SPREADS THEMSELVES A FURTHER LOSS

• WHAT IS TRULY
IT HAS BEEN
GREAT ROE
ASCRIBABLE
TO OUR MIND

• ENJOYED BY
HIM IN LINE
WITH VC FUND
MKT PERFORM
ANCE AT MKT
POLICY/ ITS IQ
SCORE, ETC.
NOWAY? BUT LOSS
IMPLAUSIBLE FROM C.
LOSS WITH/ VARIANCE

"BASELINE"
LOSS AMOUNT
EST. MKT'S 26
PROB'S 3 FOLD-
3 CELE./ IDENTITY
REALIZED GROSS/MKT 1993 IST SAME UNIT TO

$10^15 $ LOSS
$10^13
$10^12
$10^11
$10^10
$10^8
$10^3
$10^5
$10^2
$0

= ROE AND VARIANCES OF ROE'S
REPRESENTED BY BARS AT
IQ = 151 VS. IQ = 186
= TRUE ROE, NET, ONE WAY
ALLOWED TO GENERATING SINCE 8/2011

(186,000X MULTIPLE)

(67,000X MULTIPLE)

SPREAD $4.05) (BASELINE 26,000X MIN.)

(RELATIVE MULTIPLE)

CORPORATION MKT.
ROE/ INVESTMENT VALUE

TIME

10/10/2000
OTA TAX BILL
CORED $1,000
ASSESS ASSESSMENT

186.

151

5/1986

(AS REPORTED
STATED VALUED MTD
10/10/2000)

(AS REPORTED
FACT)

9/1976

86.

151

SOURCES: PUBLIC RECORDS, PUBLIC ROMAN DATA BANK PROPRIETARY DATA/LOGIC INPUTS FROM OTHERS
NOTING OF MEMORIAL FED ERS ENTITLED, AND FOR YOURS, POPS/ROE'S. ALL
ZELUIS RE ROSSMANN AND (BMR) WORK PRODUCT, 6/1/17, EXHIBIT TO ~6/2018 FILE SIGNED PUBL F.

WHICH BRAIN RESSMANNS REPORTED/ ESTIMATED/ IQ SCORE IS BEST ESTIMATED BY BRAIN

INVESTMENT INSTRUMENT" 100"-11 #3 EXTREMELY DEPRESSIMED FED, AND TOWING PUNISH-ING JSV, JACKSONVILLE, ALABAMA(?), ALL OF ALMS AND A FRNT THDR COATS HINDRED D.C. AGENTS (OR PROTECTIVE SOURCES, GILLSBURG, OTHERS), LOCAL JSV ET AL MONEY: MILKED CAPITALS D.C. VIA FINANCIAL EXPRESSIONS — COSPINNC JSV ET AL MONEY: MILKED CAPITALS, ETC. VIA FINANCIAL EXPRESSIONS CROSS-TIED, CROSS-REGIMES, GROSS REGIME DISCRETIONARILY ALIGNED TO PARTIAN STRUCTURES CROSS-TIED (REGIMES, EQUITY), IF PORTRAYED AS "DYNAMIC" IN THE POSIAL MKT ESTATE/TECHNOLOGY, TO YIELD A SYNTHETIC IN EQUITY, IF PORTRAYED CAPTURED SOME OF PIECES

FINANCIAL POLITICAL LOGICAL CONSTRUCT AS

REQUISITE, BINDING ALL, MANY TO IMPERMISSIBLE

MULTIPLES OTHERWISE, SYNTHETIC VECTORS IN EQUITY

CAPTURING A PIECE OF THE MULTIPLE, ROI, ETC.



TARGET WAYS

E

o THESE ALIGNED EQUITY
VECTORS ARE THE ONLY
CERTAIN TRUTH INVEST-
MENT—ADVISOR-WISE—
AND PRESENTLY THE SUR-
VIVING ENTITY BUT PROVEN, CON-
PASSINGLY, BUT PROVEN, CON-
PASSINGLY SYSTEM DEFINITIONS
PLOT. THAT HAVE BOTTOMED SUCCESS
"MIDPOINT" THUS SO, OF COURSE,
SUCH BLK EQUITY VECTOR
X THE DEVIL IS IN THE DETAILS

(VARIOUSLY, INSTRUMENTS)
POSITIONS TAKEN BY OTHERS,
POSITIONS ALIGNED IN EQUITY
BUT ALIGNED IN EQUITY
AS SO DEFINED CAN BE
IDEALLY POSITIONED TO EFFECT
PENNY-COUNTER-PARTY ~ ZERO—
SOM COMING OUTCOMES, PUNISH-
ING NEGATIVE EQUITY OR
INTENDED "TRUE LOSS"
POSITIONS, ETC.

* SOURCES: TOO MANY TO COUNT, MUCH LESS LIST. ARE PRIOR TECHNOLOGY SOURCES, AND FILE, PROPRIETARY
DATA, LOOK EXPRESSLY INCORPORATED BY REFERENCE.
RAND RE ROSSMANN (BLUE) WORK PRODUCT, 6/1/17, EXHIBIT TO BLK FED./STATE COURT FILINGS, ~6/2017 ++

* SOURCES: TOO MANY TO COUNT, MUCH LESS LIST, ARE PRIOR TECHNOLOGY SOURCES, AND FILE, PROPRIETARY.



## RSAT REFERRAL
### (Residential Substance Abuse Treatment Program)
### *"Progress Towards Empowerment"*

**Admission Criteria:** Minimum Program requirements must be met in order to be considered for admission :

- Documented proof of substance abuse use/abuse within the last year.
- Qualified custody level of low to medium. In certain cases, Custody waivers may be issued by Corrections.
- Documented mental health clearance if applicable.
- Documented medical clearance if disability impairs ability to function in program.
- Voluntary sentenced inmates, eligible to return to the community within 180 days of program admission regardless of referral source.

All other applicants outside of the above parameters are considered on a case by case basis by the RSAT team.

## PLEASE FILL OUT *ALL* OF THE REQUESTED INFORMATION TO THE BEST OF YOUR ABILITY:

DATE _____   NAME _____   DCDC# _____   AGE _____   DOB _____

SEX: M ( )  F ( )  Other ( )   CURRENT FACILITY SITE: CDF ( )  CTF ( )

PRETRIAL: YES ( ) NO ( ) SENTENCED: YES ( ) NO ( ) USPC SANCTIONED/PENDING: ( )

LENGTH OF SENTENCE: _____   PROJECTED RELEASE DATE: _____

REFERRAL SOURCE:  NAME: _____   TITLE: _____

Referral Contact Information (phone & email): _____

## SUBSTANCE USE HISTORY:

Have you received substance abuse treatment in the past? YES ( ) NO ( )

Have you been in the RSAT program before?  YES ( ) NO ( )  If yes, when? _____

Have you abused any substances within the past one (1) year? YES ( ) NO ( )

*Please complete the table below:*

| Substance Used | Method | Amount | Freq. of Use | Age Started | Last Used |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Inmate Signature _____

Date _____

## _____ *DO NOT WRITE BELOW THIS LINE* _____

☐ Accepted      ☐ Denied      Comments: _____

_____

Staff Member Name _____   Date _____   Staff Signature _____



# POWER OF ATTORNEY

Know All Men By These Presents:

That I, _____ who presently reside at the D.C. Central Facility, 1901 D Street S.E., Washington, D.C. 20003, do hereby make and constitute one _____ who presently resides at the following address _____ whom I, _____ gives authority to act as my lawful mediator to act in my absent until further notice.

All acts performed by _____ shall be permissible with the proper identification. I, _____ declare, that anything lawfully done hereunder by mediator shall be binding on myself and my heirs, devises, legal and personal representative, assigns:

This POWER OF ATTORNEY shall remain in full force until the occurrence of the first of the following events:

(1)  My death,
(2)  The death of said mediator,
(3)  The revocation of this POWER OF ATTORNEY by me, or
(4)  Until _____; however, the POWER OF ATTORNEY shall continue as provided.

_____
Signature

In witness whereof, I have hereby set my hand and seal this _____ day of 200___

_____
Notary Seal

SIX (6) OR MORE ESTIMATES OF BLUE ROSSMANN'S TARGETING, DESTRUCTION (INDIRECTLY) BY LOSS & RISK-OF-LOSS, EXPRESSED, NOT OF GROSS, RANGE FROM $900 MILLION TO 10^34 OR 35 "HIGH VALUATION" PRICING, 10^0 TO 10^34-35 THESE ECONOMIC (P.) & LIVE LEVELS PROVEN ROUGHLY IN PART, MINIMUM BILLIONS OF DOLLARS IN LOSSES GROUND COVER NET, BLUE ROSSMANN'S INDICTING INCREASINGLY PROVEN, THE LOSSES ALSO RAMPING, THE TRAJECTORY AND RISK TO INTERCEPTORY, RAMPING.

THIRD PARTY UNSELECTED ESTIMATES OF LOSS, GROSS, NET
— JLX IMPOSED TO ISKA'S EST. MINUS KNOWLEDGE, LAGGING
— "INSANE TRAJECTORY" SAME, REALIZATION DATE?



TAKEAWAYS
— NO!, TAX REGIMES MINUS, "U = 0" → "'ALREADY ADMITTED"
— NO!, TAX REGIMES MINUS, "U = 0" → NO TOPICOR
— IN TOPICOR?
— IN THE FORM OF FALSE PHILOSOPHIES, INCONSIDERATIONS, PROPOSITIONS, FALSE
— AFFIRMATIVELY NOTICED
— ATTEND OF TIME OF THEIR RISK ASSUMPTION
— COGNITIVE ERRORS, AND GROSS SEVERITY, BOGUS POWER, BOASTED ENVIS.
— THERE CAN BE NO PROSECUTING ON THESE FACTS, THIS DATA AND LOGIC



