



IN THE HISTORICALLY, GLOBALLY UNPRECEDENTED TARGETING, INDEXING, DESTRUCTION OF BRUD RUDOLPH ROSSMANN (BRR), SSN 127x808x5, DOB 05-226x, IN WARPED SPACE FOR 1ST DEFINITIONS OF CONSTRUCT / ILLOGIC MATCHED TO REAL LIFE/MONEY DATA AT SCALE, "UNKNOWABILITY" OBTAINED TO DEFINE "FREE" MARKET CAPITALISM -- AND ACROSS TAX REGIMES, PRE-TAX REGIMES, TRUE VECTORS IN EQUITY ("OBTAINING" AS WELL) (1)

* SAMPLING OF BRR-ASSERTABLE "LOSSES", 20-YR NOL REGIMES, NET/GROSS CB/CF/CF-ONLY, MIN/MAX ET. SPECTRUM ETC.

LEGEND - 1
= STOCHASTIC, UNKNOWABLE, COMPLEX SYSTEM DEFN OBTAINING, A TRULY "LIQUID MKT" FOR SUCH COMMODITY (2)
"*" = POT. "LOSSES" FOR CB REG. CHANGE
LEGEND - 2
= MIN/MAX EST. TOTAL LOSS EXPENSABLE TAX-WISE OVER A 20 YR TERM, NET OR GROSS, BRR ASSERTABLE CB/CF VS. CF (2)
= TOTAL POSSIBLE LOSS ACROSS ALL ACCOUNTINGS, EXPRESSIONS, HOLE HYPOTHETICAL INSTANCES
= GROSS LOSS AMOUNTS, ACROSS YRS, IN CERTAIN
$10^{39}$
$10^{15}$
$10^{12}$
$10^{9}$
$10^{6}$
$10^{3}$
$10^{0}$
5 YR CB REGIME
3 YR CB REGIME
CB YEAR
LOSS YEAR
NET CF YR
GROSS CF YR
NET CF YR
GROSS CF YR
(0,0,0)
1992
1997
2002
2007
2012
92 93 94 95 96 1997 98 99 2K 2001 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37
YEAR

* ASSUME 2002/2003 REGIME CHANGE, 5-YR CB VS. 3 YR CB, CONSTANT ON EACH SIDE OF DIVIDE

- ON A RELATIVE BASIS, LESS TAX-CHEATING, LESS DOUBLE/TRIPLE-COUNTING SAME LOSS EVENT FOR KNOWN SCALE, INDIVIDUAL RELATIVE "IGNORANCE" ETC.

TAKEAWAYS

- USING JUST 3 EXAMPLES, ON THESE FACTS, IT IS CLEAR THAT STACKED, TIERED NOL REGIMES TIED TO NUMEROUS LOSS YEARS, WITH BINARY ELECTABLE CB OPTIONS, DEFINED COMPLEX ** PERMUTATIONS ACROSS 100S, 1000S OF NATURAL PERSONS EVIDENCED HERE AS FINANCIAL STAKE-HOLDERS, "INVESTORS", TAX-LOSS CLAIMANTS, ETC.

- - A TRUE FINANCIAL MARKET "OBTAINED" IN THE PERVERSE TOPOLOGY, BASE-2 ILLOGICAL CONSTRUCT OVERLAID WITH REAL PERSONS, REAL CASH, BUBBLE EVENTS, AT SCALE; THIS IS BUT 1 "SUB-SPACE" OF OVERALL "FINANCIAL PENUMBRA" AS CAPITAL MARKET UNIQUELY TIED TO BRR FOR 3RD PARTY TARGETING, INDEXING, ETC. OF BRR

POTENTIAL $10^{15}$ NET REAL LOSS LEVELS

*SOURCES: PUBLIC RECORDS, PUBLIC DOMAIN DATA, LOGIC, BRR PROPRIETARY DATA, LOGIC, OTHERS' INPUTS, TO INCLUDE, WITHOUT LIMITATION: ALL DATA, LOGIC CITED IN OTHER EXHIBITS, TEXT, OR PRIOR, BRR FED. CT. FILINGS, ETC.
(1) 3RD PARTY ESTIMATES RANGE $10^{7}$ - $10^{33-35}$ GROSS ~3/2010 - ~3/2012, BRR ANALYSES/DATA, AS OTHERWISE INFORMED, SUPPORT (2)
(2) MANY LOSS EVENTS ACROSS # YRS, PERSONS
*BRUD R. ROSSMANN (BRR) WORK PRODUCT, ~6/22/17, EXHIBIT TO BRR FED. CT. FILINGS, ~6/2017, ETC.

# POWER OF ATTORNEY

Know All Men By These Presents:

That I, _____, who presently reside at the D.C. Central Facility, 1901 D Street S.E., Washington, D.C. 20003, do hereby make and constitute one _____, who presently resides at the following address_____ _____, whom I, _____, gives authority to act as my lawful mediator to act in my absent until further notice.

All acts performed by _____ shall be permissible with the proper identification. I, _____, declare, that anything lawfully done hereunder by mediator shall be binding on myself and my heirs, devises, legal and personal representative, assigns:

This POWER OF ATTORNEY shall remain in full force until the occurrence of the first of the following events:

(1) My death,
(2) The death of said mediator,
(3) The revocation of this POWER OF ATTORNEY by me, or
(4) Until _____; however, the POWER OF ATTORNEY
    shall continue as provided.

_____
                                    Signature

In witness whereof, I have hereby set my hand and seal this _____ day of 200___.

_____
                                    Notary  Seal

Biwo R. Rossmann's (osan's) Short List
of Medical Doctors, Signing Neurologist,
Evidenced As Guilty of Attempted Murder,
Extreme Torture, Worse Abuse of BRR

1 — DR. LINDA SAPIN, Ph.D., DC AREA

2 — DR. PHIL(L)IP PULASKI, M.D., DC AREA

3 — DR. SAMUEL POTOLICCHIO, M.D., DC AREA

4 — DR. PETER BERNAD, FAIRFAX COUNTY, VA

5 — DR. ———, ——— KHAN (COSZER, UPSTATE NY
       (INSURANCE RECORDS WILL PROVIDE NAMES)

6 — DR. LARRY O'HALCORAN/INDIAN
       COLORADE

7 — DR. MAR(C/K) SCIFClOS(S)BERG, MD, DC AREA

8 — DR. BAC, D.C. AREA    william (?)

9 — DR. "/HARPSTER, D.C. AREA    william

10 — DR. ANN(E) CARDILE, D.C. AREA

11 — DR. TON STEVENS, FAIRFAX COUNTY, VA

12 — DR.(S) DISANTO, FARO(O)KHAN, DR. (CHRIS,
       DR. COLE, DR. (CHRIS, ETC.) WASH. HOSP. (FR, DC

13 — PLUS STILL LIKELY DOZENS MORE
       1993 - 2017 : BRR, 6/2/17



THE ONLY SOPHISTICATED DEFINITION OF THE CIA AS THE "EXTENDED" NOTION OF
THE AGENCY "I.E. ALL OF USA" AS OTHERWISE DEFINED, IS TO FLOW SERIOUS CASH,
PER HYPOTHESIS IS THAT (WHICH WOULD WAR AGAINST SUCH PERIOD) AS RELATIVE
POWER/TIME BE, PER ... DOMINATED METRICS + SOURCES CASH TO UNDERFUNDED GOES

USA SIMPLE PAST WWI CIA GNP# BIAS
AMERICA'S GREAT SUCCESS IS THE INCREDIBLE DECLINE ON
— BASE COSTING SPENDS THE COLD WAR REPATRIATION MODEL
— HOWEVER THE SLOPE OF DECLINE IS BEST ANSWERED BY
  AGGRESSIVE FORWARD LOOKING COUNTERVECTORS, SINCE
  ALL THE UNREALIZED NON-VENTURE FUNCTION, OTHERWISE AGREED

___

# TAKEAWAYS

① HISTORY PROVES THE
  SUMMARY POSITION ITS
  EFFECTIVELY AXIOMATIC
  SYSTEM EXCEPTIONS NOTED

② GIVEN INCREASING DYNAMIC
  CLOCKING STATS IS WORST,
  CENTRIPETAL IMPLOSION SUCH
  FLOWS ARE SOCIETAL SURVIVAL

③ BEYOND POWER (CORRUPT)
  ABSOLUTE POWER (OTHERWISE
  ABSOLUTELY, META-LEVEL
  SYSTEM DEFINITIONS EXPLICIT,
  OTHERWISE PROVEN SATH

④ (CC IN FIRST AND LAST
  DEFINITIONS SURFACE DEVICALLY/
  HUMAN FAILURES FROM TIME#
  WORKING SUCH TREMENDOUS
  WAR RENOWN PEOPLE BLISSFULLY
  NORMAL SUPERIOR SYSTEM#
  ENJOYING USA LAST 100 YEARS



THE ONLY SOPHISTICATED DEFINITION OF THE CIA AS THE "EXTENSION/NOTION OF
THE AGENCY", I.E. ALL OF USA, AS OTHERWISE DEFINED, IS TO FLOW SOURCE'S CASH
FLOW THROUGHOUT TO THAT (WHICH WOULD WAR AGAINST SUCH PERIL), AS RELATIVE
POWERS THAT BE, DOOM DOMINATING METRICS "SOURCES" COST TO UNDERLYING EX-



— USA EXAMPLE POST WWI → CIA GNP, & BIAS
— AMERICA'S GREAT SUCCESS IS AN INDISPUTABLE DECLINE NOW
— BASIC COSTING SPREADS THE COLD MNC REPATRIATION MODEL
— HOWEVER THE SLOPE OF DECLINE IS BEST ANSWERED BY
  A REGRESSIVE FORWARD LOOKING COUNTRY VECTORS, SINCE
  KILLS THE UNDERLYING "NEW VENTURE FUNCTION", OTHERWISE DEFINED

## TAKEAWAYS

- HISTORY PROVES THE
  SUMMARY POST MODAL
  EFFECTIVELY AXIOMATIC
  SYSTEM (EXCEPTIONS) NOTED
- GIVEN INCREASINGLY DYNAMIC
  (LEADING STATES), WORSE,
  CENTRIPETAL (IMPLOSION) SUCH
  FLOWS ARE SOCIETAL SURVIVAL
- BEYOND POWER (CORRUPT)
- "ABSOLUTE POWER CORRUPTS
  ABSOLUTELY", META-LEVEL
  SYSTEM DEFINITION, EXPLICIT
- "OTHERWISE PROVEN SATIS-
  FIC" IN FIRST AND LAST
  DEFINITIONS SURFACE DEVICE,
  HUMAN FAILURES FROM TIME
  MAKING SUCH "TREMENDOUS"
- WORLD WIDE AXIOMATIC TRUTH,
  NORMAL PEOPLE BLISSFULLY
  ENJOYING SUPERIOR SYSTEM &
  DEFINITIONS, A USA LAST 100 YEAR

SOURCES: TOO MANY TO COUNT; I AM A PROFESSIONAL EXPERT ON THIS QUESTION; IBRC 5/3/17,
  IC, RE NEW/EXTANT/PRIOR COLD WAR SUPERIOR BLISS/SATISFIC, 6/30
  BLVD IR EQUIVALENT PUBLIC EQUITY PRICING FORMULAS STRESSING EARNINGS/GROWTH WILL PROVE
  2) #= EQUIVALENT PUBLIC EQUITY METRICS, SEVERAL, WEIGHTED, BUT OVERALL...
  1) #= GNP/SIMILAR METRICS
  IBES 1900 1914 1917 1919 1929 1945 1965 1972 1977 1981 1990 (Y2K) $1/103 1.0

# POWER OF ATTORNEY

Know All Men By These Presents:

That I, _____, who presently reside at the D.C. Central Facility, 1901 D Street S.E., Washington, D.C. 20003, do hereby make and constitute one _____, who presently resides at the following address_____ _____, whom I, _____, gives authority to act as my lawful mediator to act in my absent until further notice.

All acts performed by _____ shall be permissible with the proper identification. I, _____, declare, that anything lawfully done hereunder by mediator shall be binding on myself and my heirs, devises, legal and personal representative, assigns:

This POWER OF ATTORNEY shall remain in full force until the occurrence of the first of the following events:

(1) My death,
(2) The death of said mediator,
(3) The revocation of this POWER OF ATTORNEY by me, or
(4) Until _____; however, the POWER OF ATTORNEY
     shall continue as provided.

_____
                                                             Signature

In witness whereof, I have hereby set my hand and seal this _____ day of 200___.

_____
                                                          Notary  Seal



INVESTMENT INSTRUMENT 1st ABSTRACT / PROMISES #4: SPECIFIC PAIRINGS

ACROSS EQUITY / DEBT, TIER-1 / TIER-N, PRIVATE / GROUND-LEVEL CAPITAL VIS-A-VIS
PUBLICLY TRADED SECURITIES, PRE-TAX / AFTER-TAX BINARIES, INCLUDE AS A FIRST
SAMPLING OF 1000s, 10,000s THE FOLLOWING AND ALL EVIDENCED AS MORE OR LESS
INDEXED TO BWD R. ROSSMANN, IN UNIQUE WAYS, HISTORICALLY UNPRECEDENTED.

---

#/ TIERS: EXTREMELY SIMPLE SHORT LIST OF POSSIBLE PAIRINGS

↘ ETC.

WHALL STREET

DEBT (TAX) / EQUITY ①

- JP MORGAN
- CHASE
- CITIBANK
- OTHERS
  OBSCURING
  SWAPS, CDO's,
  ETC.

- SKYT
- TSTR
- VOLITON /
  DIRECTTV
- BOEING, ETC.
  ALL THE VARIATIONS

MAIN STREET

DEBT / TAX

- "MONSTANCES AS"
  "HERO(s) OF TRUTH"
  ARTISTS / INVESTORS
- DEVELOPMENT
  ESTATE
- RE/USE
- "MUNIS, COUNTRYS,
  MANHATTAN, DC
  MUNIS, CUKIS
  SPECIFIC POSITIONS /
  INSTRUMENTS"

EQUITY

- FEE / OTHER SOUND...
  SKINS OF CAMPO - ITZKY, ETC.
- VENTURE CAPITAL
  INTERESTS - VC FUNDS
- IDENTIFIED ECONOMIC

- SPECIFIC "TAX" POSITIONS

---

TAKEAWAYS

- THIS IS A VERY, VERY
  VERY OVERSIMPLIFIED
  LIST, SAMPLING AT MY T-
  ICAL FRAMEWORK CROSS-
  TIER, CROSS-EQUITY / DEBT,
  CROSS MAIN ST / WALL ST, ETC.

②  REFLECTING OTHERWISE —
   FLAVORED BASE-2 SIMPLIF-
   ICATIONS AKIN TO BIT /
   BYTE COMPUTING REGIMES,
   O/1 (2⁰, 2¹, 2², 2³ BUNDLES OF THESE
   PAIRINGS DEFINE A 1st POSSIB-
   "INVESTMENT INSTRUMENT" A
   VECTOR DIRECTIONALLY ALIGNED //
   EQUITY CAPTURING A PIECE OF THE
   "POTENTIAL" ... $50 × 10⁶
   ED BY #1 × 10⁴ (IMPROB.) $50 × 10⁵
   OR 26 × 10³.             $50 × 10⁵

SOURCES: TOO MANY TO COUNT, LIST 1 TO 6

①   ~ VARYING LEVELS

BWD R. ROSSMANN (BANK) WORK PRODUCT EXHIBIT 6/3/17 TO BANKRUPTCY FILINGS
~ 6/2017 +/-

BRUD ROSSMANN WAS (AND REMAINS HIGHLY INDEXED) IN PRIORITY, OTHERWISE TO
NUMEROUS VENTURE CAPITAL (VC) AND INVESTMENT (RETAIN EXPRESSIONS OF CAPITAL)
FAMOUS TO PUBLICLY TRADED SECURITIES, DEBT/NOTES, ETC., TBK'S / QSCORE AS UNREL-
ICALLY REPORTED TO HIM, OTHERS, INCLUDING GOOD KEY FACTS DN'INDEX, ONE/VIA RESEARCH
AND ANALYSIS, ARE REPRODUCED IN A BASE 2 BINARY 10 = [2C (EST.) 19/4 TEST DATE VC FLY
SIMILAR CAPACITY (IN NOT VIA DIRECTOR, SIMILAR), TO ~4000, Y2K, WITH POTENTIAL AS ROW/LED 2
SPLITS, Y2K ON LINES) ZSCENARIOS, TBK'S (QSCORE) "STILL" SCENARIO, TERALITY FOR 'CORRELATED VC FLY D

TAKEAWAYS

- VC FLY INDEXING CONTRARY
TO BRR (QSCORE) AS
SECRETED AS DICTATED VIA
FAIRFAX COUNTY, VA ROW/C
RECORDS, DTR TTR BILL 10/16/
2000 CRS, OTA THAT AS ROW/LED
IVE LEVELS . FACT AT OVERSTAT-

(UNQUANTIFIED TO BRR Q 1 193

TEST SCORE APPARENTLY
OUTSTANDING ON ALL INDICATION
1ST "186", 1 IN 26MILL OR 207 MI
(PARENTS VC RETURNS, POLICY),
TOTAL USA ROI (REAL) APPARENT,
SUFFERED FOR (Q DOWNGRADE, A
CN LEADER, AND FAIRFAX COUNTY
VA AND ISRAEL ERECTED ROW
PUBLIC OTHER COMPANY "Q CIRCLE
ALSO TO BLAME

- e.g. "TRUE SCORE 2009 ↑ REPORTING" IN LIN

VENTURE CAPITAL (VC) ROI, #1, AS 1 Q INDEXED

LEGEND

-y -y- = BRR 1 1 EST 186
1Q SCORE, VC I.E. N,
ROI INDEX, (RELATING
WERE ROI/Q.

↑ = POST-Y2K VC ROI, 186
↑↑ = POST-Y2K VC RE. 151

↓ = POST Y2K VC RE. 151

↓ = ALL UNQUANTIFIED, DELINEATED

YEAR

1964 1986 1980 1995    2005    2015    2020
YEAR

SOURCES: PUBLIC RECORDS, DATA, PUBLIC DOMAIN SOURCES, PROPRIETARY DATA, LOGIC OF BRUD ROSSMANN
INPUTS FROM UNQUANTED, OTHERWISE CORROBORATED NIMBLUE PERSON AND OTHER SOURCES, ETC. AND WITHOUT
LIMITATION INPUT TO INCLUDE, WITHOUT LIMITATION, OR ≥ LAND ACCORD, IRS RULINGS, CFR/AR, SEC
SITE REPRODUCE, FCRS FACTUAL SEC COVER/CFR, BIBLIOGRAFIER DRAFT STATEMENTS/TREATY/TES OF DATA, ANALYSIS
SITE REPRODUCE, FCRS FACTUAL, OR (EXCERPTATION) DATA, LOGIC, GROUND LEVEL INTELLIGENCE GATHERING TO INTERESTS
"INDICIA", OR = DIVING RECORD (EXCERPTATION) DATA, LOGIC, GROUND LEVEL INTELLIGENCE GATHERING EXHIBIT TO BRR. FOR. CT. FILINGS X6/2019
- BRUD R. ROSSMANN (BRR) WORLC (PRODUCTS) (1 15/28/17, EXHIBIT TO BRR FOR. CT. FILINGS X6/2019
SSM 127 # 2+0.25

TAKEAW

Investment Instrument "Abstract" to Purely Drive Equilibrium
Example of 1000's of Instrument Already
SCOOP OBTAINED "BETA TESTED" BY YEAR SINCE 2010

JSU / ALABAMA "IN FOR A PENNY, IN FOR A POUND"

IN THE HISTORICALLY GROSSLY UNPRECEDENTED TARGETING, INDEXING, DESTRUCTION
of BRUD RUDOLPH ROSSMANN (BRR)) SSN 127+80-8xS, DOB 05-22-6X, IN WARPED
SPACE FOR 1st DEFINITIONS OF CONSTRUCT/LOGIC PATCHED TO "REAL LIFE/MONEY
DATA AT SCALE "UNKNOWABILITY" OBTAINED TO DEFINE "FREE MODULE CAP-
ITARISM" -- AND ACROSS TAX REGIMES PRE-TAX REGIMES TRUE VECTORS IN EQUIT...

**TAKEAWAYS**

- USING JUST 3 EXAMPLES ON THESE FREE IT IS CLEAR THAT STACKED, TIERED NOT ITEMIZED TO NUMEROUS LOSS YEARS, ... ACRONYMOUS EXPRESSIONS MORE IMPORTANTLY WITH BINARY ELECTRABLE CB COMMONLY DEFINED COMPLEX

- X = TAX REGIME/TAX/NATIONS ACROSS 100 100's OF NATURAL PETROLE... EVIDENCED HERE IN FINANCIAL STATE... HOLDERS/INVESTORS ... TAX-LOSS CLAIMANTS ETC.

- A TRUE FINAN... IAL MARKET "OB.. FRANCO" IN THE PER...USSE TOPO-06.. PHASE-2 ILLOGICAL CONSTRUCT OVERLAP.. WITH ROM (PER)LOUS ... REAL CASH/BURGLE ENCUTS MASCLES TH.. BUT A "SUB-SPACE".. GLOBAL VEHANCIAL PONYSCHEM" AS CAPITAL...

**X** SAMPLING OF BRR ASSEMBLABLE "LOSSES" 20-YR NOL REGIMES, NET (LOSS) CB [T] (EQ-ONLY ANI/MARK BY SCRATCHER

**LEGEND - 2**

- (hatched) = MIN/MAX EST TOT LOSS EXPOSURES LE THE
- (half) = W/ISE OVER A 20YR LOSS NET ACROSS, EXP...
- (box) = TOTAL POSSIBLE LOSS ACCRUED LE VALUE
- ACRONYMOUS EXPRESSIONS, MORE IMPORTANTLY
- "X" = GROSS LOSS AMOUNTS, ACROSS YRS/INVERTING

**LEGEND - 1**

- (box) = SPONSOR/UNKNOWABLE ... SINGLE/DOUBLE, LESS-TYPE CLOUD INCL FORECAST CONTINGENCY
- "+" = PET-LOSSES FOR CB REG-CHANGE

CB/YEAR
C83 YEAR
LOSS YEAR
LOSS YEAR
NET CF-YR
NET CF-YR
GROSS/YR
NET GROW (GROSS CF/YR)
GROSS CF/YR

$10^{12}$
$10^{10}$
$10^{9}$
$10^{8}$
$10^{8}$
$10^{0}$

1992
1997
2002
2007

- ON A RELATIVE BASIS, LESS TAX-CREATING, LESS DOUBLE/TRIPLE-COUNTING SAME LOSS EVENT FOR KNOWN SCALE, INDIVIDUAL (RELATIVE) VENDANT ...

**X** SOURCES: PUBLIC RECORDS, PUBLIC DOMAIN DATA, LOGIC, BRR PUBLICLY ... OTHERS' INPUTS, TO INCLUDE WITHOUT LIMITATION: ALL DATA/LOGIC CITED IN OTHER ... BRR

1) 3,2.0 PROXY ESTIMATES, RATIONALE$^2$ = $10^{23}-30$ GROSS -3/2012, BULK ANALYSIS (DATA AS OTHERWISE ...

(BRUD R. ROSSMANN (BRR)) WORK PRODUCT, 26,1,22,13, EXHIBIT TO BRR FED. CT. FILING 5/6 C/2017, ETC.

(circled 1)

INVESTMENT INSTRUMENT 1st ABSTRACT / PROMISES #4: SPECIFIC PROMISES)

ACROSS EQUITY / DEBT, TIER-1/TIER-N, PRIVATE/GROUND-LEVEL CAPITAL VIS-A-VIS PUBLICLY TRADED SECURITIES, PRE-TAX/AFTER-TAX BINARIES, INCLUDE AS A FIRST SAMPLING OF 1000's, 10,000's, THE FOLLOWING AND ALL EVIDENCED AS MOOT OR LESS INDEED TO BWD R. ROSSMANN IN UNIQUE WAYS, HISTORICALLY UNREPRODUCTED.

## TAKEAWAYS

- THIS IS A VERY, VERY, VERY OVERSIMPLIFIED LIST, SAMPLING A TINY $\frac{1}{CAT}$ FRAMEWORK CROSS TIER, CROSS EQUITY/DEBT CROSS MAIN ST / WALL ST ETC

- REFLECTING OTHERWISE FAVORED BASE-2 SIMPLIFICATIONS AKIN TO BIT BY (COMPUTING) READINGS $0/1, 2^0, 2^1, 2^2, 2^3$ BUNDLES OF THESE PAIRINGS DEGREE A 1st POSSIBLE "INVESTMENT INSTRUMENT" A VECTOR DIRECTIONALLY ALIGNED IN EQUITY CAPTURING A PIECE OF THE

  "POTENTIAL": $\approx 850 \times 10^6$ AS ALIGNED BY $1 \times 10^{12}$ ("MICRO" $\to 30 \times 10^6$") OR $25 \times 10^3$
  POST 1st = 6/12/2017

---

# TIERS / EXTREMELY SIMPLE SELECT LIST OF POSSIBLE PAIRINGS / ETC

### WALL STREET

**DEBT (TIER 2?) / EQUITY ①**

DEBT
- JP MORGAN
- CHASE
- CITIBANK
- OTHER DEBT DERIVATIVES CROSS, COOS, ETC.

EQUITY
- SKYT
- TSTR
- VERIZON DIRECTLY
- BOEING ETC.
- ADD THE VARIATIONS

### MAIN STREET

**DEBT/TAX**
- MORTGAGES AS "DEED(S) OF TRUST" PER HISTL/1975 CTR.
- DEVELOPER LOANS, DEBT PER SEC
- TIMBR AL COUNTY/YM, ALABAMA, NY DC MUNIS, STATES SPECIFIC POSITIONS INSTRUMENTS

**EQUITY**
- FEE/OTHER OWNER-SHIP(S) OF LAND DIRECTLY, OT.
- VENTURE CAPITAL INTERESTS - V/C FUNDS IDENTIFIED ELSEWHERE
- SOME "TAX" PORTIONS

---

SOURCES: TOO MANY TO COUNT, LIST 1 FOR 6

① AT VARYING LEVELS

[BWD R. ROSSMANN (BRR) WORK PRODUCT EXHIBIT TO BARXXXX FILINGS ~ 6/2017+]

BRUO ROSSMANN WAS AND REMAINS HIGHLY INDEXED IN PRIXITY, OTHERWISE, TO NUMEROUS VENTURE CAPITAL (VC) AND INVESTMENT RETURN EXPRESSIONS OF CAPITAL RAISING TO PUBLICLY TRADED SECURITIES, DERIVATIVES, ETC, ISRR'S IQ SCORES AS UNOFFICIALLY REPORTED TO HIM, OTHERS, INCLUDING (200) REFERENCES DIVINABLE O.MEV IN RESEARCH AND ANALYSIS), ARE ESTIMATED ON A BASE 2 BINARY 10 = (186 (EST) ... 1976 TEST DATE VC FUN SIMILAR CAPACITY, (IE NOT R1A DIRECTOR, SINICAL), TO Y2000 YER, WITH POTENTIAL AS REALIZED (OTHER MATERIAL SPLITS) Y2K GEN (AND Z SCENARIOS, ISRR'S IQ ATIST "SCENARIO IDENTITY FOR "CURRATED VC FUN"

## VENTURE CAPITAL (VC) ROI, $, AS IQ INDEXED

## TAREHTHWAYS

**LEGEND**
—Y—Y—I = ISRR RM. EST. 186 IQ SCORE, VC FEN. ROI INDEX, LEADING INDICATOR
$Y_1$ = POST-Y2K VC ROI, 166
$Y_2$ = POST Y2K VC ROI 151
* ALL HODILYMPUTED ALLOCHART

1944 1986 1995 Y2000 Y2005 2015 2025 — YEAR

#

- VC FEN. INDEXING, CONTINUES TO ISRR IQ SCORE AS SCRUTINIZED AS DEPICTED VIA FAIRFAX COUNTY VA PUBLIC RECORDS DTA TAX BILL 10/14/ 2000 ERA VC ROI (REAL) APPARENT VC/LEVELS. FACT AT CIRCUIT.

- (UNQUANTIFIED TO ISRR 9/1/17) TEST SCORE APPARENTLY OUTSTANDING ON ALL INDICATIONS EST.186 IN ZENICAL OR ZERAM/C (PRIGENS'S VC RETURNS POLICY) TOTAL USA ROI (REAL) APPARENT SUFFERED FOR IQ DOWNGRADE (CEN. LEADER) AND A FAIRFAX COUNTY VA AND (ISRAEL EXECTED REN PEOPLE, OTHER COMPANY AGENCY ALSO TO BLAME

- • "TRUE SCORE 2009 "(ZEROICAL "IN...

SOURCES: PUBLIC RECORDS, DATA, PUBLIC DOMAIN SOURCES, PROPRIETARY DATA, LOGIC OF BRUO ROSSMANN INPUTS FROM UNRATED, OTHERWISE CREDENTIALED NATIONAL PERSON AND OTHER SOURCES, ETC, AND WITHOUT LIMITATION, AND TO INCLUDE, WITHOUT LIMITATION: 1. LAND RECORDS, IRS RULINGS, G.W.RGS, CLERK/SEC SITE HOPEDRAG, /ORS FEDERAL SEC CC.VGS/CTC, BINU-DANIREE ORAL STATEMENTS, TEKADYTES OF DATA, ANALYSIS, — INJIC CODS, NCWDES DIVINAGE (CORRELATIONS) DATA, LOGIC ENGINE, LEVEL INTELLIGENCE EMTHERKING TO INTELLIGENCE — BRWO (R. ROSSMANN (BRR) WORK PRODUCT, 5/28/17 (EXHIBIT TO BRR FED. CE. FILINGS 10/2017 SSM 12×7×2017





SELECT CATASTROPHIC LOSS EVENTS

UNDER IRS PUB. 547 & OTHER AUTHORITIES (IRC/DOJ ETC) AND AS MULTIPLES

AFRICAN-AMERICAN LBD DC-SITED TRENDS AND BER PULLING NETWORTH CASH IMPLICATIONS

NEXT #1: HOPE AND PROJECT EMPOWERMENT

SOURCES: PUBLIC ACCESS, PUBLIC DOMAIN DATA, LOGIC, BER PROPRIETARY DATA, LOGIC, OTHER INPUTS



### RSAT REFERRAL
**(Residential Substance Abuse Treatment Program)**
*"Progress Towards Empowerment"*

**Admission Criteria:** Minimum Program requirements must be met in order to be considered for admission :

- Documented proof of substance abuse use/abuse within the last year.
- Qualified custody level of low to medium. In certain cases, Custody waivers may be issued by Corrections.
- Documented mental health clearance if applicable.
- Documented medical clearance if disability impairs ability to function in program.
- Voluntary sentenced inmates, eligible to return to the community within 180 days of program admission regardless of referral source.

All other applicants outside of the above parameters are considered on a case by case basis by the RSAT team.

**PLEASE FILL OUT *ALL* OF THE REQUESTED INFORMATION TO THE BEST OF YOUR ABILITY:**

**DATE** _____  **NAME** _____  **DCDC#** _____  **AGE** _____  **DOB** \_\_\_\_\_

**SEX:** M ( )  F ( )  Other ( )     **CURRENT FACILITY SITE:** CDF ( )  CTF ( )

**PRETRIAL:** YES ( ) NO ( ) **SENTENCED:** YES ( ) NO ( ) **USPC SANCTIONED/PENDING:** ( )

**LENGTH OF SENTENCE:** _____  **PROJECTED RELEASE DATE:** _____

**REFERRAL SOURCE:** NAME: _____  TITLE: _____

**Referral Contact Information (phone & email):** _____

**SUBSTANCE USE HISTORY:**

**Have you received substance abuse treatment in the past?** YES ( ) NO ( )

**Have you been in the RSAT program before?** YES ( ) NO ( )  **If yes, when?** _____

**Have you abused any substances within the past one (1) year?** YES ( ) NO ( )

*Please complete the table below:*

| Substance Used | Method | Amount | Freq. of Use | Age Started | Last Used |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

_____            _____
**Inmate Signature**                          **Date**

### *DO NOT WRITE BELOW THIS LINE*

□ **Accepted**   □ **Denied**   **Comments:** _____

_____       _____       _____
**Staff Member Name**          **Date**          **Staff Signature**

# THE "ANTI ANTI CHRIST", BRUD ROSSMANN, SPEAKS

...d Rossmann, with a 180+ IQ, a super genius, reportedly, in the field performance documented, otherwise proven best in class at World Class, reportedly Best in World investor levels, as a Venture ...alist and Trial Attorney, US Department of Justice, the IQ score 1 in 26 million people, about fifteen standard deviations from the mean, putatively 1 of 12 smartest people in America, valedictorian of ...that and other thing. Best all around Boy, elite school. Pine Crest, Ft. Lauderdale, FL. Best in Class ratings from elite schools to even Harvard, etc etc SPEAKS as the literally denoted "anti anti Christ"

...WASPs associated with the CIA, defining the apparatchik version of the CIA, "Agency", not ...pany", certain African Americans, homosexuals, females, others, DoD and FBI, among other ...mment", literally denoted me, Brud Rossmann, the "anti anti Christ" across 100s, 1000s of ... records – and toward global targeting, indexing, and in the worst of CIA traditions; e.g. ...TRA, Gitmo, Abu Ghraib, if not Tuskegee (DoD).

...data points, proof, are robust, irrefutable.   The persons involved are confessed to include

...naires, highest level powers that be.

...implications are billions of dollars of proven loss, ground level, on their, my analyses of data, ... since 2010, and estimated by third parties 3 2010 to 3 2012 or thereabouts, at trillions of ...rs of loss, casualty and theft losses.

...mother of all CIA "experiments", financially, money wise, is a perversion, proof that psycho, if ...most cdnts, faggots, certain Jews, certain African Americans, White Trash (including Mds), ...st Government, should not run sh*t.   They are murderous, incompetent, very Evil and grossly ...pid.

...e longer version is found attached in this 1 of 100s of US mailings, 1 of 100s of discrete mailing ...ns, (where the mailboxes themselves were/are sited), across dozens, with first analyses, ...a points, as proof of such an "insane" proposition otherwise.  All statements have ...etc.   Other select proof is found attached, including my birth certificate.  I intend to lawfully ...d as always per below  and the referenced sources, information.   I intend to lawfully ...con...pted in whole or part by low, end sh*tbag evil– my Niggas included. ...these idiots, and for good reason.

## Qualifications, Credentials:   Brud Rossmann is a former Trial Attorney of the US Department of ...Justice, receiving Outstanding Performance reviews handling National Security and billion dollar ...atters, a community promotion, Excellent reviews as ..., and perhaps Best in World around ...nesota, MD, the only product ..., the capital/pre-IPO technology fund of all time, and valedictorian of several schools, Best All Around ...leading venture capital metrics, as of 2009, valedictorian an IQ score officially unconfirmed at 186 or so, ...metrics, EVER, school, Pine Crest, etc – and with an IQ score officially unconfirmed at 186 or so, ...Roy of the elite people, around fifteen standard deviations from the mean, etc., and all EQ (mental ...$5 million people, around fifteen standard deviations from the mean, etc., All of which he forgot, did ...havior, stability, etc) and IQ (cognition) reviews EVER, non conficced, qualified, ...ormed, outstanding, rating him above normal documentary proof, etc etc etc.   Brud ...y until recently reminded of it, witnesses, cashless, violated with Len Leader, despite  ...runs "implausibly" homeless, cashless, violated with Len Leader, despite  He intends ...fagot, Jews, others, including Israelis, also above normal to best in class. ...mation of his IQ and EQ ratings, as fully consistent with ...such...  ...with prior government authorization, and as fully consistent with

---

J.M. (handwritten)

Bill of particulars against these idiots:

Attempted murder of Brud Rossmann on many occasions

Extreme torture of Brud Rossmann at historically unprecedented levels

False imprisonment of Brud Rossmann

Scaled Theft, Millions of Dollars, theft from Brud Rossmann (BRR)

Government contractor billing fraud, worse, proven waged against SAIC,

Estimates by third parties, with data, high-scaled, at even TRILLIONS of DOLLARS of (release) loss – insane otherwise, here present significant levels. S ... billion dollars, to $1 trillion, to $222 trillion loss 13/249five as recorded 9.8 2000 2010... ... under pain 2, 3, of the Second Deed of Trust, ... to prove that such Sale, ballpark, is wrong. Brud to See World.) ... support, data, logic, etc – I care ANYONE to prove that such Sale, ballpark, is wrong. Brud to See World.)

Those proven most responsible, most stupid, most evil, those worthy of being lawfully gutted in public by the government, GA, DOD, me, Brud Rossmann

1- Len Leader (admitted guilt, including attempted murder of Brud Rossmann)

2- Mark Gambiski (admitted guilt, including attempted murder of Brud Rossmann)

3- The FBI, NSA, IRS, Federal Courts, Treasury, local governments, and admitted as such across many written, oral statements, ranging from Deputies h ... to Federal judges, to assigned Public defender counsel, to your name it.  Scumbag/dirty government sh*tbag Evil that needs to be h*n*CED.

3A- Service Case

4- Ron Peele (admitted guilt, including attempted large scale theft of Brud Rossmann's property, if not person)

Five – Susan Bell (admitted guilt, including false imprisonment, if not attempted murder, of Brud Rossmann, other crimes)

6-Scott Donaldson, Patti Homicide, Shelly Bowen, CathyRojko, Anthony Scaramucci, Phil Weitzganer, Rey Ledesec, Scott Carlte, white females, Jews, Afric ... DC government, several Medical Doctors, neurologists, PhDs, Jds, to include Federal Judges like Ellen SEGAL Huvelle, © Michael HARVEY, Rosemary Co

7-a host of others, including him from Danielto, other billionaires, named in Federal Court filings in 2016 (with specific quotes, etc), others otherwise.  the pe Court filings, hard copy cor...ected in evidence to Obama, FENSTEIN, Rogers, highest level authorities of USA, etc.  Brud Rossmann is best inference.  I have petitioned to leave the sou food chain otherwise, the several involved directly here, and in my honest estimation, should be K9/L*ed with prejudice.  I have petitioned to leave the sou

For more see brudrossmann.com/net, blog sites, wordpress, etiout, blogspot.com, IRS rulings, official reporting, CIA, FBI, NSA, IRS, other government, Co Court filings, hard copy correspondence to Obama, wordpress, etc. Information, etc etc. Dual challenge reiterated to settle this. "1 ... and non-limitation to my express incorporation by referenced, to the Death, to every male, (and female) oc. Dual challenge reiterated to set me any wi ...the End" or "Pink One" remains in my charge. My guess, unanswered for 4 years, made early 2013, one another.  And what is up my hole, "ass"? Brud Rossmann to Steve Case. Brud to Len Da challenge to me, Brud Rossmann, reported unanswered for 4 years, made early 2013. one another. And what is up my hole, "ass"? Brud Rossmann to Steve Case. Brud to Len Da ... 3 to Len Leader, Mark Gambiski, Phil White train in Virginia?  Brud Rossmann to Steve Case. Brud to Len Leader, Brud to Dan Da ... 1, 8 to 2, if not 3, exceptional.  C*ms beaten in the present, continuing/reserved to my f**cking scum.  Brud to even the Donald, etc.  Brud to all). ... grand scum, Jews reside in another country given the human IQ *ing a bunch of people, your f**king scum.  Brud to even the Donald, etc.  Brud to all). ...human garbage, sh*t people, better than K8/L*ing.







THE "ANTI ANTI CHRIST" "BRUD"

ROSSMANN" AT OR ABOUT 5/21/04 - 11/27/04
COMPUTES — FIRST — LEVERAGE ON HIS ANTI-
WORLD-LENDING
VENTURE CAPITAL EFFORTS SUCCESS AND FIRST

WALL STREET

MAIN STREET CAPITAL

VENTURE CAPITAL

$100 TRIL
$1 TRIL
$100 BIL
$10 BIL
$1 BILLION
$150 MILLION

$100 BIL
$40 MIL
$150 MIL

100 X 16
MULTIPLE

2001
2003

2008

2010

2015



YAHOO! MAIL

Case #15-9031 — Do... ent #15-72+...

Compose   Contacts   Notepad   Calendar   Actions

Inbox (46384)
Drafts (68)
Sent
Spam (41)
Trash
∨ My Folders
Hotmail - Fwd ... (16)
Tax Docs (2)
tax

[Empty]
[Empty]
[Edit]

Re: Confidential ... Privileged Rough Draft Memo of... Wednesday, October 22, 2...
peal - Brud Rossmann - Final Notice - N00260172 stu
dent ID - UDC m... a program - to Dean Yates, Scott Ba
rash of UDC 10/22/2014

From: "B Rossmann" <brossmann1@yahoo.com>
To: askdoj@dol.gov   william.j.wilkins@irs.gov
Cc: "WilliamWhite" <wwhite@udc.edu>   info@messages.whitehouse.gov
birmingham@ic.fbi.gov   washington.field@ic.fbi.gov
"Sergey washington.field@ic.fbi.gov "ivanov" <sivanov@udc.edu>   more
Bcc: info@messages.whitehouse.gov

Dean Yates:

I respect your decision as "final," but (a) I must correct the factual record to clarify that th...
required remaining assignment points potentially earned was a maximum of 85, and I earned 78 ac...
required required work product, assignments, and attendance requirements, 90+%, an...
and also (b) I must give Notice further below of a series of Federal level and other Scaled...
interests, prior investigations, and continuing risks to UDC, perhaps yourself, perhaps...
perhaps other District interests. Any or all of which may inform a revised decision by UD...

Full Heac...

MAITech.edu
Sponsored
...recruiting and learn the
...get hired.

/Bruno R. Rossmann (BRR)

INVENTING IDEAS, 6/13/07 (can yes)

(SSN 128 4x 0885  DOB 05/11/?? )
HARVARD LAW SCHOOL GRAD 1989, ????
POSSIBLY IBC IQ, ????)

2 — MAG LEV TRAINS, TOP SPEED
NOW 375 MPH, ~10 STATES, GEORGIA
TO - ARIZONA/CA, LOUISIANA TO NEBRASKA,

3 — REMOTE MEDICAL SERVICES DELIVERY
PLATFORMS, WIRELESS CYSTS FOR ???
6 OR ?

4 — SATELLITES / SATELLITES / SATELLITES

5 — LOCATION BASED SERVICES (LBS),
WIRELESS, JUST-IN-TIME DELIVERY
OF DATA ('SALE's ON SPORTCOATS AT NORDSTROM'S

6 — HARDWARE, LEADING EDGE MATH ????,
SILICON CHIP PLATFORMS, DAS ???? (????,
PL BASED EXPANSIONS BOARD OF A V???? , B???)

7 —

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF THE DISTRICT OF COLUMBIA

BRUE ROSSMANN, ESQUIRE
GCNV
425 2ND STREET NW
3-SOUTH, 41-SINGLE
WASHINGTON, DC 20001
TELA 202-534-0693
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL. brossmann111@gmail.com

    Plaintiff,

V.

                              CIVIL NO.

Jim Vam Breck
District of Columbia
Dept. of Behavioral Health
1905 E Street SE
Building 14
Washington, DC 20003
Phone: 202-673-9300

AND,

JOHN DOE-1,
JOHN DOE-2,
AND JOHN DOE-3

        Defendants



THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF THE DISTRICT OF COLUMBIA

BRUD ROSSMANN, ESQUIRE
CCNV
425 2ND STREET NW
3-SOUTH, 41-SINGLE
WASHINGTON, DC 20001
TEL. 202-534-0693
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL. brossmann111@gmail.com

       Plaintiff,

V.

                              CIVIL NO. _____


---
Donald S. Metscher
Badge No. 28-60388                      SEE ALSO
The Federal Bureau of Investigation
Washington DC Field Office              N(s NAMING:
601 4th St NW
Washington, DC 20535                    A) ROVBON SMITH
Phone:(202) 278-2000                      (P.MQ CHANGING
                                          THO CRAPDONOP
AND,                                    B)        SDOMOS BRK
                                          WICHINSKI   10-4-17)
JOHN DOE-1,
JOHN DOE-2,
AND JOHN DOE-3

          Defendants


---

                              1

March 7, 2017
Brud Rossmann, Esquire
CCNV 425 2nd Street, NW
3-South, 41-Single
Washington, DC 20001
202-534-0693
202-386-8834
Email-1: Brossmann1@Yahoo.Com
Email-2:  brossmann111@gmail.com

Attn: Clerk
U.S. District Court
US Courthouse
333 Constitution Avenue NW
Washington, DC 20001
Tel: (202) 354-3000

VIA COURIER AND HAND DELIVERY

    *Re: Complaint Filing versus Wichlinski et al*

Dear Sirs:

    Please find enclosed for immediate filing the following:

1. Civil cover sheet

2. Verified Complaint with Exhibit Sections

3. Application to Proceed without Payment of Fees

4. File copies of the completed forms 398 and 399, (and form 270), giving notice of the lawsuit, and seeking waiver of the service of summons.

    I will mail Rule 4(d) waiver forms to the Defendants.

    Accordingly, Summons forms are not enclosed.

    Rule 4(m) provides a deadline of 120 days for service of process in the absence of a signed waiver.

    Please call me at the number listed above if there are any questions.

    Thanks in advance for your timely attention to this matter.

March 7, 2017
Brud Rossmann, Esquire
CCNV 425 2nd Street, NW
3-South, 41-Single
Washington, DC 20001
202-534-0693
202-386-8834
Email-1: Brossmann1@Yahoo.Com
Email-2: brossmann111@gmail.com

Attn: Clerk
U.S. District Court
US Courthouse
333 Constitution Avenue NW
Washington, DC 20001
Tel: (202) 354-3000

VIA COURIER AND HAND DELIVERY

   *Re: Complaint Filing versus Smith et al*

Dear Sirs:

   Please find enclosed for immediate filing the following:

   1. Civil cover sheet

   2. Verified Complaint with Exhibit Sections

   3. Application to Proceed without Payment of Fees

   4. File copies of the completed forms 398 and 399, and
      form 2701, giving notice of the lawsuit, and seeking
      waiver of the service of summons.

   I will mail Rule 4(d) waiver forms to the Defendants
Accordingly, Summons forms are not enclosed.

   Rule 4(m) provides a deadline of 120 days for service of
process in the absence of a signed waiver.

   Please call me at the number listed above if there are any
questions.

   Thanks in advance for your timely attention to this matter.

# PARTIAL LIST OF NATURAL AND OTHER PERSONS LAWFULLY "PUNISHED" BY BRUD R. ROSSMANN (BRR) FOR THEIR TARGETING, INDEXING, DESTRUCTION OF BRR PROPERTY OR BRR TO INCLUDE THEFT, INJURY TO PERSON, E.G. FALSE CONVICTION, PROBATION, IMPRISONMENT, ARREST, ETC. (PART 1)

## THE "PUNISHED"

* TEMPORAL CORRELATIONS, OTHER CIRCUM. / DIRECT EVID.

** BRR REQUESTS HIS OWN SWORN TESTIMONY ON THIS

| PERSON | DATA: QUALIFYING EVIDENCE, ETC., CONSISTENT OR CORROBORATING |
|---|---|
| 1. LENNERT LEADER, FMR. CFO, AOL, REPORTED "BILLIONAIRE", 1999-2000 | 1A – APPAR. TERMINATED AS TIME WARNER CONSULT MAY 2011 WHEN BRR WROTE TW CEO/CHAIR<br>1B – "FORCED" TO RELOCATE FROM OAKTON, VA HOME FOR POSSIBLE LACK OF "MILLIONER", POLICE PROT<br>1C – FEATURED AS NO. 1 VILLAIN ACROSS ALL GROUND LEVEL, HIGH LEVEL, RESEARCH DATA AND THUS VERY EVIL, GROSSLY STUPID |
| 2. SCOTT DONALDSON, SENIOR VP, CORP. VP, SAIC, NO. 1 CIA CONTRACTOR, THEN PUBLICLY TRADED (IPOs, ETC.) | 2A – APPAR. FIRED FROM SAIC WHEN SD/SH, WITH SAIC FOR ~20 YRS PLUS, OPTIONS RUNNING UP<br>2B – POINT MALE GROUND-LEVEL, REAL ESTATE ITSELF, IN TARGETING/INDEXING, DESTRUCTION<br>2C – 2319 SAWTOOTH OAK CT, OWNED BY SD'S SIGNIF. OTHER, ALSO FMR. SAIC, SHELLY BOWMAN, "GROUND ZERO" FOR BRR'S TARGETING, DESTRUCTION, RELATED INDEXING |
| 3. MARK GEMBICKI, FMR. NSA "GENIUS", FMR. DELOITTE + TOUCHE "MILLIONS PER YEAR" EXECUTIVE | 3A – GROUND-LEVEL POINT, NSA COMPUTING PSYCHO PATHS, FBI/NSA/CIA/SAIC/ETC, MTCs BRR WAR ROOM RESEARCH, REINVENT<br>3B – WIRELESS C4ISR PLATFORM ABUSE, INFRA-SONIC WEAPONRY ABUSE 99% TOTAL ABUSE<br>3C – GEMBICKI APPAR. FIRED FROM DELOITTE + BRR MAKING MILLIONS, NOW RUNNING 6-PERSON SHOP |
| 4. AFRICAN-AMERICANS AT CHASE HOME FINANCE LLC / OHIO-SITED CHASE ENTITY | 4A – 2+ CHASE HF LLC ARRESTED, CONVICTED OHIO, ETC. – KEY CHASE ENTITY ENEMY OF BRR PER CHASE I, II, ETC.<br>4B – UNCONFIRMED GOVT. REPORTING LINKING OF THESE "FELONS" TO BRR TARGETING, INDEXING, DEST. AS BRR "ENEMIES" |
| 5. SENIOR-LEVEL EXECUTIVES, $2-3 TRILLION DOLLAR CAPITALIZED BANK, JP MORGAN CHASE (JAMIE DIMON, "DRAKE", CMO, "EMBUNA") | 5A – NYS SOS, OTHER 2010, ETC. REPORTING LINKING NAMED DEFENDANTS IN CHASE I/II TO HIGHEST LEVEL EXECUTIVES JPM CHASE<br>5B – OTHER UNSOLICITED REFERENCES TO JAMIE DIMON, HIS ANIMOSITY, HIS STATUS, AND AS "BRR ENEMY" PER CHASE I/II, OTHERWISE<br>5C – DECIDE OF SUCH DATA; CMO "DRAKE" REFERENCE 6/24/01-6/25/01, INSTRUMENTAL |
| 6. SUSAN BELL, ESQ, "PSYCHOLOGY EXPERT", FMR. LAW CLERK, U.S. DIST. CT., DISTRICT OF COLUMBIA, LYNCH MOB LEADER | 6A – ADMITTED ENEMY, ABUSER OF BRR, FALSE IMPRISONMENT, WORSE<br>6B – BELL UNEMPLOYED FOR YEARS WITH RESUME<br>6C – BELL SOCIALIZED CITIES, POLYGR. |
| 7. JPM CHASE "AFFILIATE" / SIMILAR BANK AMERICAN HOME MORTGAGE, EST. (MANY) BILLIONS OF DOLLARS UNDER MGT. 2007(?) | 7A – AHM PROVEN BRR ENEMY<br>7B – AND BANKRUPTCY, FOLLOWED BRR WINS, INVOLVED INSANE |
| 8. ALLIANCE MORTGAGE COMPANY, NOW "EVER" | 8A – AMC LOST TO BRR BEFORE IRS<br>8B – AMC CHANGED BANK NAME, ETC. |

* SOURCES: IRS, PACER, OFFICIAL PUBLIC RECORDS "REPORTING"; PUBLIC DOMAIN DATA, LOGIC; BRR PROPRIETARY DATA, LOGIC, AND ONLINE, OTHER PUBLIC RECORD, THIRD PARTY INPUTS, DATA, LOGIC — SIMILAR-SOURCE DATA @

① BRR VICTORIES / JPM CHASE EXEC. "LOSSES" / "PUNISHMENT" EVID. — 1 — IN (A) IRS RULINGS (B) CHASE LITIG. RULINGS EXHIBIT

* BRUD R. ROSSMANN (BRR), 6/11/17 WORK PRODUCT

(PARTIAL LIST) OF VARIOUS PERSONS

LAWFULLY PUNISHED BY BRUD R. ROSSMANN (BRR) FOR THEIR TARGETING, INDEXING, DESTRUCTION OF BRR TO INCLUDE THEFT, INJURY TO BRR PROPERTY OR PERSON, E.G. FALSE IMPRISONMENT, ARREST, CONVICTION, PROBATION, ETC

# THE "PUNISHED"

* TEMPORALLY CORRELATED, CIRCUM., DIRECT EVID.

** BRR REQUESTS HIS OWN SWORN TESTIMONY ON THIS.

PART 1, PAGE 2

| PERSON | DATA: QUALIFYING EVIDENCE, ETC. CONSISTENT OR CORROBORATING |
|---|---|
| [AND ARLINGTON COUNTY] 9. FAIRFAX COUNTY VA LAW ENFORCEMENT, JUDICIARY, LEGAL "AGENTS" LIKE RON LAZ- ARUS, VANESSA ANTOUN, SUSAN BELL, MARK GEMBICKI | 9A - CERTAIN COPS, PROSECUTORS, PDs, NAMED IN FED CT. FILINGS, OTHER PROCEEDINGS 9B - IAN ROCCA, JONATHAN THACHER, 9C - DON NETTLES, DR FAIGAL MUSDAKKARIA, SCOTT MORIN, LT. KIN KEAD, COL NETTLES ANTOUN BELL, OTHERS WITHOUT MCD |
| 10. FEDERAL COURT JUDGE HVELLE, U.S. MAGISTRATE G. MICHAEL HARVEY | 10A - PROBATION, IRS RULINGS AGAINST NYS RULINGS, VC ANTOUN HVELLE LAWSUITS NAMING BOTH, AND HVELLE'S 10B - RES JUDICATA, FACTS, CODED, 10C - EXPLICIT CORROBORATOR PROVISION AM HARVEY LOST 50+ JOBS |
| 11. FMR. U.S. PRESIDENT BARACK OBAMA | 11 A - TO ACTUALLY BE CORROBS ON DAY 11 B - HARVEY WAS OBAMA PROXY ETC 11 C - 2/3/16 APPT/RECANT APPT DATE, OTHER MAPPING |
| 12. NUMEROUS BILLIONAIRES, E.G. DAN DANIELLO, STEVE CASE, SIMILAR NET WORTHS, PERHAPS RON PEELE, ANTHONY SCARAMUCI | LARGE SCALE FINANCIAL FRAUD BY 12A - HARVEY, ETC, EVIL, STUPID CONSISTENT WITH SCARAMUCCI DIMON 12B - CRITICISMS OF OBAMA 2011-2015, ETC. OBVIOUS SET-UPS, DISINGENUITY, MARY 12C - OVER MOCKING, OPPOSITE CROOKED BELL VICTORY 2016 COMPLAINTS (QUOTES), MALINE'S |
| 13. VARIOUS MEDICAL DOCTORS, E.G. SAPIN, BERNAD, NEUROPSYCHOLOGIST NEUROLOGIST, D.C. AREA | BY BRR (DOES "IO VECTOR" NO TAKERS 13A - CORRELATED WITH TECH, ACCUSERS RETURNS, ETC - BRR USED"VC PEN" 13B - BERNAD, SAPIN, IIEH, MD SWORE GENIE POTOLICCHIO, PURSER "ILLNARY BIASED" 13C - NAMED FED. CT. / NEW VENTURES/GEN. POTOLICCHIO PUSHED OUT 2016 ON DATA |
| 14. REAL ESTATE DEVELOPERS, LENDERS, INVESTORS 1st SITED IN FAIRFAX COUNTY, VA | INTELLIGENCE MODERN POLICY 14A - SAPIN'S FLOW WRITE-UP, 3/6/15, ANOTHER JEWISH FEMALE "DEATH SENTENCE" IS A FOIT 14B - KEND EXHIBIT IN BR FED CT CASE IRS RULINGS MIRRORING" (PACK NAMED OCT. 4/1/08 ORIG COMPL, IN |
| 15. "LITTLE PEOPLE" LIKE PATRICIA HENRICKS, SHELLY BOWAN, CATHY ROTKO, G'O, USDOJ, OTHERS | BVA, BRR V. LAOTHER, LENDERS 15A - SETTLEMENTS BANKS LENDERS BOWAN ETC CASUALTY, GUILT OF TECH RUNNING UP CHRON (2006-2011, 2008) 15B - OTHERS OTHER 15C - HENRICKS MISTREATED, UNEMPLOYED |

MCH (MORE TO FOLLOW, MORE FOUND IN PRIOR BRR FILINGS, COMMUNIC, ETC.)

* SOURCES: PUBLIC RECORDS (IRC, PACER/FED CTS, STATE/LOCAL COURT, LAND RECORDS, TAX AUTHORITY REPORTING ONLINE, OTHERWISE ETC.), PUBLIC DOMAIN DATA/LOGIC, BRR — 2 — PROPRIETARY DATA/LOGIC, 3RD PARTY INPUTS, DATA/LOGIC.

* BRUD R. ROSSMANN (BRR), 6/11/17 WORK PRODUCT, WITH © FTZS2LY

A SECOND "INSTRUMENT" TO PUNISH USU, ITS COMPOSITION & ITS MONARK
THE "BEHAVIOR, ROUTINES" JUNTITY, CLARK, OTHERS, AND/OR THE
PROSECUTOR(S), JACKSONVILLE/ALABAMA & SHORTING" THEIR POSITION COMES IN
THE EVEN MORE SUPPORT WHISTLE BLOWING, IRS FORMS 211
SIMILAR VEHICLES OF "PRIVATE ATTORNEY GENERAL" FUNCTIONALITY VIA U.S. DOJ,
THE TREASURY DEPARTMENT, THE DEPT. OF DEFENSE, STATE TAX AUTHORITIES AND/OR AGAIN
POSSIBLY EVEN THE U.S. CENTRAL INTELLIGENCE AGENCY

"INVESTMENT INSTRUMENT #2":
LEVERAGING LAW ENFORCEMENT
AGAINST INTENTIONALLY EVEL
MARCUS INTENTIONALLY "RE-LEVERAG-
ING CONJURED TIME-0 LOSSES IS
THOUGH THE IR CAP/THE AND CLAMPING THE
OPTIMIZED LOSSES, THEIR FIRST AS IF THEIR
TRUE EQUITY STAKE (CON SEED CAP/THE

ACCUMULATED EQUITY "CURVE"

TIME

---

TAKE AWAYS

• INDEXED "+1" IS
NORMALIZED SEED CAP/THE
POSITION ON HEDGE ACCOUNTS
AT 10X MULTIPLES AT TIME-0
AS THOUGH THE TEXT REMSON-
• TRUE CAP/THE, HAS
$1,000 INVERTED, PORTRAYED
e× VARIANTS, REMAINING TEN,
LOSS CURVES

• DEPICTED ELSEWHERE,
THE SIMPLE STRATEGY FOR
MARCUS PLAYERS IS TO "BLOW"
THE WHISTLE" ON THE HUMAN
SCUM INVOLVED "S HOLE" THEN A
POSITION AND EXPOSE "INFLATE"
TRAINING OF THE POSSIBLE / PROBATE
VARIETY PROPORTIONALLY DATA LOGIC

---

+1
5 FIG 96 07 08 09 10 11 ... TR. - TIME
-5
-10
-20
PORTION IN THE OBJECTIVE, NORMAL DESTRUCTION
OF DAVID R. RALLMANN (CONTRA "+ 2 TIMES = ")

SOURCES: FUTURE PERMANI, POSER DOMAIN PUMP LOGIC
OTHERS, INPUT & INCLUDE WELL 1000s OF SOURCES CITED
EXPLORING INCOME TAXPAYER PSY REFERENCES, 6/3/17
ISSUED R. RALLMANN (IRS) WORK PRODUCT, EXHIBIT TO BKR FORENSIC/STATE COURT FRAUD
~6/2017

BRUD R. ROSSMANN'S (BRR) SCHEDULE OF (1
SELECT PROOF OF ESSENTIAL PROPOSITIONS UNDER-
LYING LITIGATION EFFORTS "FINANCIAL PENUMBRA
OTHERWISE DEFINED, HISTORICALLY UNPRECEDENTED", ETC.
(TARGETING, DESTRUCTION, INDEXING)

1 — 100s/1000s OF NATURAL PERSON WITNESS(es),
     MINIMUM, 0 TO 1 DEGREE OF SEPARATION (FIN-
     ANCIAL SPACE FOLDING IN VARIOUS FORMS, LOCAL(CO),  (EFFECTS OF INDEXING)
                                                          ETC.

2 — MANY 10,000s+ OF OBJECTIFIED EXPRESSIONS, NUMBERS,
     WITH WORDS, ACROSS 1000s+ DOCUMENTS, PUBLIC RECORDS,
     OFFICIAL RECORDS, PROVING UP "FINANCIAL PENUMBRA",
     MINIMUM.

3 — DOZENS OF FED. COURT COMPLAINTS BY BRUD ROSS-
     MANN, HOWEVER 3RD PARTY (HARDON, GMRB.COM) ETC.
     WITH OUTLIER FED. JUDGE RULINGS, (PHASE I, II, COFO

4 — IRS RULINGS, FINDINGS, LOSS ADJUSTMENT FORMULA,
     E.G. 2/12/07, SUPPORTING ~$800 BILLION IN UNLAWFUL
     LOSS CLAIMS TO IRS, IN BRR'S NAME, 3RD PARTY, ROSS
     SOME LOGIC, DATA.

5 — EXCISION, CORRUPTION, SANITIZATION OF HIGH-
     LEVEL GOVT./AUTHORITIES' RECORDS BY IRS, FED.
     COURTS EFFECTIVELY, TREASURY, (LOADING BANKS?)
     MAJOR REAL ESTATE DEVELOPERS, STATE LEVEL TAX
     AUTHORITIES, DTA/COUNTY LEVEL TAX AUTHORITIES, ETC

6 — 3RD PARTY UNSOLICITED ESTIMATES, SUCH   SORCOS
     CREDIBLE OTHERWISE STATING $10^8 - $10       34-35
     LOSS VALUE, VARIOUS FORMS, RESULTING FROM THE
7 — TARGETING, DESTRUCTION, INDEXING OF BRR

     — PROOF OF DIRECT U.S. PRESIDENTIAL TARGETING
       OF BRUD R. ROSSMANN, CRIMINAL, WORSE
     (OTHER CATEGORIES, "X" PAGE 2 OF 3) (cont)

BRUD R ROSSMANN (BRR)            SCHEDULE OF SELECT
WORK PRODUCT, 6/2/17            PROOF OF ESSENTIAL
(PAGE 1 OF 3)                   PROPOSITIONS --"VERY EVIL,
              — 1 —             GROSSLY STUPID" PEOPLE
                               RUNNING CIA, FBI, NSA, ETC (PR

②

BRUD R. ROSSMANN'S (BRR'S) SCHEDULE OF
SELECT PROOF OF ESSENTIAL PROPOSITIONS UNDER-
LYING LITIGATION EFFORTS, "FINANCIAL PONZUBRA"
OTHERWISE DEFINED, HISTORICALLY GLOBALLY UNPRECEDENT-
ED DESTRUCTION, TARGETING/INDEXING OF THE BRR, ETC. (PAGE 2 OF 2,

MAYBE 1000'S

8 - TERABYTES OF DATA, 100'S OF COMPUTER SYSTEM
DATABASES, ACROSS PUBLIC, PRIVATE SECURE;
4/79/2002 TO DATE

9 - 100,000'S OF THOUSANDS OF PAGES OF HARD
COPY PROOF, BRR'S OWN SET TO 5/17/12 ~ 100K
PAGES
(NOT INCLUDING ~ 1/4 TERABYTE E-VERSION DATA, ETC.

10 ] AFFIRMATIVE ADMISSIONS AGAINST / INTEREST,
SIMILAR STATEMENTS, ACROSS DOCTORS, POT, 100'S
INCLUDING BILLIONAIRES, HIGH LEVEL AUTHORITIES

11 ] (LIKE US CT. DEC OF APPEALS, DC CIR., IN RACE
TRUMP(S)
(COLLYER, HENDERSON, ETC.)
SEVERAL HIGH/HIGHEST LEVEL PUBLIC AUTHORI-
TIES, OVER MANY YEARS, DECADES: OBAMA, CLINTON,
POWELL, CLINTON(S) W/ CIA DIRECTORS, SECRETARIES
OF DEFENSE, SCALIA, ETC. STATEMENTS OF
12  PURSUANT / INVOLVEMENT (OR SIMILAR FOR)
OVER
MANY YEARS/
DECADES OF
DATA

13 - SEVERAL BILLIONAIRES/HERE FUNCTIONING
IN "NATIONAL SECURITY" AUTHORITY CAPACITY
A - DAN DANIELLO              F - (PERHAPS) WARREN BUFFET
B - ANTHONY SCARAMUCCI        G - (PERHAPS) BILL GATES
C - LEN LEADER                H - (PERHAPS) DAVID COLBURN,
D - STEVE CASE                      THY RAPPAPORT
E - JAMIE DIMON SIMILAR       I - MANY OTHERS NAMED
       AT JP MORGAN CHASE     J - ELSEWHERE, VARYING
                                     LEVELS OF EVID.
15 - (CONT'D, PAGE 3 OF 3)            SUPPORT CROWN COVER,
                                     NW, RESEARCH DATA

BRUD R. ROSSMANN (BRR)          SCHEDULE OF SELECT
WORK PRODUCT, 6/2/17            PROOF OF ESSENTIAL
                               PROPOSITIONS -- "VERY
(PAGE 2 OF 2)                  EVIL, GROSSLY STUPID
                          - 2 -     AUTHORITIES, ETC

BRUD R. ROSSMANS (BRR's) SCHEDULE OF
SELECT PROOF OF ESSENTIAL PROPOSITIONS
UNDERLYING LITIGATION EFFORTS, "FINANCIAL POWERBUM
PICAYON, HISTORICALLY UNPROCESSED TARGETING, POSTIVE-
TION, INDEXING OF BRR, ETC. (PAGE 3 OF 3)

.13 - UNSOLICITED NETWORK, "CON", "ATGET"- LABOR
RODENTS, BEYOND, FINANCIAL LOSS AMOUNTS, RATIOS,
RISKS, AND AS QUANTIFIED; SELECT:
   A - "200" PERSONS EMPLOYED BY THE COURT.
   STAFFED TO SURVEILLING ASSESSING, STALKING
   BRR CURRENTLY, SINCE 4/29/07, OTHERWISE

   B - BRR's OR APPARENTLY OFFICIALLY REGIST
   ED BY, AT CIA, FBI, NSA, AND/OR
   OTHER GOVT, D.O, EVEN KRACL AT
   2/86, 1ST BOSF ESTIMATE ON DATA/REPORT.
   ING TO BRR SINCE 4/1976, 1 IN 26
   MILLION OR 1 IN 202 MILLION PRODUCT,
   "200" MAX. SCORE, 1 IN MANY BILLIONS,
   ON RECENT NONATHMATIC DATA, IN LINE WITH
   "MENSA" GENIUS SOCIETY AT "130"
   PARENTLY + 2 STD. DEV, TOP 5% OR SO,
   NORMAL DISTRIBUTION "DOLING", ETC.

   14 - BRR'S OWN (CONSCIENTION, FAR WHEN
   ANALYSIS, RESEARCH, DATA, LOGIC, OVER MANY
   YEARS, AS A QUALIFIED EXPERT FOR SUCH PURPOSES
   SUPPORTING SOME OF THE SEEMINGLY INSANE IDEAS, ETC.

BRUD R. ROSSMANN (BRR)
WORK PRODUCT, 6/2/17
(PAGE 3 OF 3)          — 3 —

SCHEDULE OF SELECT
PROOF OF ESSENTIAL
PROPOSITIONS -- "VERY
EVIL, GROSSLY STUPID"
PEOPLE, AUTHORITIES, ETC

PARTIAL ① LIST OF BRUN RUDOLPH ROSS —
MANN's WITNESSES (AND REFERENCES) TO
BE SUBPOENAED TO TESTIFY IN THE INSTANT
PROCEEDING AS TO THE "MATTERS AT TBAR

---

| NAME | RELEVANCE, QUALIFICATIONS |
|---|---|
| 1. DAN DANIELLO, CHAIRMAN, THE CARLYLE GROUP, NET WORTH: ~$3 BILLION | DIRECT KNOWLEDGE, "CIRCUMSTANT-IAL" KNOWLEDGE, EYEWITNESS, KEEPER OF WRITTEN RECORDS, PROOF, IDENTIFIER OF THOSE LIABLE, GUILTY, |
| 2. ANTHONY SCARAMUCCI, ESQ. FMR. CO-CEO/CHAIR, SKYBRIDGE CAPITAL, NET WORTH: ~$400 MILLION. | |
| 3. STEVE BARBER, ESQ., SR. PARTNER, STEPTOE + JOHNSON, WASH, D.C. | |
| 4. THERESA AMATO, ESQ. CAMPAIGN MGR, RALPH NADER's PIVOTAL Y2000/ Y2K PRESIDENTIAL CAMPAIGN | |
| 5. RYAN "SCHNEIDER, (RECENT) FMR. PRESIDENT, CAPITOL ONE, A GLOBALLY LEADING BANK, CREDIT CARD COMPANY | |

---

* SELECT WITNESSES, REFERENCES FOR BRUD R. ROSSMANN (BRR), SSN 127-
48-08X5, DOB 05-22-6* — PAGE 1 OF 3 — CHECK DOCUMENTAT
① SEE ALSO FBI BACKGROUND ION, PACER-ACCESSIBLE, 2015 FED. CT. FILING EXH

PARTIAL LIST OF BRUD RUDOLPH ROSSMANN'S
WITNESSES (AND REFERENCES) TO BE SUBPOENAED
TO TESTIFY IN THE INSTANT PROCEEDING AS
TO THE MATTERS AT BAR

---

| NAME | RELEVANCE, QUALIFICATIONS |
|------|---------------------------|

6. DAN PINKSTON, MIKE
   ZEVENBERGEN, OTHER
   SR. ATTORNEYS, U.S.
   DEPT. OF JUSTICE

7. KEVIN BRADICICH (SP?)
   DIRECTOR, No. 1 MGT.
   CONSULTANCY IN WORLD,
   McKINSEY + COMPANY

8. DEAN BLADELL, FMR./RECENT
   DEAN, LAKE PARK HIGH SCHOOL,
   ROSELLE, IL

9. BILL BRENTANI, ESQ., SR.
   PARTNER, GLOBALLY-LEADING
   LAW FIRM, SIMPSON, THACHER +
   BARTLETT

10. JEFF WUEST, _____, ESQ.
    LONG ISLAND SITED FIRM,
    CREDIT/BANKING/BANKRUPTCY
    SPECIALTIES, EXPERTISE

---

& SELECT WITNESSES, REFERENCES FOR BRUD RUDOLPH ROSSMANN (BRR), SSN
127-4*-0*85,        — PAGE 2 OF 3 —
                                              DOB 05-XX-64

FILING EXHIBIT, 6/13/17

PARTIAL LIST OF BRUD R. ROSSMANN'S
WITNESSES (AND REFERENCES) TO BE SUB-
POENAED TO TESTIFY IN THE INSTANT PRO-
CEEDING AS TO THE MATTERS AT BAR.

| NAME | RELEVANCE, QUALIFICATIONS |
|---|---|

11. JOHN MACENROE,
RETIRED OFFICER,
U.S. ARMY, CHIEF (ST)
LOBBYIST, PENN. POLY-
TECHNICAL INSTITUTE (PPI),
ETC.

12. JACK BOLES, DECEASED
POSSIBLY, FMR. HEAD OF
DUPONT NEW VENTURES, CO-
CHAIR, U.S. PRESIDENTIAL
CAMPAIGNS, ROCKEFELLER, DOLE, ETC.

13. CAL SIMMONS, N.VA SITED
VENTURE CAPITALIST, TRAVEL
INDUSTRY EXECUTIVE, CONFIDANT
OF U.S. SENATOR MARK WARNER

14. NUMEROUS CLIENTS OF THE LAW
FIRM PREVIOUSLY NAMED "TARSHIS,
CATANIA, LIBERTH, MAHON + MILLIGHAM,"
E.G. LOUIS AIELLO, SAM STATHIS, ART KNAPP,
AND JUDGE GINAFRY/ONOFRY, AND ATTY
NURST, ETC.

15. NUMEROUS OTHERS TO BE
SCHEDULED IN FUTURE FILINGS.

* SELECT WITNESSES, REFERENCES FOR BRUD R. ROSSMANN
(BRR), SSN 12× 4× 0885, PAGE 3 OF 3 —   DOB 0× 2× 64

ΒRR WORK PRODUCT COURT FILING / APPENDIX EXHIBIT, 6/13/17

APPROXIMATELY 600 + ESTIMATES OF "LOSSES" IN DIFFERENT "LEGAL FORUMS" WERE PROVIDED
TO DAVID R. ROSSMANN FROM "3/2010 TO "3/2012," INVOLVING A "RESTORATION/RESTORATION" OF THE
MOS LOSS ADR, FORMULA 2/1/2007, WHICH LOSSES/CLAIMS ASSOCIATED BY DAVID ROTHMANN
FROM $4000 MILL. (MIN) RANGING $222 TRILLION TO $10^{34TH} (OR 35TH) (VALUATION \$ GROSS, NOT NET.)

$\$$

$10^{35}$
$10^{14}$
$10^{12}$
$10^{10}$
$10^{9}$
$10^{6}$
$10^{5}$
$10^{4}$
$10^{2}$
$10^{1}$
$(\$0)$

"INSANE" 340 PARTY ESTIMATES OF BRR "MINIMUM" "LOSS" LEVELS

($10^{34TH/35TH}$ VALUATION POLICY
ZERO DEBT OF MOS, 1173/1995,
PMTO, 1, 2, 3,)

($\$222$ TRILLION CHICO.
THE BANK "2/2010")

($4000B LOSS CLAIM, MOS FORMULA 2/1/2007
$\approx $2278 METER-TAX
UPSIT SHOWN)

($4000 MILL LITH. CLAIMS "LO/2010
VALUATIONS POOR TO CLOSEST
EXPRESS POUNDS ACES. REBATE
(ESTIMATION) PROV. DEF/SEF
200% (INVASIVE)

($222 TRILLION LOSS
OVER 20 POINTS UNSHACKED (2-)
SUPPORTING ESTIMATES (10)
CLIMATE II (PRO. ETREST BY BRR)

2/1/07
(AS REVISED
BY 340 MINO.
~2010)

3/2010

3/2012

2014 2015 2016 2017 _____ TMF

THELOMINGS

★ BRR HAS ADDRESSED
THE "INSANT" OF EST-
IMATES QUESTION/PREVIOUS
(ITS BEST GUESSTIMATE =
BILLIONS OF DOLLARS TRUE
LOSS, GRAND LEVELY, PRODUCT
INC. FROM (INDEXING)

★★ TRILLIONS DESTRUCTION OF
BRR. (SINCE AT 2011 (1ST
SUCH ESTIMATE BY BRR)

★★★ "TRILLIONS A MY PROVS TRUE
IN DISTRICT RETURES

★★★★ FINANCIAL PROVIMB/A/A
(S OTHOUSE CONCLUSIVE
PROV ON — THESE BRS'
PMTY ESTIMATES BUT ONLY
DATA POINTS" IN SUPPORT.

SOURCES (2SELVES): MOS, ST. MARLE AND LITHS'S DOTORS OF LENDING ENROLLING SERVICES SYSTEM GAINS
(LAW FIRMS, DOTORS OF REPAIR AND STATE AND MUNICIPAL-LEVEL PUBLIC SYSTEM ATTORNEYS,
ACTUALS, ETC. AND TERADATA OF DATA, 100,000 HAND OUR POTERS BRR DOCS ARMED (TOL SUIT/IT.)
LESS OF SYNERGIES D/DOW SELGER, ETC.

BMO R. ROSSMANN WORK PRODUCT 5/27/17 (SUM 127-
(CURRE OFFICE)

BMO R. ROSSMANN WORK PRODUCT 5/27/17 (SUM 127-
(CURRE OFFICE) (SALMELE TO FED. CR FIGURES BY BRR ~10 /2017, SSM 127-
YR 222X-