







WHEN PERPETUATING THE TARGETING, INDEXING, AND DISTRIBUTION OF TBURD ROSSMANN, LOCAL + STATE JUR'S, DC'S, DOTONS HAVE ALWAYS LOST MONEY, FULLY NETTING CONTRACTORS' REVENUE STREAMS, TAX INTERESTS, 'RETURNS,' R+D/DoD/SIMILAR PH.D CLAIMS/PROFIT; EXAMPLES INCLUDE FAIRFAX COUNTY, VA/WASHINGTON D.C., etc.

FAIRFAX COUNTY, VIRGINIA
(1997-2003, OTHER RELEVANT PERIODS)

TOTAL NET LOSS

WASHINGTON, D.C.
(2005-2007, 2012-2017)

LOSS MULTIPLES, NET

## TAKEAWAYS

- COMMON SENSE AND EXTREME LEVELS OF DATA AND LOGIC PROVE THE CASE

- MINIMUM, LOCALITY DELIMITED LOSSES NET, (RANGE TO ~$10 BILLION) [RATI/REF] GROUND-LEVEL, FAIRFAX COUNTY, VA, AND 33, MULTIPLES/ LOSS-TO-GMH/ NETTING ~32x LOSS FOR D.C. SITED

* SOURCES: D.C. SUPERIOR COURT COMPLAINT FILED BY BWD ROSSMANN AGAINST "2013-" 2015 "FEDERAL COURT LAWSUITS FILED BY BWD ROSSMANN/PLAINTIFF/LOGIC', (IRS FINDINGS/RULINGS 2006-2007, ENTITIES 2010-2002, (RELATED ANALYSES DATA/LOGIC', 2006-2007, etc.

** 15/2013 N. 12 ROSSMANN (BWD) WORK PRODUCT/EXHIBITS, etc.



THE ONLY SOPHISTICATED DEFINITION OF THE CIA AS THE EXTENDED NOTION OF THE AGENCY (I.E. ALL OF USA, AS OTHERWISE DEFINED) IS TO FLOW SERIOUS CAS, THE HARDCORE TO THAT (WHICH WOULD WAR AGAINST SUCH PERIOD) AS RELATIVE / PER HARDCORE TO THAT (WHICH WOULD WAR AGAINST SUCH PERIOD) MOST POWERS THAT BE, DOWN DOWNGRADED MATRICES, SERIOUS CAS# TO UNDERSTAND EXC CES

- USA EXAMPLE POST WWI, WWII, CIA, GNP # BIAS
- AMERICA'S GREAT SUCCESS IS AN INSISTENCE DECLINE NOW
- HUGE COSTING SPENDING THE COLD WAR REPATRIATED MODEL
- HOWEVER THE SLOPE OF DECLINE IS BEST ANSWERED BY ACCESSING FORWARD LOOKING COUNTER VECTORS, SINCE
- HENCE THE UNREALIZED "NEW VENTURE FUNDING" OTHERWISE DEFINED

## TAKEAWAYS

- HISTORY PROVES THE SUMMARY POSITION AS EFFECTIVELY AXIOMATIC SYSTEM EXCEPTIONS NOTED
- GIVEN INCREASINGLY DYNAMIC CLEANING SYNTHESIS, WORST, CENTRIPETAL IMPLOSION, SUCH FLOWS ARE SOCIETAL SURVIVAL BEYOND POWER (CORRUPT)
- ABSOLUTELY, META-LEVEL SYSTEM DEFINITIONS, EXPLICIT 2) OTHERWISE PROVEN SATAN (C IN FIRST AND LAST
- DEFINITIONS SURFER DEVELLY, HUMAN FAILURES FROM TIMED MAKING SUCH TREMENDOUS WAR FUNDING AXIOMATIC TRUTH, NORMAL PEOPLE BLISSFULLY ENSURING SUPERIOR SYSTEMS 4 DEFINITIONS, EG USA LAST 100 year

THIRD PARTY REPORTING, VIA "COM" PORTION OF OTHERWISE ABUSED WIRELESS C4CSR PLATFORM, TO INCLUDE LETHAL AND NON-LETHAL INFRASONIC WEAPONRY APPLICATIONS AT 7HZ - 17HZ, THETA, ALPHA, BETA PORTIONS OF HUMAN BRAINWAVE SPECTRUM, 2010 - 2012, BEYOND INCLUDED IMPLAUSIBLE THEN PLAUSIBLE, EVEN CREDIBLE TOTAL (GROSS) NET LOSS ESTIMATES IN BRR TARGETING, DESTRUCTION, ONGOING RANGING FROM $10^8 - $10^35, DEFINED/DETAILED ELSEWHERE BY BRR, AND SEEMINGLY EVEN MORE IMPLAUSIBLE ESTIMATES OF HIS "COGNIZABLE" PERSONAL NET WORTH THROUGH MID-2013, ESTIMATED $2 - $5 BILLION WHEN BRR CASHLESS, HOMELE[SS]

(1) BRR'S ACTUAL, KNOWN PERSONAL NET WORTH (PNW) (Y, YY)
(2) VERSUS BRR'S ACTUAL CASH IN HAND POSITION (X)
(IQ SCORES AT EST. 18C YR SPLIT 151/186)
AND (3) VERSUS NORMALIZED OUTCOMES, BRR PNW (Z, ZZ)
X = ACTUAL CASH IN HAND, MARKETABLE SECURITIES
Y = KNOWN-TO-BRR-AT-TIME PNW, CASH, MARKETABLE SECURITIES, REAL ESTATE, OPTIONS
YY = BRR'S BEST ESTIMATE PNW AT-THE-TIME GIVEN TARGETING, DESTRUCTION, LOSSES, ETC.
Z = BRR'S NORMALIZED PNW, LABOR MKT
ZZ = BRR'S NORMALIZED PNW, IQ
+ = DOB "PLUG"
++ = DOB CIA
DOD, FBI(?) PLAN SIGNAL NUMBER
$ 10^9
$ 10^8
$ 10^7
$1,000,000
$100,000
$10,000
$1,000
$ 0
1964 1980 1989 1994 1999 2004 2009 2014 YEAR
9/1976 IQ TEST - HERE A BIG DEAL (IQ TEST DATE, ~IBG, ETC.) (CIA "DIRECTOR" SLOTTING?)
2015
6/2017
Y-AXIS
(0,0)
1994 1999 Y2000 '01 '02 '03 '04 '09 '10 '11
10/07 - 10/08 (1ST EST.)
X-AXIS
YEAR
$10^90
$10^68
$10^35
$10^34
$10^14
$10^11
$10^9
$10^7
$10^5
$10^3
$10^8
$10^34-35
TRULY INSANE RISK ASSUMPTION WHEN DRIVING DOWNSIDE VARIANCES
"INSANE" MULTIPLES MAKING $1 VARIANCES "LETHAL" POSSIBLY
THIRD PARTY "COM" REPORTS, BRR INDEXED EST.
TOTAL LOSS VALUE (GROSS) BRR PNW
CASH AT RISK (PER # CLASSIFIABLE ... OWNED BY BRR), SIMILAR BRR AS "DENOMINATOR" BASE -- HERE LOSS, RISK AS
TAKEAWAYS
• ON GLOBALLY HISTORICALLY UNIQUE CI (DOD, FBI, ISR) INDEXING OF BRR, BRR ACTUAL VS. NORMALIZED CASH, PNW, SIMILAR EQUI[TY] POSITIONS TOO ON GLOBAL IMPORT, ESP. P[OST] 7/1997
•• ON JPMORGAN CHASE ESTIMATE "TAKES" $1 VARIANCES COMMANDED EST. $10^34-35 MULTIPLES 2014 20

*SOURCES: TOO MANY TO COUNT. ALL PRIOR REFERENCES, QUALIFICATIONS FOR/TO SUCH ESTIMATES EXPRESSLY INCORPORATED BY REFERENCE.

① PERSONAL NET WORTH (PNW) HERE INCLUDES UNLAWFUL IMPAIRMENTS TO BRR'S FREEDOM, OTHER DEFINITIONS OF HUMAN HAPPINESS, "CAPITAL", OTHERWISE EXPRESSED IN DOLLAR-DENOMINATED TERMS

*BRUD R ROSSMANN (BRR) WORK PRODUCT ~5/28/17, EXHIBIT TO BRR FED. CT. FILINGS ~6/2017 (WHILE FALSELY JAILED)

Case #15-8084 - Do... rent #157202...

**YAHOO!** MAIL

Compose · Contacts · Notepad · Calendar

Inbox (46384)
Drafts (68)
Sent
Spam (44)
Trash

▾ My Folders
Hotmail - Fwd ... (16)
Tax Docs (2)
tax

[Empty]
[Empty]
[Edit]

MMItech.edu
Sponsored

Re: Confidential - Privileged Rough Draft Memo of... Wednesday, October 22, 2...
peal - Brud Rossmann - Final Notice - N00260172 stu
dent ID - UDC mLba program - to Dean Yates, Scott Ba
rash of UDC 10/22/2014

From: "B Rossmann" <brossmann@yahoo.com>
To: askdoj@doj.gov   william.j.wilkins@irs.gov
Cc: "WilliamWhite" <wxwhite@udc.edu>   info@messages.whitehouse.gov
birmingham@ic.fbi.gov   washington.field@ic.fbi.gov
"Sergey"washington.field@ic.fbi.gov   "Ivanov" <sivanov@udc.edu>   more...
Bcc: info@messages.whitehouse.gov

Full Hea...

Dean Yates:

I respect your decision as "final" but (a) I must correct the factual record to clarify that th...
required assignment points potentially earned was a maximum of 85, and I earned 78 a...
scheduled required work product, assignments, and attendance requirements, 90+%, a...
and also (b) I must give Notice further below of a series of Federal level and other Scal...
interests, prior investigations, and continuing risks to UDC, perhaps yourself, perhaps h...
perhaps other District interests. Any or all of which may inform a revised decision by U...

Bijou R. Rossmann's (osan's) Short List of Medical Doctors, Sickening Neurologist, Evidenced as Guilty of Attempted Murder, Extreme Torture, Worse Abuse of BRR

1 — DR. LINDA SAPIN, Ph.D., DC AREA

2 — DR. PHIL(L)IP PULASKI, M.D., DC AREA

3 — DR. SAMUEL ROTOLICCHIO, M.D., DC AREA

4 — DR. PETER BERNAD, FAIRFAX COUNTY, VA

5 — DR. ——/—— KHAN (COSZER, UPSTATE NY
   (INSURANCE RECORDS WILL PROVIDE NAMES) PROVIDE NAMES)

6 — DR. LARRY O'HALCORAN/INDIAN
   COLLEAGUE

7 — DR. MAR(C/K) SCHLOS(S)BERG, MD, DC AREA

8 ½ DR. BAC, D.C. AREA
   WILLIAM (2)

9 — DR. ^/HARPSTOR, D.C. AREA
   WILLIAM

10 — DR. ANN(E) CARDILLE, D.C. AREA

11 — DR. JON STEVENS, FAIRFAX COUNTY, VA

12 — DR.(S) DISTASO, FARO(O)KHAN, DR. (CURRS,
   DR. COLE, DR. (CURRS, ETC., WASH. HOSP. CTR, DC
13 — FROM HHS CIRCA DOZENS MORE
   1993 — 2017: BRR, 6/4/17

BRR WORK PRODUCT
6/17
IX 12 × 4 × 088×

DOB 05-7^ ^× 4

Bruo Rudolph Rossmann (BRR)

Work Product (WP) 9/3/2017

_____

Further <u>Select</u> Data, Successes of

BRR's "War" effort vs. "Law Leader

And Company" As otherwise Defined

_____

Despite BRR being Implausibly

Homeless, Jobless, Unemployable, Cashless, Medically

Disabled, Criminally/otherwise Falsely Stigmatized,


1 — Historically Unprecedented Beating

   of CIA, FBI, NSA, other Govt., other
   similarly

   DoD By BRR vs. Any Previously ^

   Situated Natural Person — A Beating.

2 — Dozens of federal Lawsuits, 10,000 +

   Transmissions, A official Corresp., Court

   Filings, over 15 + years. Total Page Count ~10,000

_____

— 1 —

FURTHERMORE DATA, SUCCESSES OF ISRAEL "WAR" EFFORT, 9/3/17

3 — NATO, "INDICTMENT" OF NUMEROUS POWERS THAT BE, RESIDENTS OF USA TO BILLIONAIRES TO YOU NAME IT, AND ACROSS FEDERAL LAWSUIT OFFICIAL CORRESPONDENCE, ETC.

4 — F.OF, PROVING OF "FINANCIAL PENUMBRA", ~ $1 - $10 BILLION LOSS EVENT, GROUND LEVEL, FAIRFAX COUNTY, VA FIRST SITING, FIRST ESTIMATE, 34-35 FROM Q1 2011, ONWARD; 10 RATIOS, ETC

5 — SURVIVAL OF ATTEMPTED MURDER NUMEROUS TIMES, FALSE IMPRISONMENT, POLICE AND OTHER BEATINGS, EXTREME TORTURE, THEFT, ETC. ROBBERY, DESTRUCTION OF ALL PROPERTY, IF NOT PERSON, AND BEATING THE SH×T OUT OF THOSE RESPONSIBLE SINCE

FURTHER, SELECT DATA, SUCCESS OF
BRR IN "WAR" EFFORT, 9/3/17

6 — MANY 1000s OF U.S. MAILINGS, HAND DELIVERY
TRANSMISSIONS, SINCE 2002, ACROSS 100+ JURISDICTIONS,
100+ AGENCIES, 100+ "DEPARTMENTS", ETC. MANY 100s
OF NATURAL PERSON RECIPIENTS, ADDRESSEES,
NOTICED, CHARGEABLE OR INDICTABLE PERSONS,
ACROSS PUBLIC, PRIVATE AND NON-PRIVATE SECTORS

7 — MANY 1000s OF EMAILS, NUMEROUS BLOG SITES,
100s OF POSTINGS, HOWEVER CORRUPTED, HIJACKED
(LIKE ALL WRITINGS IN/BRR's NAME AT CONST
SINCE 4-29-07), 1000s OF VIEWS, 1000s OF
VISITORS, ETC.

8 — LAWSUITS AGAINST SHOMERS JAILING BRR
ON ADMITTEDLY FALSE BASIS, SIMILAR IN YOUR
FACE", COURAGEOUS ATTACKS ON TYRANNY, WORSE.

9 — ACKNOWLEDGEMENTS, AFFIRMATIVE STATEMENTS BY,
HIGH, HIGHEST LEVEL OFFICIALS (OR OTHER AUTHORITIES)
CONFIRMING MY, BRR's
POSITION, AS OBJECTIVE TRUTH, IN WHOLE OR PART.

10 — ETC ETC ETC. (SEE ALSO 8/16-8/17 "REPORT"
(MORE PROOF ON PACER, ELSEWHERE)

BRVD RUDOLPH ROSSMANN   8/3/17
SSN      — 3 —      127 4x 0885

March 18, 2017
Brud Rossmann, Esquire
CCNV
425 2nd Street, NW
3-South
41-Single
Washington, DC 20001
Telephone-1:  (202) 534-0693
Telephone-2:  (202) 386-8834
Email-1: brossmann111@gmail.com
Email-2: brossmann1@yahoo.com

Attn:  U.S. President Donald Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20507
Telephone: 202-456-1414
Website:  HTTP://Whitehorse/contact/submit-questions-and-comments

Attn:  Jared Kushner
One of Trump's Closest Advisers
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20507
Telephone: 202-456-1414
Website:  HTTP://Whitehorse/contact/submit-questions-and-comments

Attn:  Dianne Feinstein,
United States Senator, California
     Chair, Senate Select Committee on Intelligence
211 Hart Senate Office Building
Washington, D.C. 20510


Brud Rossmann, Esquire (SSN 127 48 0885 ,  DOB 05 22 1964 , Harvard Law School graduate 1989) to
President Donald Trump and Dianne Feinstein, Chair, Senate Select Committee on Intelligence,
Directors of FBI, NSA, CIA, similar, Chair,
House Permanent Select Committee on Intelligence, Leahy, Sena bete Committee on the Judiciary,
and many others at high or highest levels of authority and only as addressed to them for such
purposes.

Re:  Formal legal demand by Brud Rossmann, SSN 127 48 0885, of Donald Trump,
current President of the United States, for one (1) of three (3) dispositions
of me, Brud Rossmann – my, Brud Rossmann's, death, another's death, or
payment to me, cash in hand, of One Million Dollars ($1,000,000.00) cash, to
effect my Exodus from the United States of America.

March 18, 2017
Page 1

*Brud Rossmann with qualifications noted below.* 3/19/57

Brud Rossmann, Esquire
CCNV
42five 2nd Street, NW
Washington, DC 20001
Telephone-1:   (202) 534-0693
Telephone-2:   (202) 386-8834
Email-1: brossmann111@gmail.com
Email-2: brossmann1@yahoo.com

Attn:  U.S. President Barack Obama
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20507
Telephone: 202-456-1414
Website:  http://www.whitehouse.gov/contact/submit-questions-and-comments

Attn:  Dianne Feinstein,
United States Senator, California
       Chair, Senate Select Committee on Intelligence
211 Hart Senate Office Building
Washington, D.C. 20510
Phone: 202-224-1700

Attn:  Mike Rogers
United States Congressman, Michigan
       Chair, House Permanent Select Committee on Intelligence
Capitol Visitor Center HVC-304
US Capitol Building
Washington, DC  20515-6415
Phone:  202-225-4121

Attn:  Patrick Leahy,

Brud Rossmann, Esquire (SSN 127 48 0885 ,  DOB 05 22 1964 , Harvard Law School graduate 1989) to
President Obama and Dianne Feinstein, Chair, Senate Select Committee on Intelligence, Chair,
House Permanent Select Committee on Intelligence, Leahy, Senate Committee on the Judiciary, and
many others

Re:  Former US Department of Justice Trial Attorney, perhaps best in world Venture Capital
Investor, and Harvard Law School Honors graduate Brud Rossmann's final demand of US President
Barack Obama to leave the United States of America with resources to re-start, to reboot, to
engage those responsible for a campaign of harassment, far worse as admitted by many, and proven
in official IRS rulings, findings, since 2006.

December 11, 2016
Page 1

October 31, 2014
Brud Rossmann, Esquire
P.O. Box 2226
North Capitol Station
U.S. Post Office
Washington, DC 20002
Telephone:  (516) 272-9592
Email: brossmann1@yahoo.com

Attn:  U.S. President Barack Obama
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500
Telephone: 202-456-1414
Website:  http://www.whitehouse.gov/contact/submit-questions-and-comments

Attn:  Dianne Feinstein,
United States Senator, California
     Chair, Senate Select Committee on Intelligence
211 Hart Senate Office Building
Washington, D.C. 20510
Phone: 202-224-1700

Attn:  Mike Rogers
United States Congressman, Michigan
     Chair, House Permanent Select Committee on Intelligence
Capitol Visitor Center HVC-304
US Capitol Building
Washington, DC  20515-6415
Phone:  202-225-4121

Brud Rossmann, Esquire (SSN 127 48 0885 ,  DOB 05 22 1964 , Harvard Law School graduate 1989) to
President Obama and Dianne Feinstein, Chair, Senate Select Committee on Intelligence, Mike Rogers, Chair,
House Permanent Select Committee on Intelligence (cc to various members of Congress, Executive
Branch authorities, various media organizations across the globe, and certain religious organizations,
and via various means, online, offline, etc.
Re:  Targeting of Brud Rossmann, government and private sector funded, managed, and reported,
abuses to include attempted murder, extreme torture, false imprisonment, "unconsented" medical
R&D, scaled Real Estate and IP theft, and other serious crimes, to include threats to the continuing
existence of Brud Rossmann
October 31, 2014
Page 1

February 10, 2015
Brud Rossmann, Esquire
P.O. Box 2226
North Capitol Station
U.S. Post Office
Washington, DC 20002
Telephone:  (516) 272-9592
Email: brossmann1@yahoo.com

Attn:  U.S. President Barack Obama
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500
Telephone: 202-456-1414
Website:  http://www.whitehouse.gov/contact/submit-questions-and-comments

Attn:  Dianne Feinstein,
United States Senator, California
      Chair, Senate Select Committee on Intelligence
211 Hart Senate Office Building
Washington, D.C. 20510
Phone: 202-224-1700

Attn:  Mike Rogers
United States Congressman, Michigan
      Chair, House Permanent Select Committee on Intelligence
Capitol Visitor Center HVC-304
US Capitol Building
Washington, DC  20515-6415
Phone:  202-225-4121

Attn:  Patrick Leahy,

Brud Rossmann, Esquire (SSN 127 48 0885 , DOB 05 22 1964 , Harvard Law School graduate 1989) to President Obama and Dianne Feinstein, Chair, Senate Select Committee on Intelligence, Mike Rogers, Chair, House Permanent Select Committee on Intelligence, Leahy, Senate Committee on the Judiciary, Hagel, Secretary of Defense, several other Secretaries and Under Secretaries of the Department of Defense, (DOD), Brennan, CIA Director, Comey, FBI Director, etc. (and with a cc to various members of Congress, Executive Branch authorities,  various media organizations across the globe, and certain religious organizations, and via various means, online, offline, etc.)
Re: Further, revised, correspondence in the name of Brud Rossmann, and reflecting even More Targeting of Brud Rossmann, government and private sector funded, managed, and reported, abuses to include attempted murder, extreme torture, false imprisonment, "unconsented" medical R&D, scaled Real Estate and IP theft, and other serious crimes, to include threats to the continuing existence of Brud Rossmann
February 8, 2015
Page 1

YAHOO! MAIL

Compose | Sent | Contacts | Notepad | Calendar

Inbox (46384)
Drafts (68)
Sent
Spam (41)
Trash

▾ My Folders
Hofmail - Fwd -- (16)
Tax Docs (2)
Tax

Case #15-8831   Doc  ent #15-8831    Filed: 11/13/10

Switch | ▾ Apply | Actions | ▾ | Forward | Reply | Reply All | Delete | Calendar

Re: Confidential !!! Privileged Rough Draft Memo of Ap... Wednesday, October
peal - Brud Ross=mann - Final Notice - ND0260172.stu
dent ID - UDC m[?]a program - to Dean Yates, Scott Ba
dent ID of UDC 10/2-2/2014
rash of UDC 10/2-2/2014

From: "B Rossmann" <brossmann1@yahoo.com>  [Empty]

To: askdoj@doj.gov  william.j.wilkins@irs.gov  [Empty]

Cc: "WilliamWhite" <wwhite@udc.edu>  info@messages.whitehouse.gr  [Edit]
birmingham@ic.fbi.gov  washington.field@ic.fbi.gov
"Sergey"washington.field@ic.fbi.gov "ivanov" <sivanov@udc.edu>

Bcc: info@messages.whitehouse.gov

Dean Yates:

I respect your decision as "final", but (a) I must correct the factual record to s
required assignment points potentially earned was a maximum of 85, and I
scheduled required work product, assignments, and attendance requiremen
required assignment work product, assignments, at a series of Federal level and
and also (b) I must give Notice further below of a series of Federal level and
interests, prior investigations, and continuing risks to UDC, perhaps yoursel
perhaps, other District interests.  Any or all of which may inform a revised d

12/21/16, 920 AM CCNY,
FBI INVESTIGATORS, 3 TO ASK
RE HARASSING EMAILS FROM ME
-1 — MICHAEL S. WICHLINSKI
         BADGE No. 28-09533
2 — REUBEN SMITH
         BADGE No.    4138
3 - DONALD S. METSCHER
         BADGE No. 28-60380

1— ALL 3 ARE FROM WASHINGTON
   DC FIELD OFFICE
2- NOT HERE TO ARREST ME
3 - MENTIONED HACKING, CORRUPTION
   OF MY EMAILS, BLOG
4 - Q + A
5— SEE NOTES ON KEITH ALEXANDER
   FLYER PRESENTED IN QUESTIONING
   BY REUBEN SMITH.
                          ⟶

BRR - 3/20/17

1) SEE BLOG, SITE
ENTRY ~1/2017, FILINGS FOR, COPY,
OTHER MEMORIALIZATION
RELATIVELY CONTEMPOR-
ANEOUS, OF THE FOLLOWING:

1A - SMITH (RUBEN)
SHOWED ME NON-
POSTMARKED ENVELOPES,
CONTENTS, ADDRESSED TO,
ON REFERENCING NSA
DIRECTOR K. ALEXANDER,
CIA - OMS

1B - THIS WAS IS PROOF,
ADM-
AGAINST                      IONS
OF                           INTEREST
INTERCEPTS            MATE
1C - 1 OF 2
CB, RECORDS MOTHER,            WITT
ADVOCATED I                  WICKINS
DESTROY MY PERSONAL
EMAIL ACCOUNTS.



BRUD R. ROSSMINN HATES AMERICA AS PROOF OF ITS SANITY THE UNPRECEDENTED
UPHEAVAL ABUSE OF ITS POTION/PROPORTION TO WORST IN CIA, FBI, NSA
HISTORY, US-AIRSPORT, LEARNING BKR IMPLAUSIBLY CITATIONALLY CASHLESS, HOMELESS
UNEMPLOYABLE AND BIPOLAR ANY PROSPECT OR WORLD, ACCORDING BY ITS COLD-BLOODED
OPERATIONS FROM USA WILL OCCUR 2017-2018 "(BY ANY MEANS NECESSARY," SAYS BKR HM's.

## IMPLAUSIBLE BKR FINANCIALS

### TAKEAWAYS

- BKR HAS LONG
  SOUGHT TO CORRUS
  USA BUT HAS BEEN
  PROLICOD EFFECTIVELY
  ENSLAVED WORSE.

- HE WILL MIGRATE
  TO ANOTHER STATE,
  (& COUNTRY THEN OVERSEAS) 2016.
  BECOMING 2017 "BY ANY PROMISE
  2017/2016) NECESSARY.

- THE IMPLAUSIBLE
  FINANCIAL POSITION OF
  BKR (REFLECTS IRREFUTABLE
  PROOF PROVING BKR'S
  POSITION AS THE ONLY
  SANE ONE.

LEGEND

X = ACTUAL INCOME, BKR
    (CLAIM IMPORTANCE)
Y = NORMAL INCOME (BKR
    CONNECTING FROM STATE)
XX = ACTUAL BKR NET WORTH
    (PLAN TITLE-FINANCES)
YY = NORMAL BKR NET WORTH
    (FINANCES/INVESTING
    FROM STATE)
***** = CHS EST RATES, PAY-OR-SKILLS)

YEAR
$80  1985  1985  1990  1995  2000  2005

(1984)

#10 BILL
(10")
(8 BILL)
(6")
NORMAL (5")
(4")
(3 MILL)
(2")
(1")
(1.05)
(1.04)
(1.03)
(1.02)
(1.01)

SOURCES: TOO MANY TO COUNT, LIST, BUT ALL PONORS THAT BE/INT/PUBLIC SECRET OR MANY
(1000'S OF NATURAL PENURY/TENDENCY TO OF DATA/100,000'S DATA'S (PHONO CONF PROOF/100)
BE SOURCES, ETC.
BKRAD (TE (ROSSMINN (BKR) COOPER PRODUCT, 5/29/17, COPYRIGHT TO BKR FOO. CT/2017.
(SSN 124 48 CR83)   (COMICS PRESENTATION)   FILINGS 10-6/2017.



BRUD R. ROSSMANN (BRR) HAS BEEN REPEATEDLY & SYSTEMATICALLY DENIED NECESSARY MEDICAL SERVICES FOR YEARS, AND HAS SUFFERED PROVEN MEDICAL MALPRACTICE ① AND BEEN UNLAWFULLY DENIED MEDICAL DISABILITY BENEFITS FROM THE SSA FOR YEARS, TRAVELING TO ATTEMPTED MURDER OTHERWISE PROVEN, PERHAPS [OR BR MEDICAL MISTAKES ULTIMATELY IS HOMICIDE IN NYPD & CEN IN ALABAMA, THE LIST?]

## SELECT EXAMPLES OF MEDICAL MALPRACTICE

### # ERRORS OF COMMISSION AND OMISSION



- 8/1995 FALCON USDOL
  ERIT GAUSMAN & MALONEY
  UNLAWFUL BIAS/PREJUDICES
  (SERIAL W/OTHER FEMALES) PRECEDED BY

- 7/1995 PULASKI; SAPIN
  RATIONALIZATION, BEGUS
  SAPIN DIAGNOSIS, CODED
  "PRESCRIPTION" AS DIAGNOSIS,
  COMPARE (HUVELLE) 3/31/11
  (JEWISH FEMALES, MALES)

- 11/1993 DOJ/DAD
  LED INTRODUCTION
  OF CRYSTAL METH
  (CAY SUNSHINE INC.)
  (MALONEY...)

(1/96
DEATH THREATS)
USDOJ/DAD/DOI
MIZRAHI SIMILAR
TRAUDE EXPERIENCES,
1993...

- UNPAID SSDI/SSI
  SSA MED DISABILITY & SSA
  MED DISABILITY
  CONFO-TIGLINI
  PATTON & NY EMA

- EXPLOID BLOCKED
  COLONOSCOPY &
  RELATED MATTERS
  POSSIBLE BY ONING
  OF COLON CANCER, ETC.

- UNINSURED CREDIT DAY
  POSSIBLE MECHANISM,
  2013-2017

- UNTREATED PAIN
  CONFO-PATTON &
  SPINAL UNTREATED
  2013-2017

- STILL UNTREATED
  CARTHOLOGY, ROUTINE
  IN NUDDALS, BALLOU,
  IN NUDDALS, BALLOU
  FRACTURED BONES &
  MUSCLE INJURIES
  OVER 7 YEARS,
  2013-2017

### TAKEAWAYS - SCORE?

- MEDICAL MEDICAL (CONT') PHD/JD/DDS
  (AND SIMILAR PSYCH) PHD/JD/DDS
  (INTRUSTS THE OTHERWISE)

PROVEN CORRUPT, SEEM CRIM'- 'NALLY GUILTY, WORSE -

COMPARE 60 MINUTES REPORT
4/29/12, 10 YEARS TO THE DAY FROM 4/29/2002, ETC.

IN THE MEANWHILE, SCCIT

ARROGANT, SUPPOSEDLY SUPER-
IOR, MORONS HAVE GAMMED
BRR'S (IMPLAUSIBLY IMPERILED
CASH/DEGREES OF FREEDOM
POSITION IN EXTREMELY LEVEL.)
AGO/ SCREWED FINANCIAL POSITION

2003   2008   2011   2013   2018   2023   YEAR

SOURCES: 100's OF NATURAL PERSON STATEMENTS/ 100's IDENTIFYING & MURDEROUSLY LEADING SHRITBAGE EVIL, B PERHAPS INCULPATING A FEW LESS (/ABD) INTERDS - (CONT' AUTHOR PATTON) WILL BE TANGENTLY EXCEED
① SOME OF THESE MD's ARE NOW PROV GOVT. AUTHOR PATTON CAN SELF-DEFENSE AS CONTEMPLATED, RATIONING MALPRA
   BRUD R. ROSSMANN CONSISTENT WITH COMMON LAW, FOR, STATE
   BRUD R. ROSSMANN (BRR) WORK PRODUCT, 6/4/17 EXHIBIT TO BRR FOR, STATE & FEDER. FILINGS OV BAR 26/2017.

JSU/ALABAMA FALSE CHARGING OF BASY, HIS FALSE IMPRISONMENT AND LIKELY EXTRA FALSE IMPRISONMENT ON A FALSE CONVICTION DRIVING DOWNSIDE VARIANCE IN BASY'S NET WORTH DOLLAR-DENOMINATED SUB-DOMINATED WEDGED POSITION, THIS LOSSES TRUE NET LOSSES AT SCALE ACROSS 770C MARKET CAN BE FURNISHED BY GLOBAL CAPITAL MARKETS IN THE STUDENT LOAN ABS-SEC-MARKET, LOCAL JACKSONVILLE ATLEM MUNI BOND MARKET, SECONDARY, ETC.

## TAKEAWAYS

- Spreads across comparable instruments — Jacksonville Atlem atm it versus Fairfax County, VA to whom JSU has "hitched its wagon" can be gamed on local knowledge, other local data/logic to destroy local Jacksonville Atlem return rates/financability more gone rately.

- Likewise on CUSIP number specificity, other unique numerical, other identifier fields, offsets, recapture, profit-taking, can be effected on counter-party part positioning, invoicing.

- Broker data/logic/matrix definitions and ultimate true equity.

- This is a very very summary sketch of instrument goods data/logic.

## Investment Instrument Abstract to Purely Drive Equilibrium

### Example of 700C's of Instrument Alchemy

#### JSU/ALABAMA "IN FOR A PENNY IN FOR A POUND"

Scored Detailed Data Tested by BSCR Since 2010



LEGEND

SOURCES: Public Records, Public Domain Data, Logic, BSCR Proprietary Data Logic

SIX (6) OR MORE ESTIMATES OF LOSS, RISK-OF-LOSS, EXPLANATORY, NOT OR GROSS PLAYERS FRISON
INDPSTING, ARE LOSS OR RISK-OF-LOSS VALUATION PRICING, 10 ☓ 10⁻³⁴, THESE SCENARIO
$900 MILLION TO 10⁻³⁴ OR 35 "UION VALUATION PRICING, 10 ☓ 10⁻³⁴ THESE SCENARIO
(PS ARE ECHOES PROVEN REALITY IN PAST MINIMUM BILLION OF DOLLARS
IN LOSSES GRIEVING (EVER) YET, BWO ROSSMANN'S INDICTING __INORDINATELY PROVEN__
THE LOSS ALSO RAMPING TYPE TRAJECTORY AND RISK TO INTERLOPERS, RAMPING

# TAILWINDS

- NO. 1 TAX REGIMES MIN.
  - "(-+-)" ARE GOVT ADMITS
  - RECENT (NO TAILOR)UT
  - IN THE FORM OF FALSE
  - APT. LOSS(ES) INCANT/COLAS
  - TIONS, PROHIBITIONS ATE
  - AFFIRMATIVELY NOTICED
  - ATTACK OF TIME OF
- → THEIR RISK ASSUMPTION
- → COGNITIVE ERRORS AND
- GROSS STUPIDITY BEYOND
  - REASON BOASTED (VIZ.
- → THERE CAN BE NO
  - JUSTIFICATION ON THESE END
  - THIS DATA AND LOGIC

'13 '14 '15 '16 '17 '18  YEAR/DATE

# THIRD PARTY UNSOLICITED ESTIMATES OF LOSS, GROSS/NOT

- → JUXTAPOSED TO BWO'S ESTIMATES, KNOWLEDGE, LABELING
- → INSANE TRAJECTORY STATIC/CERTIFICATION RATE

LOSS CLAIM — #$200 BILLION POSSIBLE TOTAL EXCEEDS
LOSS CLAIM MIN/MAX ASSUMPTIONS ON BWO'S FINDINGS, EXCEEDS

☐ = TH20 PARTY ESTIMATES, CONFIRMED
     IN WRITING (YES), TONS OF DATA,
     ANALYSIS, B.S., CALCULATIONS ONLY
▨ = BWO'S BEST ESTIMATE (OUTSET) MATE
     ALWAYS LOW + MULTI-YEAR LAG FOR
     VALIDATION/VERACITY DATA, ETC.

$222 TRILLION (TR$)
LOSS, 20 YEARS
(GROSS), ALL REGIME
CHOOSE IT, AFRICA

#$1 MILLION TAX
CLAIM, LOSS,
ETC.

$0   2006  2008 '09 '10 '11 '12 '13

$10¹²
$10¹⁰
$10⁹  8
$10⁸  7
$10⁷  6
$10⁶
$10⁵
$10³

SOURCES: IRS SENIOR OFFICIALS, TREASURY SENIOR OFFICIALS, WHITE HOUSE SENIOR OFFICIALS,
SEVERAL FEDERAL (AND JUDGES) HIGH / HIGHEST LEVELS, DTP MORGAN CHASE, ANTHONY
SCARAMUCCI, NEW SENIOR BUSINESS LIAISON TO PRESIDENT TRUMP (10-K), IRS RULING (100s
OF NATURAL PERSON WITNESSES (100s OF WEIGHT STAKEHOLDERS, ETC.,
BWO R. ROSSMANN (BKR) WOULD PRODUCT 6/11/17, EXHIBIT TO FEDERAL/STATE COURT OFFICERS & PARTIES

INVESTMENT INSTRUMENT 1ST ABSTRACT / PROMISES, #4: SPECIFIC (PAIRINGS)

ACROSS EQUITY/DEBT/TIER-1/TIER-N, PRIVATE/GROUND-LEVEL CAPITAL VIS-A-VIS PUBLICLY TRADED SECURITIES, PRE-TAX/AFTER-TAX BINARIES, INCLUDES AS A FIRST SAMPLING OF 1000'S, 10,000'S THE FOLLOWING, AND ATC EYEDROXCOT AS MONITOR LESS INDICED TO BRUD R. ROSSMANN IN UNIQUE WAYS, ITSPONSICATLY UNPROROUNTED

## TAKEAWAYS

- THIS IS A VERY, VERY, VERY DIVERS(IMPLIED) LIST SAMPLING ATTEMPT CA FRAMEWORK CROSS TIER, CROSS-EQUITY/DEBT, CROSS MAIN ST/WALL ST, ETC.

- PROTECTING OTHERWISE FAVORED BASE-2 SIMPLIFICATIONS AKIN TO BIT/ BY TC COMPUTING REGIMES 0/1, 2², 2³ BUNDLES OF THESE

PAIRINGS DEFINE AN INVESTMENT INSTRUMENT — A VECTOR DIRECTIONALLY ALIGNED// CLARITY CAPTURING A PIECE OF THE "POTENTIAL" ~850 × 10⁶ ED BY #1 × 10¹² (IMPROBABLE) AS NUMBER FOR 26 × 10³, ~850 × 10⁵

---

### TICKS, EXTREMELY SIMPLE SECRET LIST OF POSSIBLE PAIRINGS

ETC.

**WALL STREET**

DEBT (+TAX?), EQUITY ①
- JP MORGAN          • SKYT
  CHASE             • TSTR
- CITIBANK          • VERIZON
- OTHER             • DIRECTV
  OBLIGATIONS,      • BOEING ETC
  CROSS, CDO₂,      • ADE, THE VARIATIONS
  ETC.

**MAIN STREET**

DEBT/TAX
- MORTGAGES AS,    • FEE OTHER COUNTR-
- (DEED(S) OF TRUST/ SUIT OF CLAIM O- ITRCLIOT,
  BK111:3/144F CCR.  ETC.
                   EQUITY
                   • VENTURE CAPITAL
                     INTERESTS — VC FUNDS
                   • IDENTIFIED ELSEWHERE
- DEVELOPMENT
  ETC/LBE,         • SOME "TAX" POSITIONS
- IMPROV, CONDOMINIUM,
  ALABAMA, NY, DC
  MUNIS, SUCH,
  SPECIFIC POSITIONS,
  INSTRUMENTS

---

SOURCES: TOO MANY TO COUNT, LIST 1 to 6
① AT VARYING LEVELS

BRUD R. ROSSMANN (BRK) WORK PRODUCT 6/23/17 → EXHIBIT TO BANKRUPTCY FILINGS ~6/2017 +r

BRAD ROSSMANN WAS AND REMAINS HIGHLY INDEXED/IN PRIVITY, OTHERWISE, TO
NUMEROUS VENTURE CAPITAL (VC) AND INVESTMENT RETURN EXPRESSIONS OF CAPITAL
TANCING TO PUBLICLY TRADED SECURITIES, DERIVATIVES, ETC = ISRRKS / IQ SCORE AS UNDEE-
CIALLY REPORTED TO HIM OTHERS, INCLUDING COOD'S EFFICACY DIVINABLE ONLY VIA RESEARCH
"AL ANALYSIS, ARE INCOMPARABLE ON A BASE 2 BINARY 1Q = 18C (EST.) 1970 TEST DATE (VC FUN
SIMILAR CAPACITY, (IF NOT VIA DIRECT/SIGNICAL), TO ~4/2000/12K, WITH POTENTIAL AS REALIZED VC Y/
PLITS/Y2K ON CITED "Z SCENARIOS/TBRKS I QATISI "X "SCENARIO IDEALITY FOR "CORRELATED VC FUN )

## VENTURE CAPITAL (VC) ROI, # AS IQ INDEXED



LEGEND
─Y─M─1 = BRR Act. EST. 186
IQ SCORE, VC FUN,
ROI INDEX/LEADING
INDICATOR

Y1 = POST-Y2K VC ROI, 186
Y2 = POST-Y2K VC ROI, 151
∞ = ALL HONORABLE/ALLEGED

YEAR
1964 1967 1986  1995  Y2000  2005  2000  2005  Y2005...
        1986

## TALKEPHWAYS

• VC FUN, INDEXING COVERAN
TO BRR IQ SCORE AS
SCRIMETED AS DICTATED VIA
FAIRFAX COUNTY VA PUBLIC
RECORDS DTA TBR BILL 10/10/
2000/2009 AND IS FACT AT ORIGINAT-
IVE LEVELS.

• (UN QUANTIFIED TO BRR 9/197:

TEST SCORE APPARENTLY
OUTSTANDING ON ALL INDICATION
EST. 186 /1 IN ZCMILL OR 202 MI
(ORIGINS) VC RETURNS POLICY)
TOTAL USA ROI (REAL) APPARENT-
SUFFERED FOR (A DOWNGRADE) A
(CN LEADER, AND FAIRFAX COUNT,
VA AND ISRAEL EXPECTED FROM
PEOPLE OTHER "COMPANY" AG EXCEE
ALSO TO BLAME.

• ∞ = "TRUE SCORE" 2009 "REPARATION" IN LIN

SOURCES: PUBLIC RECORDS, DATA, PUBLIC DOMAIN SOURCES, PROPRIETARY DATA, LOGIC OF (BRAD ROSSMANN)
INPUTS FROM UNNAMED, OTHERWISE CREDENTIALED / INTIMATE PERSON AND OTHER SOURCES, ETC, AND WITHOUT
LIMITATION, AND TO INCLUDE, WITHOUT LIMITATION, EX = LAND RECORDS, IRS RULINGS, FINDINGS, CPA DATA, ANALYSIS,
SITE REPORTING, ("DE'S COMPANY SOG (CVRE, CTC, BILLIONAIRE DRAFT STATEMENTS, TERMS (REC) DATA GATHERING TO ATL/DATA
"INDICS CODE", RECORDS DIVINABLE (CORRELATION), OATH, LOGIC, GROUND LEVEL INTELLIGENCE GATHERING TO BRR, FORCE FILINGS 10/6/2017
BRAD (R. ROSSMANN (BRR) WORK (PRODUCT), ("PRODUCT"/1 SUMMER) SSN 1 2 7 × 8 ××× EXHIBIT TO BRR FORCE FILINGS −5/28/17 2

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Brad Rossmann, 5 East 22nd St., NY, NY

**DEFENDANTS**

Benjamin Netanyahu c/o Embassy of Israel, 3514 International Dr, NW, Washington, DC 20008

**(b)** County of Residence of First Listed Plaintiff   Kings County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

Unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☒ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Vick Wo, Bivens, 42 USC 1983, Due Process Clause

Brief description of cause:
Attempted Murder, Extreme Torture, False Imprisonment

**VII. REQUESTED IN COMPLAINT:**

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $10,000,000.00

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   10-9-17   SIGNATURE OF ATTORNEY OF RECORD   _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

EDWD ROSSMANN, ESQ.
5 EAST 72ND ST.
NEW YORK, NY

Pro Se

MG



USM P3
SDNY

RECEIVED
SDNY DOCKET UNIT
2017 OCT 11  AM 11:40

ATTN: CLERK
V.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW
YORK
KENTUCKY


**UNITED STATES POSTAL SERVICE.**   Retail


**P**

US POSTAGE PAID
**$7.60**

Origin: 20002
Destination: 10007
1 Lb 4.40 Oz
Oct 05, 17
104978013-14               1006

**PRIORITY MAIL ®2-Day**

Expected Delivery Day: 10/07/2017      C014

**USPS TRACKING NUMBER**

9505 5104 7074 7278 1144 36





PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107, January 2008

PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107, January 2008

V.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY  10007

78 PAGE + ZIPP,
+ 1 COV. SHT. = 81