UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUD ROSSMAN, ESQ.,<br><br>                    Plaintiff,<br><br>    -against-<br><br>BENJAMIN NETANYAHU, et al.,<br><br>                    Defendant. | 17-CV-7802 (CM)<br><br>ORDER GRANTING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  October 13, 2017
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge