UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUD ROSSMAN, ESQ., <br><br> Plaintiff, <br><br> -against- <br><br> BENJAMIN NETANYAHU; THE "JEWS," MORE GENERALLY; JOHN DOE-1; JOHN DOE-2; JOHN DOE-3 , <br><br> Defendants. | 17-CV-7802 (CM) <br><br> BAR ORDER UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff filed this action *pro se*. On October 13, 2017, the Court dismissed the action as frivolous. The Court also ordered Plaintiff to show cause by affirmation within thirty days why he should not be barred from filing further actions *in forma pauperis* (IFP) in this Court without prior permission. Plaintiff has not filed an affirmation, and the time for doing so has expired.[1]

## CONCLUSION

Plaintiff is barred from filing future actions IFP in this Court without first obtaining from the Court leave to file. Any motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File." Plaintiff must attach a copy of his proposed complaint and attach a copy of this order with each and any such motion. The motion must be filed with the *Pro Se* Office of this Court. Should Plaintiff violate this order and file an action without first filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Plaintiff is warned that the continued submission of further frivolous documents may result in the

---

[1] The Court's order, which was mailed to Plaintiff at the address that he provided in the complaint, was returned to the Court as undeliverable. It is Plaintiff's obligation to notify the Court of any change in his mailing address, but Plaintiff has not done so or initiated any other contact with the Court after filing the complaint.

imposition of additional sanctions, including monetary penalties. *See* 28 U.S.C. § 1651. The Clerk is directed to close this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 15, 2017
       New York, New York

                                COLLEEN McMAHON
                          Chief United States District Judge