UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUD ROSSMAN, ESQ.,<br><br>               Plaintiff,<br><br>      -against-<br><br>BENJAMIN NETANYAHU; THE "JEWS," MORE GENERALLY; JOHN DOE-1; JOHN DOE-2; JOHN DOE-3,<br><br>               Defendants. | 17-CV-7802 (CM)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued October 13, 2017, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 15, 2017
           New York, New York

                                              COLLEEN McMAHON
                                         Chief United States District Judge